IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ NORTHERN DISTRICT OF ILLINOIS

RECEIVED
NOV 02 2007
NOV 02 2007

MICHAEL W. DOBBINS
COURT

Moses Tugume, Sr

07CV 6211
JUDGE DARRAH
MAGISTRATE JUDGE COLE

_____ Plaintiff/Petitioner(s).

-vs-   Condell-
Mary Katherine Foy, Medical Center
Moira G Mencure, P. Rawhite
#206 Inv. Hergott & Inv. Jason Seely,
#235 Mundelein Police Dept. IL 60060
Michael J Waller, Gossman Joy Defendant/Respondent(s).
Village of Mundelein - Mayor Maria Mendez,
Kenneth H. Kessler, Garry Harris M.D
Yamalie Mendez

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

I. JURISDICTION

A.  Plaintiff's mailing address and/or register number and present place of confinement.
    Moses Tugume R60977 at Big Muddy River C.C.
    P.O.Box 1000, INA, IL 62846

B.  Defendant  Mary Katherine Foy - ASA  is employed as
              (Name of First Defendant)
    Assistant State's Attorney
                   (Position/Title)
    with  Office of the State's Attorney, Lake County, Illinois
                      (Employer's Name and Address)
    Lake County Building 18 N. County Street 4 Floor, Waukegan IL 60085

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?           Yes (✓)      No ( )

If your answer is "yes", briefly explain:
She withheld DNA results that were vital/Instrumental to my exoneration of the charge of Predatory Sexual Assault of A Minor under the age thirteen (13) years in A State Court. As a result of her actions I'm serving an 11 year prison sentence in the Illinois Department of Corrections. She realeased the DNA results on 9/19/07 after I Filed a Postconviction Petition accusing her on the 6th Sept 07

Rev. 2/00

C. Defendant __Maira G. Mercure   A.PD__ is employed as
(Name of Second Defendant)
__Assistant Public Defender__
(Position/Title)
with __Office of the Public Defender - Lake County, Illinois__
(Employer's Name and Address)
__Lake County Public Defender 15 South County Street Waukegan IL 60085__

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)    No ( )

If your answer is "yes", briefly explain: __She conspired with ASA by telling me that DNA evidence would not exonerate me and lied to me that results had shown my positive complese saliva on victim [anus, vagina], left leg & right leg and that I should take the plea bargain or spend 90 years in the Illinois Dept of Corrections if I took case to trial.__

D. Using the outline of the form provided, include the above information for any additional defendant(s) __(1) Investigator Hergott #206 (4) Public Defender Joy Gossman Lake County (2) Investigator Jason Seely #235 (5) States Attorney Micheal Weller Lake County (3) Evidence Technician P Rothke (6) Mayor Village of Employed by: Mundelein Police Department Mundelein 221 North Lake Street (7) Gary Harris M.D Mundelein IL 60060  (8) Condell Medical Center (9) Kenneth H. Kessler [Mayor Village of Mundelein]__

II. PREVIOUS LAWSUITS __(10) Maria Mendez (11) Yamalie Mendez__

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )    No (✓)

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) __Failure to comply with this provision may result in summary denial of your complaint.__

_____
_____
_____
_____
_____

Rev. 2/00                              - 2 -

1. Parties to previous lawsuits:
   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court (if Federal Court, name the District; if State Court, name the County)
   _____ N/A _____

3. Docket number _____ N/A _____

4. Name of Judge to whom case was assigned _____ N/A _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   _____ N/A _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

7. Approximate date of filing lawsuit _____ N/A _____

8. Approximate date of disposition _____ N/A _____

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? _____ N/A _____

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )  No ( )

C. If your answer is "yes",
   1. What steps did you take? _____ N/A _____

   2. What was the result? _____ N/A _____

D. If your answer is "no", explain why not. _____ N/A _____

Rev. 2/00

- 3 -

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No ( )

F. If your answer is "yes",
   1. What steps did you take? __N/A__
   2. What was the result? __N/A__

G. If your answer is "no", explain why not. __N/A__

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: __N/A__

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

I. The Mundelein Police Dept. Investigator's denied me my privilege to have an attorney present at my interrogation. Investigator Herget and Jason Seely told me that if I did not answer their questions that I would never see my sons again and that they would personally see to it while I was in their custody. They continued interrogation.

