**PRISONER CASE**

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 0 2 2007

nov 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

**Plaintiff(s):** MOSES TUGUME, SR.

**Defendant(s):** MARY KATHERINE FOY, et al.

**County of Residence:** JEFFERSON

**County of Residence:**

**Plaintiff's Address:**

Moses Tugume, Sr.
R-60977
Ina - BMRCC
P.O. Box 900
Ina, IL 62846

**Defendant's Attorney:**

07CV 6211
JUDGE DARRAH
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*   **Date:** 11/02/2007