# United States District Court for the Northern District of Illinois

Case Number: __07 C 6211__   Assigned/Issued By: _alev_

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _1 additional of complaint_   Date: _11-13-07_
*(For use by Fiscal Department Only)*

Amount Paid: __✗__   Receipt #: __✗__

Date Payment Rec'd: _____   Fiscal Clerk: __✗__

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

(name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and _____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06