IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ Northern DISTRICT OF ILLINOIS

**FILED**
NOV 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume
_____
Plaintiff/Petitioner,

vs.

Mary Katherine Foy, Moira G Mencore,
Jason Seely, Inv. Hergott, Mundelein Police Dept.
Village of Mundelein, Michael J Waller, Joy Gossman
Yamalie Mendez, [Mayor] Kenneth H. Kessler
Maria Mendez, Gary Harris M.D, Condell Medical Center
_____
Defendant(s)/Respondent.

CASE NO. 07 C 6211

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Moses Tugume**, am (check one) the ☑ plaintiff ☐ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

   I Have Solicited the Lake County Bar Association for Counsel but failed since I'm indigent.

3. In further support of my motion, I declare (check appropriate box):

   ☑ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☐ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

10-15-2007
_____
Date

_Tugume_
Movant's Signature

Big Muddy River Correctional Center
Street Address

INA      IL     62846
City    State   Zip

As indicated in paragraph three of my motion for appointment of counsel (see reverse), I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

(Attach additional pages, in this format, as necessary).