F I L E D

NOV 2 6 2007 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) MOSES B. THGUME, SR

V.

Defendant(s) Mary Katherine Foy, et al

Case Number: 07 C 6211

Judge: John W DARRAH
Magistrate Judge COLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, MOSES THGUME, SR ,declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: SEE Attached LETTERS OF DECLINE FROM
   1 LAW OFFICE OF William J. Margolm P.C
   2 LAW OFFICES OF CORBOY & DEMETRO
   3 LAW OFFICE OF GREGORY S. BAILEY.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Ngume
Movant's Signature

11-20-2007
Date

P.O. Box 900, INA,
Street Address

INA, IL 62846
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

LAW OFFICES

# CORBOY & DEMETRIO
A PROFESSIONAL CORPORATION

21ST FLOOR
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602

SUSAN J. SCHWARTZ
e-mail: sjs@corboydemetrio.com

TELEPHONE
(312) 346-3191

TELECOPIER
(312) 346-5562

T.D.D.
(312) 236-3191

November 13, 2007

Mr. Moses Tugume    R60977
P.O. Box 900
Ina, Illinois 62846

Mr. Tugume:

Thank you for contacting us to represent you in a cause of action which you filed in the Circuit Court of Lake County which appears to have been removed to the United States District Court for the Northern District of Illinois. [Please be advised that we are unable to accept any professional responsibility in this matter.]

We urge you to retain an attorney as quickly as possible. Failure to obtain appropriate representation could result in any right to relief which you may have being barred.

We return all materials supplied.

The confidence you have exhibited in this office by contacting us is very much appreciated. We wish you well.

Sincerely,

Susan J. Schwartz

rg
Enclosures
Certified Mail/Return Receipt Requested

333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, ILLINOIS 60606-1285

(312) 407-0700

DIRECT DIAL
(312) 407-0739
DIRECT FAX
(312) 407-0411
EMAIL ADDRESS
OBAILEY@PROBONOLAW.COM

November 14, 2007

**_Via U.S. Mail_**

Moses Tegume
No. R60977
Big Muddy River Correctional Center
Box 900
Ina, IL 62846

           Re:    Request for Pro Bono Legal Representation

Dear Mr. Tegume:

        I received your letter dated November 2, 2007 regarding your request for legal counsel in connection with a federal lawsuit. Respectfully, I must decline the invitation to serve as your attorney, for the following reasons that have nothing to do with the merit, or otherwise, of your lawsuit.

        The firm for which I work actively encourages its attorneys to take on matters pro bono publico. As a result, I and many of my fellow attorneys at the firm have active pro bono calendars. With respect to the lawsuit that you mention in your letter, the cases that I handle already have been filed pro se in the federal trial or appellate courts, and have been preliminarily reviewed for merit by a judge. Only if a court appoints me may I consider the appointment. My decision to decline your request to serve as your attorney therefore is purely a matter of internal procedure for purposes of accepting pro bono work. It has nothing to do with the potential merits of your claims. On that point I express no opinion.

        Appointment of counsel pro bono publico is left to the exercise of the court's sound discretion. As you proceed with your case, you will discover that the courts have recognized certain factors as relevant in considering such requests. These factors include: the merits of the litigant's claim, both factually and legally; the complexity of the legal issues presented and the litigant's capacity to recognize and present those issues; the complexity and conflicting nature of the facts; the litigant's ability to investigate his case; and the relative substantive value of the

Moses Tegume
November 14, 2007
Page 2

claims presented. You also will have to demonstrate that you have no personal assets to engage an attorney on a privately-retained basis.

    I wish you every success in prosecuting your claims, and in your efforts to locate an attorney to assist you. In that regard, you may try to contact Alan Mills, Uptown People's Law Center, 4413 North Sheridan Road, Chicago, Illinois 60640, who may be able to assist you in finding an attorney.

Very truly yours,

Gregory S. Bailey

cc: E. Houlihan

**WILLIAM J. MARGOLIN, P.C.**
ATTORNEY AT LAW

409 GRAND AVENUE
WAUKEGAN, ILLINOIS 60085
TELEPHONE (847) 623-2424
FAX (847) 244-5399

WILLIAM J. MARGOLIN

November 9, 2007

Re: Documents

Dear Moses,

    I have received the documents you have been sending me. However, I don't handle cases of this type. I wish you the best but you should look in other directions for legal representation in this matter.

Sincerely,

William J. Margolin

WJM/mic