IN THE UNITED STATES DISTRICT COURT FOR THE
Northern District of Illinois

**FILED**
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume, SR
    Plaintiff

    -vs-

Mary Katherine Foy, et al
    Defendants

) Docket NO: 07C6211
) Honorable John W. Darrah
) Magistrate Judge Cole
) Presiding Justices

RE: Motion for Request of Production of Documents

    Comes Now, the Plaintiff, Moses Tugume, SR in Proper person and appearing as his own Counsel Pursuant to Federal Civil Procedural rules of Discovery Moves the Honorable Court to order defendants to Produce to this Court c/o Magistrate Judge Cole the following documents and materials:

I.  A copy of Missing DNA report #1 involving binary tape, Victim's clothes, and Plaintiff's clothes taken from him at Police Station
II.  A copy of alleged Victim's Video taped testimony
III.  A copy of Yamalie Mendez's 911 call to Mundelein Police Dept
IV.  A copy of Interrogation Audio recording of Plaintiff
V.  A copy of Forensic analysis of Plaintiff's Computer seized by Police
VI.  A copy of Phone records for 847-949-1430 and 773-230-3831 on 12-03-06

    Wherefore, the Plaintiff prays this Honorable Court to order defendants to Produce the above documents and materials to the Court since these are in their exclusive control and not Public Record.

                        Respectfully Submitted
                        Moses Tugume.

CERTIFICATE OF SERVICE

    I Moses Tugume, SR, swear under penalty of Perjury that I served a Copy of this motion on Mary Katherine Foy, et al by Placing it in the Mail at Big Muddy River CC. on 11-14-2007

United States District Court
Northern District of Illinois
Eastern Division

Moses B. Tugume, SR

Vs

Marykatherine Foy

Case No 07 621)
Honorable John W Darrah
Magistrate Judge Cole

Presiding Justices

List of Defendants

1. Mary Katherine Foy
   Assistant States Attorney
   18 N County Street 4th FL Waukegan IL 60085

2. Moira Gale Mericure
   Assistant Public Defender
   15 S County Street 4th FL Waukegan IL 60085

3. Condell Medical Center
   801 S Milwaukee Ave,
   Libertyville IL 60048

PT·O

ADDITIONAL DEFENDANTS

4. Defendant: Michael J. Waller

   Title: State's Attorney Lake County - Illinois

   Place of Employment 18 N County Street 4th Floor
   Waukegan IL 60085

5. Defendant: Joy Gossman

   Title: Public Defender Lake County - Illinois

   Place of Employment 15 S South County Street
   Waukegan IL 60085

6. Defendant: Hergott #206

   Title: Investigator

   Place of Employment: 221 N Lake Street [Mundelein Police Dept]
   Mundelein IL 60060

7. Defendant: Jason Seely #235

   Title: Investigator

   Place of Employment: 221 N Lake Street [Mundelein Police Dept]
   Mundelein IL 60060

8. Defendant: P. Rothke

   Title: Evidence Technician

   Place of Employment 221 N Lake Street [Mundelein Police Dept]
   Mundelein IL 60060

9. Defendant: Mundelein Police Department
   Title: 221 N Lake Street, Mundelein IL 60060
   Place of Employment: C/O Raymond J. Rose.

ADDITIONAL DEFENDANTS
NEED USM FORMS

10. Defendant: VILLAGE OF Mundelein

    Title: Mundelein IL 60060
    c/o MAYOR KENNETH H. KESSLER
    Place of Employement:

11. Defendant KENNETH H. KESSLER
    Title: MAYOR
    Place of Employement VILLAGE OF Mundelein
    Mundelein IL 60060

12. Defendant: GARRY Harris M.D

    Title: Medical Doctor

    Place of Employement Condell Medical Center
    801 S Milwaukee Ave Libertyville IL 60048

13. Defendant: Yamalie Mendez
    Home: 7545 W. Diversey Elmwood Park IL 60707
    Title: Retail  773-230-3831 (TEL)

    Place of Employement: Avenue, Chicago, IL

14. Defendant Maria Mendez
    Home 33 Shaddle Ave Apt D 110 Mundelein IL 60060
    Title: Receptionist 773 272-1588 (TEL)

    Place of Employement Loyola Medical Center / NOT SURE
    Maywood, Chicago, IL   STILL EMPLOYED HERE.