UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.

MOSES TUGUME, SR

V.

Mary Katherine Foy, et al

}Case Number 07 C 6211
}Honorable John W Darrah
}Magistrate Judge Cole
}Presiding Judges

FILED
Nov 29 2007
NOV 2 9 2007 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN Forma Pauperis Application AND Financial Affidavit That Plaintiff Has Already Mailed to this Court.

Now Comes, Plaintiff by and through Pro-se and informs this Honorable Court that He has already Mailed to this Court an original Informa Pauperis application and Financial Affividat and in support States the Following.

I That on /or about Nov, 13 2007 this Court issue[d] em order granted thirty days For Plaintiff to submit an Informa Pauperis Application or His Case would be summarily dismissed due to non-Compliance.

II Plaintiff Swears under oath that He Mailed through U.S. Mail an original Informa Pauperis Application and Financial Affividat Certified by Prison Officials here at Big Muddy River CC on October 30, 2007 [See attached 1L 926 - 0207 Postage Confirmation Document]

III Plaintiff also swears that accompanying that Document Were an original Complaint in Yellow Legal Pad and Application of Counsel [Stating Lake County bar Association Contact]

IV Plaintiff States that He Mailed 15 Copies of Complaint & Documents of Which that order struck 2 Defendants Maria Mendez and Yamoulie Mendez [ Family members of alleged Victim] off the Complaint

V Plaintiff States that His Financial Status has not changed and Financial Affividats are issue[d] once a month here at B.M.R

VI Plaintiff Will try to send another Application before Dec 13, 07 Deadline IF Possible

WHEREFORE, Plaintiff Prays this Honorable Court to direct the Clerk to Locate the Informa Pauperis Application and Financial Affividat that He Has already submitted to this Court as soon as Possible or send order For Second Application IF So Neccessary.