TO: Judge John N. Darrah
DOCKET NO: (07C 6211)

Moses Tugume R60977
Big Muddy River
P.O. Box 900, INA IL 62846
October 20th 2007

F I L E D  Down State Illinois Innocence Project *

MB NOV 28 2007
Nov 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

* American Center for Law & Justice.

RE: Judicial Misconduct of ASA, A.P.D. $ Police Department [19th Judicial Circuit, Lake County, IL

Dear Bill Clutter Director Investigations/Roth A.G

I Am an Indigent defendant that was railroaded by the Mundelein Police Department, Illinois in Conjuction with the State's Attorney and Public defender's offices of the Circuit Court of the Nineteenth Judicial Circuit Court, Lake County, Illinois.

I   The Mundelein Police Department Investigators denied me my Privilege to have an attorney Present at my Interrogation While in their Custody. Investigators Hergott and Jason Seely told me that if I did not answer their Questions, that they would see to it, I never see my Sons Joshua Tugume 12/10/2004, $ Isaac Tugume 9/8/2006. They Ignored my request for the Presence of an Attorney.

II   The Mundelein Police Department Illegally Searched and Seized my Lockbox Containing 3 Passports (2 Ugandan and 1 refugee travel Document issued by the Dept of Homeland Security, FIOD Card [Fire Arms Document], Social Security Cards (2), My Green Card from Homeland Security and Personal Suit case without a Warrant. Or

my Consent. They claim my spouse gave them permission to do so. According to New rulings, this is deemed Illegal if used in Prosecuting a case. [my passports were Seized by the Court and Given a $1 Million bond]

III. The Assistant State's Attorney Mary Katherine Foy Knowingly and Intentionally Withheld DNA Evidence from the Northeastern regional Crime Laboratory [1000 Butterfield Road, Suite 100S, Vernon Hills, IL 60061 TEL 847 362-0676 FAX 847 362 0712] From me and this Evidence was Very Instrumental to my Exoneration of the Charges of Predatory Sexual Assault. [3 counts]

It is A Fact that I Filed a Post Conviction Petition with the Clerk of the Court on September 6th 2007. The ASA then Conviently on Information that I made allegations of Her Misconduct asked the Crime Lab to FAX her this Evidence on the 19th of September 2007, turns out the Reports were made on 2/26/07, 2/27/07, 5/23/07 Six Months after I was Convicted and Serving an 11 YEAR Prison Sentence in the Illinois Department of Corrections.

IV. The Assistant Public defender Moira Mericure Knowingly and Intentionally Conspired with the ASA Mary Katherine Foy by telling me that DNA Evidence Would not Exonerate me that the Laboratory reports has Positively Identified my Salvia on Victims body [Vaginal, Anal, left leg, right leg tested or Were amylase Positive and were Sent for further analysis. and that there was a huge back log at the Crime Lab and to go ahead and take the negotiated Plea bargain or Face 90 YEARS IF I took case to trial and was found guilty.

V. It is a fact that the DNA results Sent to me and recieved on 9/27/07 excluded me from any contact with

Victim in any way. I will send you a copy as soon as I get a chance to make copies at the library.

Please help me expose this gross Judicial Misconduct. In their haste to get a conviction, they wrongly entered my particulars in the Database of the IL Dept of Corrections, they entered Tegume instead of Tugume, they also entered a wrong Social Security Number.

I hope to hear from you,

Moses Tugume R60577
3-A-16
Big Muddy River
P.O. Box 900, Ina, IL 62846.

NB I'm innocent of this horrible crime and attached to my correspondence is my discovery material, there is a 911 call & video of the Victim's testimony in the care of Lake County States Attorney's Office 18 N County Street 4th Floor Waukegan IL 60085.

Details of Defendant:

1. Paralegal Student at the College of Lake County Grayslake IL 60030 & Loyola University Chicago Student November Illinois Paralegal Assoc
2. Legal Permanent Resident — Formerly Political Asylee
3. Married with 2 sons to Rosita Medina Puerto Rican
4. No Prior Criminal Felonies & No Sex Crime History
5. 31 Years of Age
6. Been in the United States since November 20th 2001 & Lived in New York-Saratoga, West Palm Beach Florida, Wisconsin, Chicago, IL
7. B.A. Political Science Makerere University Kampala - UG
8. LSAC# Due to go to Law School in La Verne Law School in California this year 2007. [LSAT]