UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED CH
DEC 06 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume
    Plaintiff

-vs-

Mary Katherine Foy, et al
    Defendants

Case # 07 C 6211
Honorable JOHN W Darrah
Magistrate Judge COLE

RE: REMOVAL OF ALIAS FROM COURT PAPERS

Comes Now, Plaintiff by and through Pro-SE and brings to the attention of this Honorable the Misspelling of His LAST NAME by LAST Court order as "Twgume" AKA Tegume and He states the Following to rectify this Problem

I. Plaintiff's LAST NAME is Tugume. & FIRST NAME Moses

II. He Further informs this Court to HAVE Court order Reflect Moses Tugume, SR

III. Wherefore, Plaintiff Prays this Honorable Court to Strike Out His Prison Alias Tegume out of all His Court Papers and be addressed as Moses Tugume, SR