CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume
    Plaintiff

-vs-

Mary Katherine Foy, et al
    Defendants

CASE # 07C6211
Honorable John W Darrah
Magistrate Judge Cole
Presiding Judges

Comes Now, Plaintiff by and through Pro-SE and Further informs this Honorable Court that an Informa Pauperis Application and Financial Affidavit reflecting all activity in His Account for Six months is on File and further Produces the Following Documents in Support of His Claims [Original, Judge's copy and 12 Copies of Each Document] against defendants

I   Correspondence From The American Civil Liberties Union
II  Correspondence From The U.S. Department of Justice
III Correspondence From The Office of the Attorney General - IL
IV Correspondence From The Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois.
V  Minutes Query From The 19th Judicial Circuit Court, Lake County, Illinois Putting Attorneys on Scene 4/10/2007.
VI Court Order Dissolving Plaintiff's Marriage as of Nov 7, 2007.

Wherefore, Plaintiff asks this Honorable Court to notify him with acknowledgement of receipt of these Documents Instanter upon receipt thereof.



**U.S. Department of Justice**

Civil Rights Division

207-25-0/277689

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

October 26, 2007

Moses Tuyume
R 60977
Big Muddy River Correctional Center
2 C-30
P. O. Box 900
INA, IL  62846

Dear Mr. Tuyume:

    Thank you for your correspondence. The Special Litigation Section of the United States Department of Justice is responsible for enforcing the provision of the Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141, that allows the Department to seek equitable relief to remedy a pattern or practice of misconduct by law enforcement agencies, such as police departments. When a systemic pattern or practice of misconduct is determined to exist, we have the authority to initiate civil action against the jurisdiction (city, county or state) in order to remedy the misconduct. The Department also has authority with regard to the anti-discrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968, 42 U.S.C. § 3789d, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, which together prohibit discrimination on the basis of race, color, sex or national origin by police departments receiving federal funds.

    The Section's authority does not extend to investigating the personal grievances of a single individual. The Section is not authorized to represent individual citizens in legal matters or to give legal advice. The Section also does not have the authority to seek criminal punishment or monetary damages for misconduct. Therefore, we are unable to provide you with legal opinions or assistance with personal lawsuits or legal matters. If you wish to pursue this matter further, you might consider contacting a private attorney or a legal services lawyer. This individual may assist you in determining what, if any, remedies may be available to you.

    We will consider your letter carefully along with other information we may receive to determine whether a pattern or practice investigation is warranted. If you have additional details that you believe may be relevant to our review, we would appreciate it if you would forward that information to us.

EMILY TYNES
DIRECTOR OF
COMMUNICATIONS



AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2565
F/212.549-2646
ETYNES@ACLU.ORG
WWW.ACLU.ORG

Dear Friend,

This office does not provide legal assistance, so we are forwarding your letter to the appropriate office that might be of help to you:

- ✓ Your state ACLU
- The National Prison Project
- The Death Penalty Project
- The Immigrants Rights Project

Sincerely,
The ACLU National Prison Projec



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Moses Tugume
R60977
P. O. Box 900
Ina, Il 62846

Chicago
October 25, 2007

Re:   Marykatherine Foy      Moira Gale Mercure
      No. 07 CI 4782         No. 07 CI 4844

Dear Mr. Tugume:

    We have received your recent communication regarding Marykatherine Foy and Moira Mercure. We have not received the documents you apparently tried to send to us through Marjorie Sher. If and when we receive those documents or any other materials from you, we will review them. At this time, however, for the reasons that follow, we will take no further action in this matter.

    First, be advised that the duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against lawyers. When we have enough evidence of misconduct by an attorney, we may try to cause the lawyer to be disbarred or suspended from the practice of law. This process may take years to be concluded. We cannot provide you with any legal advice or assistance and cannot review your case. No action we could take would change the outcome of your case.

    Your complaints regarding Ms. Mercure relate to her competence and effectiveness as your defense counsel. Your complaints about Ms. Foy are in the nature of claims of prosecutorial misconduct. Allegations of ineffective assistance of counsel and claims of prosecutorial misconduct are appropriately addressed and resolved in the courts through motions, appeals, petitions for post-conviction relief and other legal actions. Therefore, as a general policy, this Commission will not consider such allegations and claims unless a court has first found that a defense attorney was ineffective or that a prosecutor acted improperly.

