UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS          Court Copy

MOSES TUGUME, SR          CASE # 07 C 6211
          Plaintiff          Honorable John W Dorragh

          -Vs-          Magistrate Judge COLE

MARY Katherine Foy, etal          **FILED**
          Defendants          DEC 1 4 2007
                    Dec 14 2007
                    Presiding Judge MICHAEL W. DOBBINS
                    CLERK, U.S. DISTRICT COURT

RE: MOTION PRESENTING DOCUMENTS IN this CAUSE

Now Comes, Plaintiff Moses Tugume, SR through and by Pro-se
and Presents to this Honorable Court the Following Supporting
Documents to His Cause 07 C 6211

I          Mundelein Police INCIDENT REPORT 13 COPIES
II          SUPPLemental REPORT By Investigator Hergot
III          EVIDENCE Techician REPORT By Rathe
IV          MEDICAL REPORTS FROM CONDELL HOSPITELL

          Plaintiff states that these Documents were enroneously
Sent back to Him By Clerk in their Wholesome Volumes
and the Court did not in fact retain copies of these
Particular Documents

          Wherefore Plaintiff Prays this Honorable Court to
accept these Documents as Supporting Exhibits in this
Cause.

                    Respectfully Submitted
                    Moses Tugume, SR
                    P.O. Box 900, INA, IL 62846.

10 COPIES

# MUNDELEIN POLICE DEPARTMENT
# INCIDENT REPORT



Community Focused...

Community Committed

**Complaint No** | 06-16845

Dispatch further advised that the offender later identified as, Tugme, Moses B. M/B 10/03/76 54 Washington Apt. 106 Mundelein, IL 60060 TX (847) 949-1430 was now possibily outside armed with a machete knife and banging on the hood of Mendez's vehicle.

Dispatch advised Mendez to honk her vehicle horn so that I could locate her vehicle, at which time I heard her vehicles horn on the buildings northwest side. I observed the vehicle attempting to back out but it was stuck on ice. I also saw Moses banging on the hood of Mendez's vehicle. I made contact with Moses and told him to get his hands on a vehicle's hood that was parked next to the Mendez's vehicle at which time he stated, "why I did not do anything wrong". I smelled a strong odor of an alcoholic beverage on or about his person. I placed Moses in handcuffs for my safety, at which time Mendez identified Moses as the offender and he was transported to the Mundelein Police Department for further investigation. I secured the apartment and turned it over to Evidence Technician Ofc. Rathke to process the scene for evidence and to wait for Medina, Rosita F/H (08/14/81) the mother of Destiny, Precious and Joshua to return home from shopping. Rosita did not have a cell phone to be contacted by, see Ofc. Rathke's evidence report for additional. I had Mendez respond to the Mundelein Police Department with Destiny, Precious and Joshua for questioning and investigation. Investigator Hergott was contacted and was en-route to investigate the incident and interview Moses, Mendez, Destiny, Precious and Joshua.

Upon arrival I conducted an initial interview with Destiny who stated in summary not verbatim that her mother Rosita had left to go shopping with Destiny's brother Isaac at approximately 3:24 p.m. and left Moses to watch her, Precious and Joshua. Destiny stated at approximately 5:00 p.m. Moses told her, Precious and Joshua to get their coats on and to get ready to go by their Grandma's. Destiny stated while she was putting her jacket on in the hallway by the front door (located on the east wall of the apartment between the kitchen and spare room). Moses came up from behind her and placed her in a chokehold. He then forced her into the spare room located in the northeast corner of the apartment and once inside the room he began kissing her and forced his tongue in her mouth. Moses closed the door and tried kissing her again, but Joshua opened the door and began pulling on Moses shirt trying to get his attention at which time Moses picked up Joshua, carried him out of the room and threw him down the hallway, she stated this happened approximately two more times. Moses grabbed tape from the kitchen area, came back into the room and barricaded the door with a vacuum cleaner, box and other items near the door to keep from being interrupted. Moses pulled Destiny's shirt, bra, pants and panties off. Destiny stated when she tried to resist, Moses would slap her on her right side of the face with his left hand. Moses used the tape from the kitchen to tape her hands to a crib that was in the room and began kissing and licking both of her ankles and continued doing this as he worked his way

| Reporting Officer/Initial | Badge No | Date | Supervisor Approval | FILE |
|---|---|---|---|---|
| John Sturlini | 231 | 10-Dec-06 | | Page 5 of 7 |

# MUNDELEIN POLICE DEPARTMENT
# INCIDENT REPORT



Community Focused...
Community Committed

| | Complaint No | 06-16845 |
| --- | --- | --- |

up to her vaginal area and once there performed oral sex on her for approximately a half hour. Moses inserted his penis inside her vagina while repeating to her "you're a very fat pretty person, I'm going to fuck you", after awhile Moses un-taped her hands and forced her to perform oral sex on him, holding her head up against his groin area while he was saying "oh that feels so good". Destiny stated she felt a liquid enter her mouth stating she thought he pee'd in her mouth. Destiny stated Mendez forced the door open and Moses grabbed Destiny by the hair and pulled her in the closet located on the southeast wall of the room and Mendez began yelling what are you doing to her, several times. Mendez yelled to her to get dressed and for Precious and Joshua to get their jackets. Moses left the room stating he was going to kill Mendez. Mendez grabbed Joshua, Precious and her and they ran out the apartments front door and headed to the vehicle located in the west parking lot to the building. Moses came out after them and began banging on her vehicle until the Police arrived. Destiny stated during the assault that she tried to resist by screaming and kicking but Moses would either hit or pin her down. Investigator Hergott arrived at this time to interview Destiny further, see Investigator Hergott's interview of Destiny, Precious, Joshua, Rosita and Moses for additional.

I interviewed Mendez who stated in summary not verbatim that Moses had called her at approximately 3:20 p.m. telling her how much he loves his family and began telling her how pretty she is and it's a shame she's not married, at which time she asked him if he had been drinking and he said no. Mendez told Moses she was on her way there and it would take her approximately an hour. Mendez stated he called back around 4:50-5:00 p.m., but she did not answer the call. Mendez stated when she arrived at the apartment building she called to have them let her in, but the phone just kept ringing. Mendez said a subject was leaving and she entered the apartment building and went to the apartment and pushed the unlocked front door open. Mendez said after being unable to locate anyone inside she called out "hello" and that is when Precious ran up to her. Mendez asked Precious "what are you guys doing" and Precious responded "nothing, but my dad is doing something private to Destiny." Precious told Mendez where they were and Mendez tried pushing the door open, but it was blocked by something. Mendez pushed harder and the door opened. Once inside the room Mendez pushed opened a red curtain used as closet door. Mendez observed Moses and Destiny standing face to face, both were naked. Mendez yelled at Moses "what are you doing" and he replied "nothing". Mendez called 911 and told dispatch what she saw and then told Destiny to put on clothes and get out of the room. Mendez pushed Moses out of the way to get to Joshua and Precious. Moses came out wearing jeans and a jacket and while still on the phone with dispatch Moses tried to grab her cell phone away from her, at which time she pushed Moses and he fell down. Moses got up and said he was getting a Machete and was going to kill her. Mendez advised she was scared Moses was going to kill them and was unsure of what weapons he may have so she got the kids and left the apartment. Once outside they

| Reporting Officer/Initial | Badge No | Date | Supervisor Approval | Page 6 of 7 |
| --- | --- | --- | --- | --- |
| John Sturlini /Z31 | 231 | 10-Dec-06 | | |



# MUNDELEIN POLICE DEPARTMENT
# INCIDENT REPORT



Community Focused...

Community Committed

| | |
|---|---|
| **Complaint No** | 06-16845 |

got inside her vehicle. Mendez tried to drive away but she was stuck in the snow. Moses then came outside to the parking lot and began beating on the hood of her car, so Mendez began honking the vehicles horn and the Police arrived. Mendez agreed to provide a voluntary written statement, see attached statement or additional.

I transported Destiny and Mendez to Condell Hospital and Ofc. Wilfenger, an Evidence Technician responded to collect the sexual assault kit. While at Condell Rosita had returned home and Ofc. Perdue transported Rosita to Condell to be with Destiny. LaCasa counselor Liz Lucas responded to Condell and spoke to the Rosita, Destiny and Mendez. When Destiny was released from the Hospital, I transported the family back to the Mundelein Police Department and Lucas also responded back to the Police Department. Upon arrival Lucas continued speaking with Rosita, Destiny and Mendez and after Lucas finished talking to them, Mendez drove Rosita and Destiny home.

See Investigator Hergott's supplemental report and interviews, Ofc. Rathke's and Ofc. Wilfenger evidence reports for additional. No VA form was given out since there were none available at the time of the incident.

| Reporting Officer/Initial | Badge No | Date | Supervisor Approval | |
|---|---|---|---|---|
| John Sturlini | 231 | 10-Dec-06 | | Page 7 of 7 |

## EVIDENCE TECHNICIAN REPORT

## MUNDELEIN POLICE DEPARTMENT

| CASE REPORT NUMBER 06-16845 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01 DATE 12/03/06 | 02 TIME 1753 | 03 ARRIVAL TIME 1757 | 04 WATCH B | 05 TOTAL TIME 8.0 | 06 BEAT 2110 | 07 SUB-BEAT | 08 | 09 PLACE CODE 0260 | 08 13 METHOD |

| 10 OFFENSE OR INCIDENT | 11 ORIGINALLY CLASSIFIED AS | 12 PLACE CODE | 13 METHOD |
|---|---|---|---|
| Predatory Criminal Sexual Assault Class X | Criminal Sexual Assault | | |

| 14 VICTIM'S NAME |
|---|
| Medina, Destiny |

**15 NARRATIVE**

PR207 (12/03/06) I responded to 54 Washington, Apt 106, to assist Officer Sturlini with his Predatory Criminal Sexual Assault case. Sturlini asked me to collect evidence from the apartment. The victim's aunt, Yamalie, was on location. She told me she arrived at the apartment to check on the girls. When she entered the apartment she found her niece, Destiny, and Medina's stepfather, Moses, completely naked in the northeast bedroom. Both of them were standing in the closet. Yamalie took Destiny outside to the car. She thought Moses might have chased her with a knife. Reference Sturlini's Predatory Criminal Sexual Assault report number 06-16845 for further details concerning the incident. I used the digital DX3900 camera and Nikon N60 for all photographs.