II. The Mundelein Police Dept evidence technician P. Rothe illegally searched and seized my lock box containing 3 passports and refugee travel documents issued by the Dept of Homeland Security, Fiob card, my Green Card - Immigration, and personal suitcase without a warrant or my consent. The court confiscated my passports and gave me $1 million bond. [SEE attached Exhibit Evidence Technician Report of how he found the box under master bed room bed, & found keys in jacket to open both lockbox and suitcase without probable cause or my consent.]

- 4 -

Rev. 2/00

III. The Assistant State's Attorney Mary Katherine Foy Wrongly, Knowingly and intentionally Withheld DNA EVIDENCE From the North-Eastern regional Crime Laboratory [1000 Butterfield Road, Suite 1009, Vernon Hills, IL 60061] From me and said this DNA EVIDENCE WAS instrumental to my exoneration of the three counts of Predatory Sexual assault of a minor.

It is a Fact that I Filed a Post Conviction petition with the Clerk of the 19 Judicial Circuit, Lake County on Sept 6th 2007 alleging her misconduct of Withholding DNA Evidence From me and on information of this petition She Conveniently had the Crime Lab Fax these exonerating results to her on the 9/19/07 so this case can show on the transmission paper that these reports were prepared, Faxed and mailed to both the Evidence Technician and her on 2/26/07, 2/27/07, 5/23/07 Six months after I was convicted and Serving an 11- Eleven year Sentence in the Dept of Correction. I was convicted on the 4/10/07.

IV. The Assistant Public Defender Moira Mericure knowingly and intentionally conspired with the ASA MaryKathrin Foy by telling me that the Laboratory reports had positively identified my Sample on victims body Parts [Anus, Vagina, Leg-leg right leg] and that these results were Sent For Further DNA analysis and that there was a huge backlog at the Crime Laboratory and that I should go ahead and take the 11-year plea bargain or Face 30 years in the Dept of Corrections if I took this case to trial despite my insistence of being innocent. She advised me that it did not matter whether I was innocent or guilty I was Facing a minimum of 30 years if I were Lucky in the custody of the Dept of Correction. At a bare Minimum she should have been my Advocate.

V. It is a Fact that the DNA results Mailed to me thru U.S. Mail on the 9/27/07 at Big Muddy River by Assistant Public Defender Moira Mericure Exclude me From any Contact with Victim and exonerate me of any Wrong doing and the Crime of Predatory Sexual assault of a minor.

Attached to this Complaint is a copy of all the Discovery material involved in this court

People Vs. Moses Tugume   06 CF 4582.

See Attached Exhibits For Evidence of Judicial Misconduct

VI. It is a FACT that Garry Harris M.D. EXPERT IN MEDICAL SCIENCE on DECEMBER 3 2006 TOLD Officer Wilfenger that He Examined alleged Victim ! 7/26/07 and discovered Signs of Sexual penetration and that Victim had a tear from her Vagina to her Anus and that Photos were taken. [See attached Supplemental report prepared by Investigator Hergott] Garry Harris is and was employed by Condell medical Center in Libertyville, Illinois at the time of alleged Sexual assault. Garry Harris M.D gave a Provisional medical diagnosis of alleged Sexual assault [SEE Medical Report Prepared by Condell Medical Center] a hospital located in Libertyville, Illinois.

Rev. 2/00

VII. It is a Fact that Garry Harris M.D's diagnosis was used by the Officer/ASA as testimony at my bond hearing and as a result I got a $1 million bond. Further Garry Harris M.D's statements were used by ___'s Social Worker to obtain a memory order of

VIII. It is a Fact that I Filed a Post Conviction Petition with Clerk of the 19th Circuit Court on the 6th day of Sept. ~~Setempl~~ 2007. The Assistant State's Attorney on Information that I made Claims of Her Hiding Evidence from Counsel/Me in my Post Conviction Petition [See Exhibit] Contacted the Crime Laboratory to have them Fax Her these Exernorating DNA Results on the 9/19/2007. She Only asked them to Send Some of the Reports. She Forgot in Her Haste to ask For Report #1, and Turns out Report #2 was made, Finalised and mailed to her on 2/26/07, Report #3 2/27/07, Report #4 5/23/07, Six months after I was Convicted and Serving an 11 Year Prison Sentence in the Illinois Department of Corrections She Has Not Released Report #1