    If, in the future, any court finds that Ms. Mercure failed to represent you effectively or that the State acted improperly in connection with your case, we invite you to send us a copy of



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Moses Tugume
October 25, 2007
Page 2

the court's decision. At that time, we will determine whether further action by this office may be warranted. [At this time, based on the information in our possession, we will take no further action.]

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

October 26, 2007

Mr. Moses Tegume
R 60977 2-C-30
Big Muddy River Correctional Center
P.O. Box 900
Ina, IL 62846

Dear Mr. Tegume:

    The Attorney General's Office has received your letter dated September 11, 2007. Your letter has been reviewed by an attorney.

    Based on the review of your complaint, there is insufficient information in your materials to demonstrate any linkage to our office's authorized areas of jurisdiction. As you may know, the Illinois Attorney General serves as the State's chief legal officer responsible for representing the State of Illinois and its officers in all legal matters, as well as, the People of the State of Illinois as a whole. The Attorney General does not have supervisory authority over law enforcement officials or locally elected state's attorneys.

    The Attorney General's Office is not authorized by law to provide legal advice to individual parties. I would suggest that you contact the Illinois Appellate Defender or the Illinois State Bar Association to obtain a referral to an attorney who could assist you. They can be contacted at 424 South Second Street, Springfield, Illinois 62701, (217)525-1760.

    No further communication from our office regarding this matter will be forthcoming.

Sincerely,

Richard D. Schwind, Chief
Criminal Enforcement Division

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

```
ED02 MQ                        MINUTES QUERY                    10/23/2007

CASE# 06CF00004882 FILED 12/04/2006  STATUS SP STATUS DATE 09/06/2007
TITLE PEOPLE VS TUGUME                       ARREST AGENCY MUND BRANCH CE

DATE: 11/09/2007 TIME: 09:00A ROOM: C201  CALNDR: CRM NOTE: PCPS

    EVENTS:
        POST CONVICTION PETITION STATUS            SET

DATE: 10/23/2007 TIME: 09:00A ROOM: C201  CALNDR: CRM NOTE:

    PRESENT:
        BOORAS, JAMES K.              PRESIDING JUDGE
        HERBST, MARY K.               COURT REPORTER
        HAXALL, BOLLING W.            STATE'S ATTORNEY
        SHAFFER, MARTIN L.            PUBLIC DEFENDER

    EVENTS:
        MOTION OF DEFENSE                          DENIED
            DEF'S NOTICE OF APPEAL DENIED DUE TO UNTIMELY FILING.

DATE: 09/14/2007 TIME: 09:00A ROOM: C201  CALNDR: CRM NOTE: PCPS

    PRESENT:
        BOORAS, JAMES K.              PRESIDING JUDGE
        RAPINCHUK, CAREN              COURT REPORTER
        NIEHUS, TIMOTHY B.            STATE'S ATTORNEY

    EVENTS:
        POST CONVICTION PETITION STATUS       CONTINUED ABSENT

DATE: 09/13/2007 TIME: 09:00A ROOM: C201  CALNDR: CRM NOTE:

    PRESENT:
        BOORAS, JAMES K.              PRESIDING JUDGE
        REPORTER, NO                  COURT REPORTER
        NIEHUS, TIMOTHY B.            STATE'S ATTORNEY

    EVENTS:
        POST CONVICTION PETITION STATUS       CONTINUED ABSENT
        DEFENDANT REMAINS IN CUSTODY          YES ABSENT
            IN THE ILLINOIS DEPARTMENT OF CORRECTIONS

DATE: 04/10/2007 TIME: 09:00A ROOM: C201  CALNDR: TLC NOTE: JURY

    PRESENT:
        BOORAS, JAMES K.              PRESIDING JUDGE
        NOLAN, SUZIE                  COURT REPORTER
        FOY, MARYKATHERINE            STATE'S ATTORNEY
        MERCURE, MOIRA G.             PUBLIC DEFENDER
        TUGUME, MOSES B.              DEFENDANT
```

[Handwritten annotation:] FILED LATE NOTICE OF APPEAL OCT 12th 2007 But Sent out November 5th 2007 To Appellate Court in Elgin.