After making sure there was no one else inside the apartment I searched the porch area and parking lot where Moses had chased Yamalie and where he had been apprehended. Officer Perdue stood by inside the apartment while I conducted the search. I did not find any knives in the area. The victim's mother, Rosita, later told me there were no kitchen knives missing from the kitchen.

I inspected the inside of the residents starting with the northeast bedroom. Immediately as I entered the bedroom I saw a tall cardboard box to my right and a kid's play mobile to my left. Standing between the door and the play mobile was a vacuum cleaner. Lying on the floor next to the play mobile was a ¾ length black button down FR Tripler jacket. There was a bottle of Skol Vodka in the inside pocket of the jacket. The Vodka bottle was half full. Next to the jacket was a pair of Wrangler blue jeans, size 32 by 30, with a brown belt lying on the floor. Inside the blue jeans was a pair of white Hanes boxer shorts (size 34 x 36). The blue jeans and white boxers appeared to have been taken off at the same time. A few feet beyond the blue jeans was a white Fruit of the Loom T-shirt (size L) lying on the floor. Lying on the floor in the middle of the room was a large crimson red pillowcase. The pillowcase had a stain on it about 4 to 5 inches long. Right in front of the closet was a black fleece Old Navy hooded jacket lying on the floor. There was a pair of blue men's briefs underwear (size L) along the wall on the floor adjacent to the closet. In the northeast corner of the bedroom was a partially broken down crib. The headboard of the crib was detached from the crib and was leaning against the north wall. While I was searching the room I was advised via telephone that Destiny might have been sexually assaulted in the northeast corner of the room near the crib. I was also told Destiny may have had her hands bound with tape. Using a blue light with orange filter I turned the lights off in the bedroom and searched for potential semen stains. The entire room was clear of stains with the exception of the northeast

| 24 CASE ASSIGNED TO: PATROL_X_ DETECTIVES___ OTHER___ | 26 CASE STATUS ___ OPEN _X_ CLOSED ___ UNFOUNDED | 28 OTHER DEPARTMENTS NOTIFIED | | 27 TIME | |
|---|---|---|---|---|---|
| 25 REPORT PREPARED BY | 29 SUPERVISOR APPROVAL | 30 DATE 12/14/06 | 31 TIME 1554 | 32 OFFICER FOLLOW-UP | 10 NO |

85

## SUPPLEMENTAL REPORT

## MUNDELEIN POLICE DEPARTMENT

room. There were several stains on the carpet near the crib. The stain shapes and sizes appeared to be consistent with stains left from semen. I photographed the stains using the 35 mm Nikon N60 camera. The location of the stain on the carpet was marked by marker number 1. Photographs were taken with and without the blue light/orange filter. The section of the carpet containing the stains, approximately 16 by 14 inches, was cut out using a razor blade. I wore latex gloves as I placed the stained carpet section into a brown paper bag. I covered the open end of the brown paper bag with another brown paper bag. I located a stain free section of carpet on the west side of the northeast bedroom. After putting on a new pair of latex gloves, a section of the stainless carpet, approximately 16 by 14 inches, was cut from the carpet. I photographed the stain free section of carpet and marked the section with marker number 2. I wore latex gloves as I placed the stain free carpet into a brown paper bag. I covered the open end of the bag with a second brown paper bag. Sitting inside the closet was a black Omega suitcase with a small luggage lock on the zipper. I did not find any tape in the northeast bedroom. I photographed and collected all the clothes and placed them in separate brown paper bags. I later placed all items into an evidence locker at the station.

I continued my search in the kid's bedroom just west of the northeast bedroom. As I entered the bedroom I saw a plastic set of drawers in front of one of the beds. Lying on top of the plastic drawers was a white bra, a white Dream Rides halter top (size M), and a black velvet BCBG jacket (size M). All three pieces of clothing were inside out. The black velvet jacket was inside the white halter, which was underneath the bra. It appeared as if all three pieces of clothing were taken of at the same time and pulled inside out in the process. I did not find anything else of evidentiary value in the kid's room. I photographed the room and clothes. I collected the clothes, placed them into brown paper bags, and later placed them into an evidence locker at the police station.

I inspected the kitchen and found a roll of Tape-it packing tape on the kitchen table. On the ledge right behind the kitchen table I located a roll of scotch gift-wrap tape. Underneath the kitchen table I found a piece of scotch tape that was formed into two loops. The loops were approximately 2 to 3 inches in diameter. The loops in the tape appeared consistent with the size of Destiny's wrists and may have been the tape used to bind her hands. I photographed and collected all the tape and later placed it into an evidence locker at the station.

I waited in the apartment until Destiny's mother, Rosita, arrived. I explained the situation to Rosita and asked her for consent to search the apartment and take the computer in the family room. Rosita gave me permission to and signed a Consent to Search form. I located a blue Sentry lockbox under the bed in the master bedroom. Rosita did not have keys to the lockbox or the Omega suitcase. Rosita thought Moses might have the keys for both locks. She gave me permission to take the suitcase and lockbox to the station. She also gave me permission to open the lockbox and suitcase. I photographed the computer in the family room, a Compaq with a flat desktop. I also photographed the screen on the monitor before turning the computer off. I shut the computer down by unplugging the

Officer Signature:

CASE REPORT NUMBER
06-16845

SUPPLEMENTAL REPORT

MUNDELEIN POLICE DEPARTMENT

power cord. I collected the desktop and RCA digital cable modem and later placed them into evidence.

Once at the station I located the key to the Sentry safe box in the ¾ long FR Tripler jacket. I opened the safe and found Moses' passports, driver's license, FOID card, and miscellaneous papers. I placed the lockbox, passports, and other items into evidence. I was able to open the black Omega suitcase. Inside the suitcase I located miscellaneous papers including Moses' applications for naturalization. I also located two empty bottles of Skol Vodka in an open pouch on the backside of the suitcase. I placed the black Omega suitcase and its contents into evidence. I placed the roll of 35 mm film into evidence so it could be sent to the lab for development.

The following is a list of the 35 mm photographs taken with the Nikon N60 camera:

1) Card
2) Overall Northeast bedroom
3) Northeast corner of bedroom
4) East wall of bedroom
5) Northwest corner of bedroom
6) Northeast corner of bedroom
7) Stain area marked with marker #1
8) Stain under blue light/orange filter
9) Stain under blue light/orange filter
10) Stain under blue light/orange filter
11) Stain under blue light/orange filter
12) Stain under blue light/orange filter
13) Stain under blue light/orange filter
14) Stain under blue light/orange filter
15) Stain under blue light/orange filter
16) Stain under blue light/orange filter with ruler
17) Stain under blue light/orange filter with ruler
18) Stain under blue light/orange filter with ruler
19) Stain under blue light/orange filter with ruler
20) Stained carpet section removed for DNA analysis

Officer Signature:

CASE REPORT NUMBER
06-16845

SUPPLEMENTAL REPORT

MUNDELEIN POLICE DEPARTMENT

21)Stained carpet section removed for DNA analysis
22)Stain free carpet section removed for lab analysis (marked with marker #2)
23)kitchen
24)Piece of double looped scotch tape under kitchen table
25)Scotch tape
26)Scotch tape with ruler
27)Large red pillow case with stain
28)Stain with ruler
29)Stain with ruler

The following is a list of digital photographs taken:

1) Northeast bedroom- entryway and closet
2) FR Tripler ¾ length jacket, blue jeans with white boxers in doorway
3) Closet
4) North wall
5) Blue men's underwear near closet
6) Red crimson pillow case
7) Blue men's underwear near closet
8) White t-shirt
9) Blue jeans, white boxers, men's underwear
10)Kid's room- facing east
11)Entryway to kid's room
12)Kid's room- facing north
13)Kid's room- plastic drawers with black velvet jacket, white halter, and white bra on top
14)Black velvet jacket, white halter, white bra
15)Black velvet jacket, white halter, white bra on top of plastic drawers
16)Black velvet jacket, white halter, white bra on top of plastic drawers
17)Tape-It packing tape on kitchen table

Officer Signature:

CASE REPORT NUMBER
06-16845

# SUPPLEMENTAL REPORT

# MUNDELEIN POLICE DEPARTMENT

18)kitchen and kitchen table
19)Scotch tape on ledge behind kitchen table
20)Packing tape on kitchen table and Scotch tape on ledge
21)Compaq Evo computer screen- family room
22)Compaq Evo computer- family room
22)Compaq Evo computer
23)Compaq Evo computer
24)Compaq Evo computer desk
25)RCA digital cable modem box
26)RCA cable and Vonage box
27)Compaq Evo computer- rear view
28)Vonage box- rear view
29)Compaq Evo computer- rear view

Reference the attached field sketch of the apartment and the digital and 35 mm photographs for further details. Nothing further at this time.

Officer Signature:



# SUPPLEMENTAL REPORT

## MUNDELEIN POLICE DEPARTMENT

| 01 REPORT NUMBER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06-16845 | | | | | | | | 08 | 09 |
| 02 DATE | 03 TIME | 03 ARRIVAL TIME | 04 WATCH | 05 TOTAL TIME | 06 BEAT | 07 SUB-BEAT | 12 PLACE CODE | | 13 METHOD |
| 12-03-06 | 1830 | 1900 | | | | | | | |
| 10 OFFENSE OR INCIDENT | | | | 11 ORIGINALLY CLASSIFIED AS | | | | | |
| Predatory Criminal Sexual Assault | | | | Same | | | | | |
| 14 VICTIM'S NAME | | | | | | | | | |
| Medina, Destiny C. | | | | | | | | | |
| 15 NARRATIVE | | | | | | | | | |

MSH #206 (12-03-06): I was at home when I was contacted by dispatch, and requested that I respond to the station for a sexual assault investigation.