It is A Fact that the DNA Results Sent to Petitioner/Plaintiff at Big Muddy River CC in INA, Illinois on 9/27/07 Excluded him From any Contact with the alleged Victim's Anus, Vagina, Mouth, Left Leg and Right Leg and Clears him of any Wrong doing [See Interrogation Exhibit, Plaintiff's Statements "The Science will tell the truth"] [See Receipt of Results Exhibit]

IX. It is a Fact that on December 3rd 2006, State Witnesses Yamalie Mendez and Maria Mendez aided and coached alleged Victim ▮▮▮▮ ▮▮▮▮ 7/26/1997 in making Utterly Unsubstantiated Claims of bizarre Sexual assault and molestation against Plaintiff and this was apparently egged on by Investigator Hergett [See Video in the Care of State Attorney's office] and LACASA Representative Lis Lucas. The Video is so bizarre that the alleged Victim Laughs For the Most part even to the amusement of Assistant Public Defender Moira Mericatore as to the truth of her Video taped testimony which is Full of

inconsistencies. In the video testimony alleged victim testifies that she flushed the sperm in her mouth in the toilet. It is a fact that the whole confrontation between Plaintiff, State Witness and alleged victim was captured on the 911 call and there are no "Flushing toilet" sounds in the duration of the whole scenario. It is a fact that microscopic analysis failed to traceive any sperm cells in the Salvia of alleged Victim [SEE DNA RESULTS Exhibit]. Ms Moira Mericure conspired to obstruct the Due Course of Justice in A State Court with the intent to deny Plaintiff the Equal Protection of the Laws. By failing to Present DNA evidence prior to the Plea Agreement. She failed to give sufficient aggressive representation to the Plaintiff by not challenging the State's case. She was supposed to be Plaintiff's Advocacue at bare Minimum.

X    It is a fact that State Witnesses Yamalie Mendez and Maria Mendez conspired and participated in framing Plaintiff by coaching alleged Victim in making these false accusations and also inflicted a tear on her po or between her Vagina and Anus. [SEE Medical Report by Garry Henris M.D] Yamalie Mendez and Maria Mendez's conduct and personal agendas clearly challenge the very underpinnings of the Criminal Justice System by inducing a minor to lie or falsely accuse a citizen before the Law.

It is a fact that For three years State Witness asked Plaintiff and his wife [Her Sister] if she could claim alleged Victim on her tax return for Earned Income Credit [EIC] and Plaintiff refused.

It is a fact that State Witness Yamalie Mendez engaged in sexual acts with one Kamukama Robert in Plaintiff's Living Room while Plaintiff's children were in the house and when Plaintiff confronted her on the 3rd day of December [Phone calls btn Plaintiff & State Witness] She framed Plaintiff when she came to his residence. It is a fact that State Witness and alleged Victim lied to the Law. It is a fact that DCFS unfounded claims of neglect and abuse brought by alleged Victim prior to this case [SEE Investigator Chuck Dorothy Report of Prior Contact]

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

A → Award Monetary Compensation For Wrongful Conviction in the 19th Judicial Circuit Court in the Amount it deems Just and Fair.

B → Award Punitive damages in favour of Plaintiff due to all his Pain and Suffering in the amount of Twenty million Dollars ($ 20 million) For Wrongful Prosecution & Judicial Misconduct

C → Any relief it deems Fair, Proper and Just. [Monetary relief] Because the Assistant State's Attorney, Mundelein Police Department and the Assistant Public Defender and the entire Judicial Establishment Facilitated and Conspired in Wrongfully Convicting me of this crime of Moral turpitude and thus destroyed my reputation in Society thus demonised me in my Community.

## VI. JURY DEMAND (check one box below)

The plaintiff does ☑    does not ☐    request a trial by jury. (See Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 15 day of October, 2007

_____
Signature of Plaintiff

_____
Signature of attorney, if any