Upon my arrival I met with Officer Sturlini #231, who briefed me on the situation. See officer Sturlini's report for further. Officer Sturlini introduced me to the victim, who was identified as Destiny C. Medina 07-26-97 F/H 54 Washington Apt. 106 Mundelein, IL 60060 tx. 847-949-1430. I escorted Destiny into the investigation office and advised her that I wanted to videotape her statement. Destiny was able to distinguish the difference between good touch, bad touch, truth and lie, which she was able to demonstrate through examples and explanation. Destiny said that on 12-03-06 at approximately 1530 hours her mother, Rosita Medina 08-14-81 F/H took her baby brother Isaac Tugume (1 month old) Christmas shopping. Destiny said that her stepfather Moses B. Tugume 10-03-76 M/B stayed home to take care of her sister, Precious J. Medina 01-22-2000 F/H, her brother, Joshua T. Tugume 12-10-04 and her. Destiny said that at approximately 1730 hours Moses told the kids to get ready to go to grandmothers house. Destiny said that her brother and sister were in their bedrooms getting ready and she was in the hallway by the front door. Moses then began to kiss Destiny on the mouth and placed his tongue inside her mouth and told her that she was a very pretty fat girl. Destiny said that he forced her to the floor and **Ⓑ** taped her hands above her head to a crib that was in the room. I asked Destiny what kind of tape he used to bound her hands. She **Ⓓ** said that it was a clear tape that her mother uses to wrap present **Ⓒ** He then remove her clothing and began to kiss and lick her entire body. Destiny tried to kick Moses but he told her to stop or else and would strike her in the face with an open hand. Destiny **Ⓔ** said that Moses spread her legs apart and was kissing her vagina and placed his tongue inside her vagina.

Destiny recalled during her attack the phone was ringing and he got up to answer the phone. Destiny did not know who was **Ⓕ** calling. Moses released one of Destiny's hands and turned her over onto her stomach **Ⓖ** and the continued to /cont.

his penis. Destiny said that after Moses was done talking on the phone he came back to the room and removed his clothing exposing **Ⓗ**

| 16 TYPE OF PROPERTY | 17 NO OF ITEMS | 18 PROPERTY CODE | 19 RECOVERY CODE | 20 PROPERTY VALUE | 21 PROPERTY RECOVERY VALUE | 22 PROPERTY DESTROYED VALUE | | 27 TIME |
|---|---|---|---|---|---|---|---|---|
| 16 TYPE OF PROPERTY | 17 NO OF ITEMS | | | | | | | 27 TIME |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 24 CASE ASSIGNED TO: | 25 CASE STATUS | 26 OTHER DEPARTMENTS NOTIFIED | 27 OFFICER FOLLOW-UP | |
|---|---|---|---|---|
| PATROL __ DETECTIVES △ OTHER __ | OPEN ☒ CLOSED __ UNFOUNDED | | | |
| 28 REPORT PREPARED BY | 29 SUPERVISOR APPROVAL | 30 DATE | 31 TIME | 32 OFFICER |
| 206 | | 12/11/06 | 1045 | 23 SERIAL NUMBER |
| | | | | ID NO |

FILE

06-16845

CASE REPORT NUMBER

## SUPPLEMENTAL REPORT

## MUNDELEIN POLICE DEPARTMENT

MSH #206: kiss and lick her body. Destiny said that her brother, Joshua, started to enter the bedroom and Moses got upset and went to the door and Destiny saw him grab Joshua and throw him down the hall. Destiny heard Joshua crying and heard her sister try to calm Joshua down. Moses then closed the door and placed a vacuum cleaner and other items in front of the door to block anyone else from coming into the room. Moses then flipped Destiny over onto her back and placed his penis inside her vagina. Destiny said that it felt bad and hurt. Destiny said that this act continued for several minutes. Moses then pulled his penis out of her vagina and stuck his penis in her mouth and held her head with his hands, forcing her head in a back and forth motion. Moses told her how good it felt. Destiny said that this act continued until a liquid came out of his penis and into her mouth. Destiny thought that the liquid was urine. Destiny then heard her Aunt Yamalie Mendez 07-26-78 F/H 7545 W. Diversey Elmwood Park IL 60707 tx. 773-230-3831 entered the apartment and call to the kids. Yamalie then attempted to gain entry into the bedroom and Moses forced Destiny into the closet with him. Yamalie forced her way into the room and found Moses and Destiny in the closet naked. Yamalie asked what was going on and told Destiny to get dressed. Destiny said she got dressed and Yamalie took all the kids and got into her car and as they were driving off Moses approached the car and started to bang on the window until the police arrived.

I asked Destiny if she told anyone what had happen. Destiny said she told her grandmother, Maria D. Mendez 01-17-67 F/H 33 Shaddle Apt. D110 Mundelein, IL 60060 tx. 773-272-1588 (C) 847-393-7072 (H), Aunt Yamalie and a police officer. I asked Destiny what she thinks should happen to someone that gives a child a bad touch. Destiny said that the person should go to jail for a very long time. I then showed Destiny anatomical drawings of a female child and a male adult. Destiny named the body parts and when it came to the male penis she said that it is called a "dick" but that at school they are not allow to say that name so she calls it "Rick". See attached drawings for further. I thanked Destiny for her cooperation and the interview was terminated. I then stopped the video recording. I made a VHS copy of the video and placed the original and the copy into evidence. I informed Destiny that I would have Officer Sturfini take her and her Aunt to Condell Medical Center to be examined by a doctor. Destiny agreed to cooperate in the investigation.

I then instructed Officer Wilfenger to respond to the hospital to assist Officer Sturfini with evidence collection. See Officer Wilfenger's report for further.

I then escorted Precious into the social service office to conduct an interview. Precious requested that her grandmother be with her during the interview. I complied with her request. Precious made the following statement in summary but not verbatim: Precious said that she is in the 1st grade and that she attends Hawthorn North Grade School and that her teacher is Mrs. Able. Precious was able to verbalize and demonstrate the difference between a good touch and bad touch and telling the truth verses a lie. Precious agreed to tell the truth. I asked Precious if anyone had given her a bad touch. She said no. I asked if she had received a bad touch what she would do. Precious said that she would tell her mom, grandmother, or her teacher. I asked if anyone had given her sister a bad touch. Precious said that Moses gave her sister a bad touch. I asked how she knew this. Precious said that her mother went shopping and Moses was watching them. She saw Moses and Destiny in the bedroom with no clothes on and they were doing something private because Moses closed the door. Destiny said that she also heard Destiny tell her grandmother that Moses gave her a bad touch. Precious did not have any additional information and I thanked Precious for her cooperation and the /cont

Page No.

2

Officer Signature

| CASE REPORT NUMBER |
| 06-16845 |

# SUPPLEMENTAL REPORT

# MUNDELEIN POLICE DEPARTMENT

MSH #206: had intercourse with his wife 6 months ago in that bedroom. I then showed him clear tape that was recovered from the scene that Destiny claims was used to bind her hands. Moses said the kids are always playing with the tape. I requested that Moses submit a sample of his DNA. Moses said that he would comply with my request. I took swabs of the interior of his mouth and packaged the swabs and placed them into evidence. Moses said, "now the science will tell".

Inv. Seeley and I left the interview room to talk to Officer Willenger who had returned from the hospital. Officer Willenger informed us that Destiny was examined and the doctor stated that there were signs of sexual penetration and that Destiny had a tear from her vagina to her anus and that the nurse and Destiny's mother took photos. See attached photos. Inv. Seeley and I confronted Moses with the information from the doctor. Moses just laughed and said Destiny is lying and that she has lied in the past about threatening her life when she saw him drinking in October and DCFS unfounded the allegation. The interview was terminated and Moses was placed in a cell.

I contacted the on call Assistant States Attorney and spoke to ASA Henne. I provided him the facts of the case and after reviewing the facts in the case he approved a charge of predatory sexual assault (class X). I thanked ASA Henne for his assistance and the conversation was terminated. See arrest report for further.

I informed Rosita of the charges and suggested that she obtain an order of protection. I advised her that I would also be making a report with DCFS. I provided her with my business card and the case number and told her to contact me with any questions. She thanked me for our assistance and the conversation was terminated.

I contacted the DCFS Hotline and spoke to Flora Negretti, who advised that she would assign an investigator to the case 1733576A. I thanked her for her assistance and the conversation was terminated.

On 12-04-06 at 1015 hours Inv. Seeley and I escorted Moses into an interview room located in the investigation office to conduct an additional interview. Inv. Seeley advised Moses of his Miranda Warnings which he read from a preprinted form. Moses signed the form indicating that he understood his rights. See attached. Moses refused to make any further statements. I asked Moses if he would give written consent to have his computer forensically analyzed. Moses complied with my request and signed a consent form. See attached. Moses was placed back into a cell to await bond court.

I received a phone call from DCFS Investigator Chuck Dorothy, who advised that he had been assigned the case and that he would obtain information on any prior contacts and would contact me at a later date with his findings. I thanked him for his assistance and the conversation was terminated.

No further investigation required at this time case closed – arrest.

Page No.

4

Officer Signature

12 Copies of
Statements made to
Obtain Order of
Protection

Respondent did the following things on the
...clude the relevant history of abuse, the effect the
...lent occurred. Attach additional pages, if necessary)

...tion of Incident(s)

...ome & found Destiny cry-
...were naked. Moses
...ing to kill her while
...el hallway. My sister
...e was arrested

...ren to the hospital &
...tive for penetration.

...ing African music & he &
...were dancing. Moses was
...l Joshua. Six yr. old
...bbed. Moses made
..., the bedroom. Moses continued
...Moses told Destiny to
...off. She refused. Moses
...off, tied her wrists to the
...tissing her all over the place
...her. Joshua sat by the
...while this happened.

When I removed home from shopping
they (police) were there

Moses penetrated Destiny vaginally & attempted
anal penetration.

☐ Continued on attached page(s)

171-37  Rev. 11/04

STATE OF ILLINOIS )
) SS
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) GENERAL NO: 06 CF 4882
)
MOSES B. TUGUME )

## SUPPLEMENTAL ANSWER TO MOTION FOR DISCOVERY

Now comes MICHAEL J. WALLER, State's Attorney, in and for the County of Lake, by and

through MARYKATHERINE FOY, Assistant State's Attorney, and supplements the Answer to Motion

for Discovery previously filed in the above-captioned cause as follows:

1. Defense counsel is hereby furnished with additional pages (Hospital Records) initialed MKF

and numbered 84 through 101.

2. Defense counsel is hereby furnished with additional witnesses:

Gary Harris, M.D., Expert in Medical Science,

Doreen Clough, R.N. , Condell Medical Center, Libertyville, ILl

MICHAEL J. WALLER
State's Attorney of Lake County


MARYKATHERINE FOY
Assistant State's Attorney

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF LAKE | ) | **A F F I D A V I T** |

I, Marykatherine Foy, on oath, states that she tendered the above Supplemental Discovery (re: Tugume), to _____, Esq., for M. Mecure on February 13, 2007.

_____
Marykatherine Foy, Affiant

Condell Medical Center
801 South Milwaukee Ave
Libertyville, IL 60048
Phone Number : (847)362-2900

Foreperson of THe Grand Jury
C/O Felony Review
20 S.County
Waukegan, IL 60085

Wednesday, January 03, 2007

# COVER LETTER

Re: Request for Information on :     MEDINA, DESTINY

Attached you will find the requested documents on the above referenced patient. If
you have questions regarding your request please contact the Health Information
Management Department at (847) 990-5248

**Thank You**

ROI Correspondence Team
Condell Medical Center

CONDELL MEDICAL CENTER

MEDINA, DESTINY                    PT# 2135784   MR#    603967 REGIS DATE 12-03-06
                                                              TIME 22:19


                              AGE:   9Y    DOB: 07-26-97   FC: E

PAT TYPE:  EMERGENCY          SEX: F    RACE: H    MAR: S  REL:

CLINICS:   ED                 MED SVC: EMR SPEC HND:

VST TYPE:  1                  ATT DR:  1557   HARRIS, GARY

HOW ARRIVED:  POLICE          ED DR:  1557   HARRIS, GARY

PREVIOUS VISIT:  00-00-00     SURG:

ACCIDENT:  DATE/TIME  12-03-06     J  LOCA: HOME        TYPE/CODE   06


PATIENT:   SSN:                        PATIENT EMPLOYER:
MEDINA, DESTINY                        NOT EMPLOYED
54 WASHINGTON BLVD APT 10
MUNDELEIN, IL        60060
847-949-1430  OCCUP:


GUARANTOR: SSN: 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            GUARANTOR EMPLOYER:
MEDINA, ROSITA                         NOT EMPLOYED
54 WASHINGTON BLVD APT 10

MUNDELEIN, IL        60060
847-949-1430  PT REL: CH
OCCUP:


NEAREST RELATIVE:                      EMERGENCY CONTACT:
                                       MEDINA ROSITA
                                       54 WASHINGTON BLVD APT 10
       —       PT REL:                 847-949-1430  PT REL: CH

PATIENT STATES:                             PRINTED: 12/06/06 10:13
ALLEGED SEXUAL ASSAULT


AD DIA:


INS # 1: CO: 200   CRIME VICTIMS        PLAN:  1   CRIME VICTIMS
SUBSCRIBER: MEDINA, DESTINY      REL: PT   GROUP:
ID#: NA                       CONTRACT:          TYPE:
CRIME VICTIMS          JAMES E RYAN-ATTY GENERAL   100 W RANDOLPH ST
CHICAGO            IL 60601 0000 BENE: 312 8142581   VERI:   NA

INS # 2: CO:                     PLAN:
SUBSCRIBER:                  REL:    GROUP:
ID#:                     CONTRACT:        TYPE:

                    00000 0000  BENE:           VERI:

INS # 3: CO:                     PLAN:
SUBSCRIBER:                  REL:    GROUP:
ID#:                     CONTRACT:        TYPE:

                    00000 0000  BENE:           VERI:

COMMENTS:
PROC:

                                              /        2640


                                       #PRINTED BY: shi10730
                                       #DATE    1/3/2007


MEDINA, DESTINY            PT# 2135784   MR#    603967 DISCH DATE

**Language Services** ☒☐☐ (please initial) I understand that I have the right to a free interpreter.
☐ English Speaking - No Interpreter Necessary
☐ I accept the interpreting services provided by the hospital  Language Requested: _____     Name of Interpreter: _____
☐ I refuse the interpreting service     ☐ I request a friend or family member to interpret     Refusal Signature: _____
☐ Form read to patient by: _____

**CONSENT FOR TREATMENT:** I understand that I have a condition requiring health care services. I hereby consent to the providing of behavioral health, medical and surgical care by my physician, emergency department physicians and other health care providers that may be considered necessary or advisable for my diagnosis or treatment.

**GENERAL CONDITIONS FOR TREATMENT:** I understand if x-rays are necessary, the interpretation given to me by the physician in the emergency department is a preliminary report. A radiologist will review these films and if there is a change in the diagnosis, I will be notified. Physicians on staff at this hospital, including but not limited to, emergency physicians, pathologists, radiologists, anesthesiologists, anesthetists, and other hospital based practitioners, my attending and consulting physician are NOT employees or agents of the hospital. All such providers are independent contractors who have been granted the privilege of using this facility for the care and treatment of their patients. I understand these providers exercise their own independent medical judgment and they are not subject to the supervision or control of the hospital with respect to my treatment.

**AUTHORIZATION FOR RELEASE OF INFORMATION:** Any health care provider or medical facility, including my physician and consulting physician, may obtain from or provide to the hospital, information concerning my care, condition and treatment for the purposes of treatment, payment or healthcare operations. I understand this information may include the diagnosis of and treatment for **behavioral health and mental illness, alcohol and substance abuse and results of any blood test performed to determine the presence of the Human Immuno-deficiency Virus (agent causing AIDS)** and may be sent via facsimile, computer or other video or telephonic means. I authorize the release of my Social Security Number for identification purposes in accordance with Federal/State laws and regulations.

**ASSIGNMENT OF BENEFITS/PAYMENT GUARANTEE:** I authorize the hospital on behalf of itself and the physicians for whom the hospital is authorized to bill, to obtain or attempt to attain proceeds, benefits or amounts due to me or to members of my family from insurance companies or third party payors due to my treatment and hospitalization. In consideration of the services to be rendered to myself or the patient, I agree to pay Condell Medical Center the co-pay, deductibles and unallowable amounts in accordance with my third party payor/insurance contract. In the event I am uninsured, I agree to pay the full account in accordance with the regular rates and terms of Condell Medical Center.

**PERSONAL PROPERTY:** I understand and agree that money, jewelry and other valuables should not be brought to the hospital. I further understand Condell Medical Center is not responsible nor liable for the loss or damage to any money, jewelry, dentures, hearing aids, documents, or other property of any kind.

**PRIVACY NOTICE/STATEMENT OF PATIENTS RIGHTS:** I am receiving or have previously received the Condell Health Network Notice of Privacy Practices. I am receiving or have previously received the Condell Health Network Statement of Patient Rights and Responsibilities. My signature below indicates my understanding and agreement to all the above information.

Signature of Patient/Authorized person _____ Witness _____ Date _____

Witness (Phone Consent) _____     Relationship to patient _____

**REFUSAL OF EXAMINATION AND/OR TREATMENT FOR EMERGENCY CONDITION**
I have been informed of the obligation of Condell Medical Center to examine and treat me for an emergency condition. I refuse to consent to:
☐ Initial Examination     ☐ Further examination (state exam refused) _____
☐ Treatment (state treatment refused) _____
I am refusing this examination and/or treatment for the following reason(s): _____

I acknowledge that I have been informed of the risks and benefits of the examination and/or treatment I am refusing, and hereby release the hospital, the physician, and all other persons caring for me from all responsibility for any ill effects which may result from this refusal of examination and/or treatment.
Risks of examination and/or treatment explained: _____
Benefits of examination and/or treatment explained: _____

Signature of Patient or Legal Representative _____     Date and Time _____     Signature of Staff Member _____
Reason for incompletion, if the patient does not complete or sign the above: _____

**LEAVING AGAINST MEDICAL ADVICE (AMA)**
I am leaving the hospital against the advice of the attending physician and hospital administration. I acknowledge I have been informed of the risks involved and hereby release the physician and hospital from all responsibility for any ill effects which may result from this decision. My reason for leaving are: _____

Signature of Patient or Legal Representative _____     Date and Time _____     Signature of Staff Member _____



## CONDELL MEDICAL CENTER
LIBERTYVILLE, IL 60048
### PATIENT CONSENT FOR TREATMENT

Page 1 of 2

CMC 083     APPROVED BY FC MS 2/06

MR#: **2135784**

DOB:     MR:     603967  ADM:12/03/06
ATT:     MEDINA, DESTINY
         DOB: 7/26/1997   009Y     F
"IF PATIE





Patient is unable to complete this Questionnaire – Reason(s): (check all that apply)
☐ Altered mental status; ☐ Refuses; ☐ Unable to communicate; ☐ Significant other unavailable ☐ Required follow up
☐ Other _____

_____ (please initial)  I have been offered smoking cessation education information

In accordance with the Patient Self Determination Act, we are required by law to provide you with written information concerning Advance Directives, inform you of your rights and document whether or not you have executed an Advance Directive. *An Advance Directive is a written instruction, such as a living will, durable power of attorney for healthcare or mental health treatment declaration, IDPH Uniform Do Not Resuscitate Form, as recognized under state law.* **Admission and Care are not dependent upon whether or not you have an Advance Directive.** Information concerning Advance Directives, your rights and our policy concerning Advance Directives is provided in your Admission Packet. Please complete the following:

**Do you have an Advance Directive?**

| | | |
|---|---|---|
| Living Will | ☐ Yes | ☐ No |
| Power of Attorney for Health Care | ☐ Yes | ☐ No |
| Mental Health Treatment Declaration | ☐ Yes | ☐ No |
| IDPH Uniform Do Not Resuscitate Form | ☐ Yes | ☐ No |

_____        _____        _____
Patient/Family Signature              Witness                    Date

**FOR PATIENT USE ONLY: If the patient has an Advance Directive and no copy available.**

In the absence of the actual Advance Directive, the substance of my Advance Directive is as follows:
    *(This does not replace a written Advance Directive)*
    ☐ I do not want my life prolonged nor do I want life sustaining treatment to be provided or continued if the burdens of the treatment outweigh the expected benefit.
    ☐ I want my life to be prolonged and I want life sustaining treatment to be provided or continued unless I am in an irreversible coma as determined by my attending physician.
    ☐ I want my life to be prolonged to the greatest extent possible.
    ☐ I do not wish to complete.

**Comments:** Additions or clarifications of the above:
_____
_____
_____

_____        _____        _____
**Patient Signature Only**              Witness                    Date

**FOR STAFF USE ONLY:**

☐ Copy of Living Will   or   Healthcare Power of Attorney   received on admission from patient/family
☐ Copy requested from patient/family – name _____ date _____
☐ Copy printed from HPF and placed on record

Hospital Representative: _____        _____
                                        Signature                              Date

5789

| Patient's Last Name | MEDINA | | Birth Date | Age |
|---|---|---|---|---|
| Patient's First Name | DESTINY | Patient States | 07-26-97 | 9Y |
| | / | ALLEGED SEXUAL ASSAULT | | |

| Previous Hospitalization | Medical Record No. | Arrival Date & Time | Account No. |
|---|---|---|---|
| 00-00-00 | 603-967 | 12-03-06   22:19 | 2135784 |

**ALLERGIES** ☐ NKA

☐ Ordering physician aware of possible allergies/cross sensitivity

Patient Phone **847-949-1430**   PT MD   **NOT ON STAFF**

| MD Order | TREATMENT ORDERS / MEDICATION ORDERS: | Time Done | MD Order | Lab / Test | Order Time | Draw Time | Resulted |
|---|---|---|---|---|---|---|---|
| | Pre Hospital Meds Given: | | | Amylase | | | |
| | Consultant: | | | Basic Chem | | | |
| | | | | Blood Cultures    x 2  Different Sites | | | |
| | IV:              @              ml/hr | | | BNP | | | |
| | | | | Cardiac Alert Panel | | | |
| | **Pneumonia, Treatment** | | | Cardiac Enzymes | | | |
| | Blood C/S prior to antibiotic | | | CBC | | | |
| | Antibiotic | | | COMP Chem | | | |
| | Fluid challenge @ _____ ml | | | Digoxin | | | |
| | | | | D Dimer | | | |
| | Heplock | | | ETOH | | | |
| | NPO        Diet: | | | Magnesium | | | |
| | Blood Glucose Monitor (PG) | | | Liver Profile | | | |
| | Cardiac Monitor | | | Lipase | | | |
| | O2 @ _____ Lpm Via _____ | | | Pregnancy / UHCG / BHCG / QUANT | | | |
| | O2 Sat on Room Air _____ on O2 @ ___ | | | PT / PTT | | | |
| | Orthostatics | | | Puncture Wound Protocol | | | |
| | Urine Dipstick | | | * Donor  MR# _____ | | | |
| | | | | * With   or   Without   Hep Vac | | | |
| | **AMI - Orders:** | | | Sed Rate | | | |
| | A.S.A. | | | Trauma Profile | | | |
| | Beta- Blockers | | | Type/Screen | | | |
| | Not given because: | | | Type/Cross Match # | | | |
| | | | | Urine Toxicology | | | |
| | | | | Urinalysis | | | |
| | | | | Cultures: Urine / Stool / Pelvic | | | |
| | | | | Strep rapid        ED | | | |
| | | | | Strep Follow up        ED | | | |
| | | | | Throat Culture     Lab | | | |
| | | | | | | | |
| | | | | EKG | | | |
| | | | | Respiratory Therapy Tx | | | |
| | | | | Peak Flow | | | |
| | | | | ABG    Room Air / O2 _____ Lpm | | | |

**DISPOSITION**

| | | TIME |
|---|---|---|
| ☑ Home | ☐ Nursing Home | 045 |
| ☐ Work | ☐ AMA  ☐ LWBS | |
| ☐ GMB | ☐ Observation | |
| ☐ ICCU | ☐ TELE | |
| ☐ Admit   Room _____ | | |

RN# 8148 ☐ Express Area

FOLLOW- UP with

Dr. Sobny

_____ In _____ Days

☐ Transfer, Where _____

☐ Expired in ED   ☐ Morgue   ☐ Coroner   ☐ Police

ED MD Signature: _____   Time: _____

ED MD Signature: _____   Time: _____

| RADIOLOGY | Order | To X-ray | From X-ray | Rad.Reading |
|---|---|---|---|---|
| X- Ray: | | | | |
| | | | | |
| ABD Series | | | | |
| CXR- PA/LAT/ PORT | | | | |
| C- Spine Series | | | | |
| LS Spine | | | | |
| Trauma C- Spine | | | | |
| US: | | | | |
| | | | | |
| CT: | | | | |

**CONDELL MEDICAL CENTER**
LIBERTYVILLE, IL 60048

**EMERGENCY DEPARTMENT RECORD**
Page 1 of 1

CMC 84                                Revised 9/21/06

90

**55**  **Alleged Sexual Assault** **(5)**

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

Trauma Levels: 1 / 2  3        Time: _____
TIME SEEN: 11:30 _____ □ on arrival   ROOM: _____  EMS Arrival
HISTORIAN: (patient)  spouse  paramedics _____
AGE _____  M /(F)  RACE _____
___ HX / ___ EXAM LIMITED BY: _____

## HPI
**chief complaint:** _Alleged Sexual Assault_

**occurred:**
just prior to arrival
today _____
yesterday _____
___ days ago

**where:**
(home)    school
neighbor's   park
work    street

**mechanism of trauma:**  fists  kicked  choking
pushed / thrown down    pushed / thrown against wall
weapon(s) or object(s) used   threatened with _____
(vaginal penetration)   **Assailant:**
(rectal penetration)   known   unknown
(oral penetration)  multiple assailants

| location of pain / injuries: | –right– | | –left– | |
|---|---|---|---|---|
| head  face  mouth | shldr | hip | shldr | hip |
| neck  chest  breast R / L | arm | thigh | arm | thigh |
| abdomen (vaginal) perineum | elbow | knee | elbow | knee |
| back  upper  mid  lower | f-arm | leg | f-arm | leg |
| radiating to R / L thigh / leg | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |

**pain:**
pelvic pain
• (mild) / mod / severe   sudden / intermittent / constant
• cramping / pressure / "pain"   burning / sharp
vulvar / vaginal pain _____
low back pain _____
flank pain _____

**LNMP:** _____   post-menop.   s / p hyst.
pregnant / pos home HCG _____  MOS   EDC
irregular / missed period(s) _____
prior abnormal period(s) _____

**vaginal bleeding:**
abnormal bleeding (started) _____
compared to menstrual periods: severe / heavier / similar / lighter / spotting
passing clots / tissue _____

## ROS
**PULMONARY / CVS**
cough
trouble breathing
chest pain

**GI / GU**
abdominal pain
vaginal discharge
vomiting / diarrhea
urinating problems

**NEURO / EYES**
headache
visual disturbance

**SKIN / LYMPH / MS**
rash / swelling
joint pain   CONST
fever / chills
all systems neg except as marked

---

**PAST HX** __negative__  diabetes Type 1  Type 2  diet / oral / insulin
Obstetric Hx.– Grav __0__  Para __0__  Ab _____
Meds– __none__ / see nurses note _____
Allergies– __NKDA__ / see nurses note _____

**SOCIAL HX** –smoker _____  drug use /abuse _____
recent ETOH _____

☑ Nursing Assessment & Vitals Reviewed   ☑ Tetanus immun. UTD

## PHYSICAL EXAM
**General Appearance**  __e-collar ( PTA / in ED ) / backboard__
__no acute distress__   mild / moderate / severe distress
__alert__  anxious / lethargic
   cooperative

**HEAD**   __see diagram__
__no evidence of__  __Raccoon eyes / Battle's sign__
trauma
**NECK**  __see diagram__
__non-tender__  __vertebral point-tenderness__
__painless ROM__  __muscle spasm / decreased ROM__
  __pain on movement of neck__
**EYES**  __EOM entrapment/palsy__
__PERRL__  __subconjunctival hemorrhage__
__EOMI__
**ENT**  __hemotympanum__
__nml external__  __nasal septal hematoma__
inspection  __TM obscured by wax__
__no dental injury__  __clotted nasal blood__
  __dental injury / malocclusion__
**RESP / CVS**  __see diagram__
__chest non-tender__  __decreased breath sounds__
__breath sounds nml__  __splinting / paradoxical movements__
__heart sounds nml__  __tachycardia / bradycardia__
  __wheezes / rales / rhonchi__

T=Tenderness  PvT=Point
Tenderness  S=Swelling
Ev=Ecchymosis Lac=Laceration
A=Abrasion  B=Burn  (ED
=without  m=mild
mod=moderate  s=severe)
Tev = Tenderness on palpation
(severe)

**ABDOMEN**  __see diagram__
__non-tender__  __rebound / tenderness__
__no organomegaly__  __mass / organomegaly__
**NEURO / PSYCH**  __confusion / disorientation__
__oriented x3__  __EOM palsy / anisocoria__
__mood & affect nml__  __facial asymmetry__
__CN's nml (2-12)__  __depressed affect__
  __unsteady / ataxic gait__
  __slow / no response to commands__
__sensation &__  __sensory / motor deficit__
motor nml  __non-communicative__
  __hostile / tearful__
  __suicidal ideation__
**SKIN**  __see diagram__
__intact__  __crepitus / diaphoresis__
__warm, dry__

2135784

MR:    603967  ADM: 12/03/06
MEDINA, DESTINY
DOB:  7/26/1997   009Y    F

## Condell Medical Center
## EMERGENCY PHYSICIAN RECORD

69

**BACK**
___ no CVA tenderness
___ no vertebral tenderness

**EXTREMTIES**
___ no evidence of trauma

___ nml ROM

**PELVIC EXAM**
___ external exam nml

___ speculum exam nml (vagina, cervix)

___ bimanual exam nml (uterus, adnexa)

**RECTAL**
___ non-tender
___ stool nml color
___ heme neg stool

___ see diagram
___ vertebral point-tenderness
___ CVA tenderness ( R / L )
___ muscle spasm

___ see diagram
___ bony point-tenderness
___ painful / unable to bear weight
___ pulse deficit

**Joint Exam:**
___ limited ROM / ligaments laxity / joint effusion

___ see diagram
___ herpes-like ulcerations
___ external trauma
___ secretions on skin
___ vaginal discharge
___ abrasions / ecchymosis
___ vaginal fluid leakage ( pregnant )
___ nitrazine  pos / neg
___ active bleeding  mild / mod / severe
___ blood / clots in vaginal vault
___ cervicitis
___ tissue present in cervix / vagina
___ cerv. motion tenderness
___ cervical dilation / cervical os open
___ adnexal tenderness
___ uterine tenderness
___ enlarged uterus
___ consistent with dates ___ wk
___ adnexal mass / fullness
___ black / bloody / blood-streaked stool
___ gross blood present
___ heme pos. / trace pos
___ external hemorrhoid
  thrombosed  ruptured  inflamed  bleeding
___ pain on exam
  rectal  prostate   unable to examine digitally

**PROCEDURES**

**Wound Description / Repair**
length ___ cm  location ___
superficial  *subcut  muscle  linear  ·  stellate  irregular
clean  contaminated moderately / *heavily ___
**distal NVT:**  neuro & vascular status intact ___  no tendon injury ___
**anesthesia:**  local / topical   digital block ___
lidoc 1% 2%  epi / bicarb   marcaine 0.25%  0.5% ZAP-topical
**prep:**
Hibiclens / Shur-Clens / Betadine / other ___
irrigated / washed w/ saline ___  debrided ___
  minimal / mod. / *extensive   minimal / *mod. / *extensive
wound explored ___  undermined ___
foreign material removed   minimal / mod. / *extensive
  partially  completely   *wound margins revised
  minimal / mod. / *extensive   multiple flaps aligned
**repair:**  Wound closed with  wound adhesive / steri-strips
  SKIN-   # ___ -0 nylon / prolene / staples /
  ___ silk / ethilon
  *SUBCUT-   # ___ -0 vicryl / chromic ___
*may indicate intermediate repair   may indicate complex repair



Alleged Assault-55   ED#55   Rev. 07 / 06

**LABS & XRAYS**
___ sexual assault evidence kit complete
___ cultures obtained ___
  GC ___ wet mount  sperm present
  (chlamydia)
SHCG / BHCG / serum / urine preg test  POS  NEG
HIV  hepatitis  VDRL  urinalysis

| XRAYS | ☐ Interpreted by radiologist | ☐ Interpreted by EDMD |
|---|---|---|
| | ☐ Reviewed by me | ☐ Discussed w/ radiologist |

**C-Spine   T-Spine   LS-Spine**
___ nml / NAD   ___ reversal / straightening of cerv. lordosis
___ no fracture   ___ DJD / spondylosis / spurring
___ nml alignment   ___ fracture non-displaced  displaced
___ soft tissues nml

**CXR**
___ nml / NAD   rib fracture
___ no infiltrates   infiltrate / atelectasis
___ nml heart size
___ nml mediastinum

**OTHER** ☐ See separate report.

STD prophylaxis given ___
  rocephin  doxycycline  other ___
pregnancy prophylaxis given ___
authorities notified ___
social services consult ___

**PROGRESS**
Time ___ unchanged ___ improved ___ re-examined ___

___

Trauma surgeon responded: ___

Discussed with Dr. ___   Additional history from:
will see patient in  ED / hospital / office   family  caretaker  paramedics
Counseled patient / family regarding:   ___ prior records ordered
lab / rad results / diagnosis  need for follow-up   ___ Rx given
**CRIT CARE TIME**  (excluding separately billable procedures)
  30-74 min   75-104 min ___ min

**CLINICAL IMPRESSION**
Alleged Sexual Assault   Vaginal Laceration
Contusion

Follow up with Dr. ___  in ___ days.
See attached discharge instructions.
Discharge follow-up instructions / Prescriptions home ___

**DISPOSITION**   ☐ home ☐ nursing home ☐ work ☐ AMA ☐ LWBS
Time ___   ☐ GMB ☐ obs23 ☐ ICCU ☐ TELE ☐ DOA
  ☐ ready to admit ___ room ___
  ☐ transfer, where ___   ☐ expired
  ☐ morgue ☐ coroner ☐ police ___
**CONDITION-**  ☐ stable ☐ fair ☐ serious ☐ critical ___

ENDORSED TO- ___

PHYSICIAN SIGNATURE- ___   TIME: ___

PHYSICIAN SIGNATURE- ___   TIME: ___
☐ Dictated Addendum   ☐ Template Complete

90

Mind. PO

| Triage time/Date: | 12/3/06   2220 | Primary MD ? | ACCOMPANIED BY: Aunt |

**ACCOMPANIED BY:**
- ☐ Police   ☐ Self   ☒ Family
- ☐ EMS   ☐ Parent   ☒ Friend

**MODE OF ARRIVAL:**
- ☒ Ambulatory
- ☐ Carry
- ☐ Wheelchair
- ☐ Ambulance
- ☐ Air

**CLASSIFICATION TRIAGE SCALE**
- ☐ 1. IMMEDIATE
- ☒ 2. EMERGENCY ⟲
- ☒ 3. URGENT
- ☐ 4. LESS URGENT
- ☐ 5. NON URGENT

**TRAUMA:**
- ☐ I
- ☐ II
- ☐ III

Language other than English _____ Interpreter required/provided ☐ Yes ☐ No

**WORK INJURY** ☐ N ☐ Y
Date & Time of Accident _____
CMC - Work Injury ☐ N ☐ Y
Date & Time of Accident _____

**PRE HOSPITAL TREATMENT:** ☒ N/A
- ☐ ALS/BLS   ☐ ET Size   ☐ Glucose
- ☐ B. Board/Collar
- ☐ CPR   ☐ Drugs   ☐ O2 LPM
- ☐ Splints   ☐ IV

**CHIEF COMPLAINT:**
Here to Mind police officers for sexual assault eval.

**ALLERGIES** ☒ NKA   ☐ Unknown
☐ Latex Reaction
REACTION _____

**PEDIATRIC IMMUNIZATION**
Up to date
- ☒ Yes
- ☐ No

**TETANUS**
- ☐ < 5 yrs
- ☐ > 5 yrs
- ☐ Needs

**VISUAL ACUITY**
- ☐ RT _____
- ☐ LT _____
- ☐ Both
- ☐ Corrected
- ☐ Not Corrected

**VITAL SIGNS**
Time _____ 97.5 P 80 RR 20 B/P 112/82 SAT 96

**WEIGHT/KG.**
Actual _____   Stated/Estimated 128#
Birthweight _____   Height _____

**HOME MEDICATIONS**   ☒ NONE   ☐ See List Copy   ☐ Herbal Supple./Vit.

| | DOSE/FREQ | | DOSE/FREQ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PAST MEDICAL HISTORY** ☐ Denies Past Medical History
LMP N/A   G _____ P _____ AB _____ EDC _____

- ☐ Angina   ☐ Cancer   ☐ Migraine   ☐ Infectious Disease
- ☐ Arthritis   ☐ Diabetes   ☐ Psych
- ☒ Asthma   ☐ GI disorder   ☐ Renal
- ☐ Blood Trans   ☐ Hypertension   ☐ Seizures   ☐ Other
- ☐ CHF   ☐ Infection   ☐ Smoker
- ☐ COPD   ☐ Liver Hepatitis   ☐ Substsance use
- ☐ CVA   ☐ MI   ☐ Thyroid

**PAIN SCORE (0 - 10)** 3/10
OR
**FLACC SCALE SCORE (0 - 10)** _____
(Face,Legs,Activity,Cry,Consolability)

**TRIAGE INTERVENTION** ☒ N/A
- ☐ Acetaminophen/Ibuprofen ☐ Ice Pack
- _____ Time   ☐ Lab
- ☐ Advised No food or drink ☐ Splint
- ☐ C- Spine Immobolization ☐ Urine
- ☐ Dressing   ☐ X- ray
- ☐ Elevation   ☐ Other
- ☐ Explanation of Delays ☐

**SUSPECTED ABUSE / NEGLECT**
FINDINGS ☒ N/A
- ☐ Positive
- ☐ Negative
- ☐ Proceed to screening tool
- ☐ Does not wish to answer questions

**EXTREMITIES:** ☒ N/A
Injury/Deformity _____
Tenderness _____ Point: _____
Pain: Sharp _____ Dull _____ Other _____
Skin: Hot _____ Warm _____ Cool _____ Cold _____
_____ Pink _____ Cyanotic _____
Sensory: Numbness Yes _____ No _____ Cap Refill: _____
Motor Function: _____
Pulse: _____

| DISPOSITION TRIAGE | TIME | DISPOSITION TRIAGE | TIME |
|---|---|---|---|
| WAITING ROOM | | LWBS | |
| TREATMENT ROOM | 2220 | DIRECT ADM | |
| NEW LIFE | | CATH LAB | |

Triage RN Signature _Karen Clough RN_


MR#:                      ADM:
2135784
DOB:
ATT:   MR:   603967   ADM: 12/03/06
       MEDINA, DESTINY
IF PAT  DOB:  7/26/1997   009Y   F   )RM:



91

## INITIAL ASSESSMENT    Time: 2020

**MENTAL STATUS:**
- ☑ Alert
- ☑ Oriented x 3
- ☐ Confused
- ☐ Unresponsive
- ☐ Agitated
- ☐ Cooperative
- ☑ Age Appropriate
- ☐ Lethargic
- ☐ Restless
- ☐ Uncooperative
- ☐ Other

**SKIN TEMP**
- ☑ Warm
- ☐ Cold
- ☐ Hot

**COLOR**
- ☑ Normal
- ☐ Cyanotic
- ☐ Jaundiced
- ☐ Pale
- ☐ Ashen
- ☐ Flushed

**MOISTURE**
- ☑ Dry
- ☐ Moist
- ☐ Diaphoretic

**CAPILLARY REFILL**
- ☑ < 2 Sec
- ☐ > 2 Sec

**RESPIRATORY:** ☐ O2        L    R
- ☑ Normal / Clear
- ☐ Labored
- ☐ Retractions
- ☐ Accessory muscle use
- ☐ Cough   ☐ Non- productive ☐ Productive

Crackles ☐ ☐
Wheezes ☐ ☐
Cough ☐ ☐
Dimished ☐ ☐

**ABDOMEN:** ☐ N/A
- ☑ Soft
- ☐ Distended
- ☐ Guarding
- ☐ Firm
- ☐ Tender

Emesis x _____ /24 hours
Last meal _____ /24 hours
Last BM _____  Diarrhea x _____
Bowel Sounds ☐ Present ☐ Absent
☐ Hematemesis ☐ Constipation ☐ Incontinent

**OB / GYN:** ☑ N/A
EDC ____ G ____ P ____
FHT _____
☐ Vaginal Discharge

**PAIN SCALE:** 0 - 10   3/10

**FLACC SCALE:**
(Face, Legs, Activity, Cry, Consolability)
0 - 10

**INITIAL GLASGOW COMA SCORE**
☑ N/A
Score _____
Time _____

**CARDIAC:** ☑ N/A
PAIN
- ☐ Onset
- ☐ Location
- ☐ Rhythm _____

**POINT OF CARE**
Urine Preg        Rapid Strep
Neg ____          Neg ____
Pos ____          Pos ____
Glucose Monitor _____

**G.U.** ☑ N/A
- ☐ Frequency ☐ Clear
- ☐ Urgency ☐ Cloudy
- ☐ Hematuria
- ☐ Pain / Burning

| TIME | T | P | R | BP | SatO2 | Cardiac Rhythm |
|------|---|---|---|----|----|----|
| | | | | | | |

| TIME | | TIME | | TIME | |
|---|---|---|---|---|---|
| ___ Aspiration precaution | | ___ Fall injury precaution | | ___ Urine Dip | |
| ___ Crutches/crutch training | | ___ Nasal Gastric Tube | | ___ Wound Closure | |
| ___ Dressing w/ | | ___ NPO | | | |
| ___ Elastic Bandage | | ___ Prepare for Exam | | ___ Wound Prep/ Irrigation | |
| ___ Elevation / Ice | | ___ Security Standby | | | |
| ___ Explain procedure | | ___ Seizure Precautions | | | |
| ___ Eye exam | | ___ Splint - Type _____ | | | |
| ___ Foley catheter | | ___ Vaginal exam | | | |

☐ Addendum monitoring strips

| Time | Medications | Dose | Route | Site | RN | Time | Reassessment after Medication | Pain 0- 10 | RN |
|------|-------------|------|-------|------|----|----|----|----|----|
| | | | | | | | | | |

| Time | Pt/Fm Info | Nurse's Notes | | | | | | GCS | Pain 0- 10 | RN |
|------|------|------|---|---|---|---|---|---|---|---|

Time: 2020  Pt to ED c Mundelein Police and aunt. Pt alert + cooperative. Pt
to out Waited Pt c pain to "privates" Pt c ams Stats, having
discharge to toilet paper earlier after urinating. Pt Stated "my stepdad
choked me and threw me to the ground." "He taped my wrists to the
crib" He asked me to take off my clothes and he took off his." "He
kissed me on the mouth and kissed me all over the place." "He put
his privates into my privates ~~butt~~ and mouth." Pt Stated aunt and
home and called Police. ___ now talking c Pt and to ___

RN Signature _____ Time: 2020
RN Signature _____ Time _____
RN Signature _____ Time _____

**DISCHARGE VS:** B/P _____ P _____ R _____ T _____ SAT02 _____ Time _____
- ☐ Patient/Parent/Guardian has verbalized an understanding of discharge instructions
- **Teaching Method:** ☐ Discussion ☐ Demo ☐ Handout ☐ Instructions via Interpreter
- ☐ Discharged ☐ Ambulatory ☐ Carried ☐ Crutches ☐ W/C ☐ Other

MR#: 2135784

DOB: //   MR: 603967   ADM:12/03/06
ATT.   MEDINA, DESTINY
**IF PATIENT IN   DOB: 7/26/1997   009Y   F

## CONDELL MEDICAL CENTER
LIBERTYVILLE, IL 60048

## Emergency Nursing Assessment

CMC 548        Page 1 of 1        Approved by FC 9/06



| Time | Cardiac Rhythm | T | P | R | BP | Pulse Ox | Pain Scale 0-10 | Medications / IV | Site | Rte | PV Fm Info | Observations / Procedure |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2300 | | | | | | | | | | | | ✓ sexual assault kit started refer to kit paperwork for more information — |
| 2400 | | | 80 | 70 | 128/84 | | | | | | | ✓ Dr. Harris to do pelvic & exam and cultures and swabs. Pt. to be disrobed began Pelvic procedure will come bedside, tear noted to area between |
| 0010 | | | | | | | | | | | | vagina and rectum small amount of bleeding noted ✓ RN continuing sexual assault kit collections — |
| 0021 | | | | | | | | | | | | Cystram liberation — ✓ sexual assault kit completed Pt cooperative for procedure will reassure frequently |
| 0110 | | | | | | | | | | | | ✓ kit to police officer from Mundelein PD #718 — officer took six bags of patients clothing also — |
| 0122 0127 0135 | | 98.0 | 78 | 16 | 119/80 | 99% | 9:00 | | | | | ✓ Motrin pt dc'ed for RN ✓ cultures sent to lab — ✓ discharge verbal dc instructions given to mom. Pt both verbalized understanding. Pt amb to police station with mom. Dest Cystram to css and police officers → |

| Type | Intake | Output |
|------|------|------|
| IV Fluids | | |
| NG Tube | | |
| Urinary | | |
| Other | | |
| Totals | | |

**Discharge:** ☐ Home  ☐ Transfer ☐  Room # ___

Discharge / Transport via:
☒ Ambulatory       ☐ O2
☐ Carried          ☐ Cardiac Monitor
☐ Wheelchair       ☐ IV
☐ Stretcher

RN Signature _Dawn Clark_  Time _0145_
RN Signature _____  Time _____

**Knowledge elicit related to discharge instructions**
☐ Discharge instructions given
☒ Patient/Guardian/Parent has verbalized an understanding of discharge instructions

☐ Crutch walking with return demo
☐ Instructions via interpreter

**CONDELL MEDICAL CENTER**
LIBERTYVILLE, IL 60048
**Emergency Department**
**Nursing Flow Sheet**
Page 1 of 1
CMC 547        Revised 06/05

MR#:    2135784

DOB:  //    MR:    603967  ADM:12/03/06
ATT:        MEDINA, DESTINY
            DOB: 7/26/1997   009Y    F
**IF PATIENT IN**

93

*ST12/04/2006 CORNELL MEDICAL CENTER,LIBERTYVILLE IL 60048 CUMULATIVE SUMMARY
12:00                CLIA #14D0042355   CAP #18470-01              PAGE: 1
    F. BATTI,  P. KAMPMEIER  A. OKONKWO  S. MUSUNURI MDS,PATHOLOGISTS

NAME: MEDINA,DESTINY              F/9?
MR# : 1000603967                                      ADM: 12/03/2006
ACCT: 2135784                    DR : HARRIS, GARY
LOC:ER


*********************************************** GENITAL CULTURES ****************************************
12/04/2006  GENITAL CULTURE
+  0100   ACC. NO.:  N5672        TRANSPORT TIME: 0.9   PRELIMINARY
          SPECIMEN DESCRIPTION:    VAGINAL
          SPECIAL REQUESTS:        NONE

          GRAM STAIN:   1.   Preliminary Gram Stain report, pending
                             review:
                        2.   FEW WBC'S SEEN
                        3.   RARE EPITHELIAL CELLS SEEN
                        4.   MODERATE GRAM POSITIVE RODS
                        5.   NO TRICHOMONAS SEEN ON WET MOUNT
                        6.   PHONED TO SHIRLEY IN ER AT 0220/30.
                        7.   Reviewed Gram Stain shows NO CHANGES.

          CULTURE:      1.   PEND


MR#:1000603967              CUMULATIVE REPORT                PAGE:1
MEDINA,DESTINY              END OF REPORT

94

*S 12/04/2006 CONDELL MEDICAL CENTER,LIBERTYVILLE IL 60048   CUMULATIVE SUMMARY
  18:00                    CLIA #14D0042355    CAP #18470-01         PAGE: 1
       F. BATTI,  P. KAMPMEIER  A. ORONKWO  S. MUSUNURI MDS,PATHOLOGISTS

NAME: MEDINA,DESTINY              F/9Y
MR# : 1000603967
ACCT: 2135784                                          ADM: 12/03/2006
LOC:ER                     DR : HARRIS, GARY


*************************** CHLAMYDIA/GC ***************************

DAY:
DATE:                                      2
TIME:                                          12/04/06
LOC:              NORMAL      UNITS             +0100
                                                 ER

SOURCE
CHLAMYDIA DNA PROBE       NEG                   CERVIX
GC DNA PROBE              NEG                   NEGATIVE
                                               NEGATIVE


MR#:1000603967            CUMULATIVE REPORT
MEDINA,DESTINY            END OF REPORT                      PAGE:1

95

```
.*ST12/05/2006 CONDELL MEDICAL CENTER,LIBERTYVILLE IL 60048  CUMULATIVE SUMMARY
   12:00           CLIA #14D0042355   CAP #18470-01            PAGE: 1
       F. BATTI,  P. KAMPMEIER  A. OKONKWO  S. MUSUNURI MDS,PATHOLOGISTS

   NAME: MEDINA,DESTINY             F/9?
   MR# : 1000603967                                  ADM: 12/03/2006
   ACCT: 2135784
   LOC:ER                          DR : HARRIS, GARY
```

```
      ****************************************** GENITAL CULTURES ******************************************
 12/04/2006  GENITAL CULTURE
 +  0100  ACC. NO.:   M5622        TRANSPORT TIME:  0.9   PRELIMINARY
           SPECIMEN DESCRIPTION:  VAGINAL
           SPECIAL REQUESTS:      NONE

       GRAM STAIN:    1.   Preliminary Gram Stain report, pending
                           review:
                      2.   FEW WBC'S SEEN
                      3.   RARE EPITHELIAL CELLS SEEN
                      4.   MODERATE GRAM POSITIVE RODS
                      5.   NO TRICHOMONAS SEEN ON WET MOUNT
                      6.   PHONED TO SHIRLEY IN ER AT 0220/30.
                      7.   Reviewed Gram Stain shows NO CHANGES.

       CULTURE:            1.   MODERATE USUAL VAGINAL/URETHRAL FLORA
```

```
  MR#:1000603967          CUMULATIVE REPORT              PAGE:1
  MEDINA,DESTINY          END OF REPORT
```

```
AST12/06/2006 CONDELL MEDICAL CENTER,LIBERTYVILLE IL 60048    CUMULATIVE SUMMARY
  12:00            CLIA #14D0042355    CAP #18470-01            PAGE: 1
    F. BATTI,  P. KAMPMEIER  A. OKONKWO  S. MUSUNURI MDS,PATHOLOGISTS
```

```
NAME: MEDINA,DESTINY              F/9Y
MR# : 1000603967                                         ADM: 12/03/2006
ACCT: 2136784              DR : HARRIS, GARY
LOC:ER
```

```
    ************************************************* GENITAL CULTURES *************************************************
12/04/2006  GENITAL CULTURE
+  0100  ACC. NO.:  M5622        TRANSPORT TIME:  0.9    PRELIMINARY
         SPECIMEN DESCRIPTION:   VAGINAL
         SPECIAL REQUESTS:       NONE

         GRAM STAIN:    1.   Preliminary Gram Stain report, pending
                             review.
                        2.   FEW WBC'S SEEN
                        3.   RARE EPITHELIAL CELLS SEEN
                        4.   MODERATE GRAM POSITIVE RODS
                        5.   NO TRICHOMONAS SEEN ON WET MOUNT
                        6.   PHONED TO SHIRLEY IN ER AT 0220/30.
                        7.   Reviewed Gram Stain shows NO CHANGES.

         CULTURE:       1.   HEAVY USUAL VAGINAL/URETHRAL FLORA
```

```
MR#:1000603967          CUMULATIVE REPORT              PAGE:1
MEDINA,DESTINY          END OF REPORT
```

```
*ST12/07/2006 CONDELL MEDICAL CENTER,LIBERTYVILLE IL 60048  CUMULATIVE SUMMARY
  * ' 12:00          CLIA #14D0042355   CAP #18470-01                PAGE: 1
               CONDELL PATHOLOGY GROUP        847-990-5150
```

```
NAME: MEDINA, DESTINY          F/9Y
MR# : 1000603967                                      ADM: 12/03/2006
ACCT: 2135784                  DR : HARRIS, GARY       DISC:12/03/2006
LOC:ER
```

```
    *************************************************** GENITAL CULTURES ******************************************
12/04/2006  GENITAL CULTURE
+   0100  ACC. NO.:  MS622       TRANSPORT TIME:  0.9   FINAL 12/07/2006
          SPECIMEN DESCRIPTION:  VAGINAL
          SPECIAL REQUESTS:      NONE

     GRAM STAIN:    1.  Preliminary Gram Stain report, pending
                        review:
                    2.  FEW WBC'S SEEN
                    3.  RARE EPITHELIAL CELLS SEEN
                    4.  MODERATE GRAM POSITIVE RODS
                    5.  NO TRICHOMONAS SEEN ON WET MOUNT
                    6.  PHONED TO SHIRLEY IN ER AT 0220/30.
                    7.  Reviewed Gram Stain shows NO CHANGES.

     CULTURE:       1.  HEAVY USUAL VAGINAL/URETHRAL FLORA
```

```
MR#:1000603967          CUMULATIVE REPORT              PAGE:1
MEDINA,DESTINY          END OF REPORT
```

ST12/08/2006 CONDELL MEDICAL CENTER, LIBERTYVILLE IL 60048    CUMULATIVE SUMMARY
02:30          CLIA #14D0042355    CAP #18470-01          PAGE: 1
               CONDELL PATHOLOGY GROUP      847-990-5150

```
NAME : MEDINA,DESTINY         F/9Y                      ADM: 12/03/2006
MR# : 1000603967                                        DISC:12/03/2006
ACCT: 2135784              DR : HARRIS, GARY
LOC: ER
```

```
*****************************CHLAMYDIA/GC *****************************
DAY:                              2
DATE:                                        12/04/06
TIME:              NORMAL    UNITS             0100
LOC:                                           ER

SOURCE                                        CERVIX
CHLAMYDIA DNA PROBE     NEG                    NEGATIVE
GC DNA PROBE           NEG                     NEGATIVE
```

```
MR#:1000603967                                          PAGE:1
MEDINA,DESTINY          CONTINUED
```

```
*ST12/08/2006 CONDELL MEDICAL CENTER, LIBERTYVILLE IL 60048    CUMULATIVE SUMMARY
  02:00          CLIA #14D0042385    CAP #18470-01              PAGE: 2
            CONDELL PATHOLOGY GROUP       847-990-5150


NAME: MEDINA, DESTINY              F/9Y
MR# : 1000603967                                         ADM: 12/03/2006
ACCT: 2135784                  DR : HARRIS, GARY         DISC:12/03/2006
LOC:ER
```

```
    ***********************************************  GENITAL CULTURES  *********************************************
12/04/2006  GENITAL CULTURE
    0100  ACC. NO.:  M5622        TRANSPORT TIME:  0.9   FINAL 12/07/2006
          SPECIMEN DESCRIPTION:   VAGINAL
          SPECIAL REQUESTS:       NONE

    GRAM STAIN:    1.   Preliminary Gram Stain report, pending
                       review:
                  2.   FEW WBC'S SEEN
                  3.   RARE EPITHELIAL CELLS SEEN
                  4.   MODERATE GRAM POSITIVE RODS
                  5.   NO TRICHOMONAS SEEN ON WET MOUNT
                  6.   PHONED TO SHIRLEY IN ER AT 0220/30.
                  7.   Reviewed Gram Stain shows NO CHANGES.

    CULTURE:       1.   HEAVY USUAL VAGINAL/URETHRAL FLORA
```

```
MR#:1000603967                              PAGE:2
MEDINA,DESTINY          END OF REPORT
```

**CONDELL MEDICAL CENTER**
For:  Emergency Department          847-990-5300

$R\!\!\!/$

☐ May substitute  ☐ May not substitute   DEA No. _____   M.D. / DO

**CONDELL MEDICAL CENTER**
For:  Emergency Department          847-990-5300

$R\!\!\!/$

☐ May substitute  ☐ May not substitute   DEA No. _____   M.D. / DO

**EMERGENCY DEPARTMENT 847-990-5300**

INSTRUCTIONS RELEASE: The examination and treatment you have received has been on an emergency basis only and was not intended to be a substitute or replacement for complete medical care.

**Work / School Release** (Date) _____ to (Date) _____

Patient may/may not attend school/gym for above dates.

Work Limitations _____

If you need a release to return to work or school, or any extension of the time period indicated, it should be obtained from your physician, the company physician or the physician given to you for follow-up care.

Your Provisional Diagnosis _____

Follow-up M.D.

*Dr. Devaney. 1 Day*
*Sophy    680-7002*

FOLLOW THESE SPECIFIC INSTRUCTIONS:

Micro Medex Care Instructions: _____

Additional Instructions _____

Recheck at once if symptoms or condition get worse or if not improved, follow-up with your physician in 1-2 days.

Physician Signature : _____

**POISON HELP 1-800-222-1222**
**ILLINOIS POISON CENTER**

☐ Your EKG has been read on a preliminary basis by the physician on duty. Final reading will be made by the cardiologist. You will be notified if there are additional findings.

☐ Radiology
Your x-ray has been read on a preliminary basis. Final reading will be made by the radiologist. You will be notified if there are additional findings.

☐ You were prescribed sedatives or pain medications that may make you drowsy. Do not drink alcohol, drive or operate machinery while you are taking these medications.

☐ _____ is an antibiotic. Take as prescribed until the prescription is finished.

☐ You have received a Tetanus booster today. This shot will provide protection for up to 10 years.

☐ Acetaminophen _____ mg every 4 hours as needed for pain/fever. Ibuprofen _____ mg every 8 hours as needed for pain/fever. Take with food.

☐ Infectious Disease
If cultures taken during your ED visit are positive, we will notify you or your doctor when the results are returned it further follow-up care is needed.

☐ By signing, I authorize release of this personal health information to use in follow-up and discussion with my own physician or the referral physician. Call your own private physician or the referral physician within 24-hours of your emergency department visit to make an appointment for follow-up care in _____ days(s).

Tell the receptionist you were seen in the Emergency Department.

Patient or
Representative Signature  X _____

Date 12/4/06   Time 0145   RN Initials _____

‖‖‖‖‖‖‖‖‖‖‖‖‖
100085

**CONDELL MEDICAL CENTER**
LIBERTYVILLE, IL 60048
**AFTER CARE INSTRUCTIONS**
Copy 1 - Patient    Copy 2 - Chart
CMC 85      **Page 1 of 1**      Approved by FC 06/06

2135784

MR:   603967 ADM:12/03/06
MEDINA, DESTINY
DOB: 7/26/1997   009Y   F