10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED CH
DEC 14 2007
Dec 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Moses Thgume, SR
_____
Plaintiff( )

v.

Mary Katherine Foy, et al
_____
Defendant(s)

CASE NUMBER  07 C 6211

JUDGE  John W. Darrah

Magistrate Judge Cole

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Moses Thgume, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  □No  (If "No," go to Question 2)
   I.D. # R60977   Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes □No  Monthly amount: $10.00

2. Are you currently employed?  □Yes  ☒No
   Monthly salary or wages: $1800.00
   Name and address of employer: Lake County - Winchester House
   1125 North Milwaukee Avenue
   Libertyville IL 60048

   a. If the answer is "No":
      Date of last employment: December 2006
      Monthly salary or wages: 1800.00
      Name and address of last employer: Lake County - Winchester House
      1125 North Milwaukee Avenue
      Libertyville IL 60048

   b. Are you married?  □Yes  ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages    □Yes  ☒No
      Amount_____  Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

Joshua Tugume    ⎫
Isaac Tugume       ⎬ Sons  $1500.00
Trevor Tugume    ⎪
Moses Tugume Jr  ⎭

-2- Patience Kukundo  ⎫
Brenda Kikomeherwoza  ⎬ Sisters  600.00
Grace Turya Singwra  ⎭

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __Nov 20 2007__                     __Ngume__
                                          Signature of Applicant

                                          __Moses B. Tngume__
                                          (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Moses B. Tegume__, I.D.# __R60977__, has the sum of $ __<-437.90__ on account to his/her credit at (name of institution) __Big Muddy River C.C.__.
I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average monthly deposit was $ __99.48__.
(Add all deposits from all sources and then divide by number of months).

__12/3/07__                                  __Alla Evans Warden__
DATE                                         SIGNATURE OF AUTHORIZED OFFICER

                                             __John Evans__
                                             (Print name)

rev. 10/10/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 11/29/2007 | | | Big Muddy River Correctional Center | | | | Page 1 |
| Time: 1:51pm | | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: R60977;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R60977 Tegume, Moses B.**   **Housing Unit: BMR-03-A -16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/30/07 | Mail Room | 04 Intake and Transfers In | 150265 | 134352 | Stateville C.C. | 506.91 | 506.91 |
| 05/31/07 | Point of Sale | 60 Commissary | 151713 | 535491 | Commissary | -407.75 | 99.16 |
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166138 | | P/R month of 05/2007 | 9.52 | 108.68 |
| 06/22/07 | Disbursements | 80 Postage | 173331 | Chk #75040 | 102175, DOC: 523 Fund Reimburs, Inv. Date: 06/04/2007 | -.49 | 108.19 |
| 06/22/07 | Disbursements | 90 Medical Co-Pay | 173331 | Chk #75040 | 102327, DOC: 523 Fund Reimburs, Inv. Date: 06/06/2007 | -2.00 | 106.19 |
| 07/02/07 | Point of Sale | 60 Commissary | 183719 | 536719 | Commissary | -36.68 | 69.51 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194138 | | P/R month of 06/2007 | 5.44 | 74.95 |
| 07/18/07 | Disbursements | 80 Postage | 199331 | Chk #75277 | 105385, DOC: 523 Fund Reimburs, Inv. Date: 07/18/2007 | -1.23 | 73.72 |
| 07/18/07 | Disbursements | 80 Postage | 199331 | Chk #75277 | 104834, DOC: 523 Fund Reimburs, Inv. Date: 07/13/2007 | -.41 | 73.31 |
| 07/18/07 | Disbursements | 80 Postage | 199331 | Chk #75277 | 104885, DOC: 523 Fund Reimburs, Inv. Date: 07/13/2007 | -.41 | 72.90 |
| 07/18/07 | Disbursements | 80 Postage | 199331 | Chk #75277 | 104911, DOC: 523 Fund Reimburs, Inv. Date: 07/13/2007 | -.41 | 72.49 |
| 07/20/07 | Point of Sale | 60 Commissary | 201713 | 538853 | Commissary | -47.16 | 25.33 |
| 08/13/07 | Payroll | 20 Payroll Adjustment | 225138 | | P/R month of 07/2007 | 10.00 | 35.33 |
| 08/13/07 | Disbursements | 88 contribution | 225331 | Chk #75495 | 16851, Frances Jones Abondoned, Inv. Date: 08/13/2007 | -9.00 | 26.33 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 106764, DOC: 523 Fund Reimburs, Inv. Date: 08/10/2007 | -.41 | 25.92 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 106545, DOC: 523 Fund Reimburs, Inv. Date: 08/07/2007 | -.41 | 25.51 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 105606, DOC: 523 Fund Reimburs, Inv. Date: 07/24/2007 | -.82 | 24.69 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 16851, DOC: 523 Fund Reimburse, Inv. Date: 08/13/2007 | -.41 | 24.28 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 105934, DOC: 523 Fund Reimburs, Inv. Date: 07/27/2007 | -.41 | 23.87 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 106068, DOC: 523 Fund Reimburs, Inv. Date: 07/31/2007 | -.58 | 23.29 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 106646, DOC: 523 Fund Reimburs, Inv. Date: 08/08/2007 | -.82 | 22.47 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 105420, DOC: 523 Fund Reimburs, Inv. Date: 07/19/2007 | -.41 | 22.06 |
| 08/13/07 | Disbursements | 80 Postage | 225331 | Chk #75501 | 106453, DOC: 523 Fund Reimburs, Inv. Date: 08/03/2007 | -.41 | 21.65 |
| 08/14/07 | Point of Sale | 60 Commissary | 226713 | 540322 | Commissary | -20.79 | .86 |
| 08/14/07 | Mail Room | 01 MO/Checks (Not Held) | 226265 | 891070649 | Geisen, Daryl | 30.00 | 30.86 |
| 08/31/07 | Point of Sale | 60 Commissary | 243742 | 542118 | Commissary | -11.72 | 19.14 |
| 09/04/07 | Mail Room | 01 MO/Checks (Not Held) | 247265 | 216494976 | Ssepuuya, Fredrick | 25.00 | 44.14 |
| 09/12/07 | Point of Sale | 60 Commissary | 255713 | 543160 | Commissary | -15.11 | 29.03 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257138 | | P/R month of 08/2007 | 10.00 | 39.03 |
| 09/17/07 | Disbursements | 88 contribution | 260331 | Chk #75701 | 16992, Frances Jones Abondoned, Inv. Date: 09/05/2007 | -9.41 | 29.62 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 106862, DOC: 523 Fund Reimburs, Inv. Date: 08/14/2007 | -.41 | 29.21 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107702, DOC: 523 Fund Reimburs, Inv. Date: 08/24/2007 | -.82 | 28.39 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107049, DOC: 523 Fund Reimburs, Inv. Date: 08/16/2007 | -.41 | 27.98 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107144, DOC: 523 Fund Reimburs, Inv. Date: 08/16/2007 | -2.05 | 25.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 11/29/2007 | | | Big Muddy River Correctional Center | | | | Page 2
Time: 1:51pm | | | Trust Fund | | | | 
d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | 

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: R60977;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R60977 Tegume, Moses B.**  **Housing Unit: BMR-03-A -16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107177, DOC: 523 Fund Reimburs, Inv. Date: 08/17/2007 | -.41 | 25.52 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107509, DOC: 523 Fund Reimburs, Inv. Date: 08/21/2007 | -.97 | 24.55 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107609, DOC: 523 Fund Reimburs, Inv. Date: 08/22/2007 | -.41 | 24.14 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 107672, DOC: 523 Fund Reimburs, Inv. Date: 08/23/2007 | -.41 | 23.73 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 107747, DOC: 523 Fund Reimburs, Inv. Date: 08/28/2007 | -.41 | 23.32 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108058, DOC: 523 Fund Reimburs, Inv. Date: 08/31/2007 | -2.45 | 20.87 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108059, DOC: 523 Fund Reimburs, Inv. Date: 08/31/2007 | -1.14 | 19.73 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108063, DOC: 523 Fund Reimburs, Inv. Date: 08/31/2007 | -1.14 | 18.59 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108065, DOC: 523 Fund Reimburs, Inv. Date: 08/31/2007 | -.58 | 18.01 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108066, DOC: 523 Fund Reimburs, Inv. Date: 08/31/2007 | -.99 | 17.02 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108311, DOC: 523 Fund Reimburs, Inv. Date: 09/04/2007 | -.41 | 16.61 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108313, DOC: 523 Fund Reimburs, Inv. Date: 09/04/2007 | -.41 | 16.20 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108414, DOC: 523 Fund Reimburs, Inv. Date: 09/04/2007 | -.41 | 15.79 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108454, DOC: 523 Fund Reimburs, Inv. Date: 09/04/2007 | -.41 | 15.38 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108473, DOC: 523 Fund Reimburs, Inv. Date: 09/04/2007 | -.41 | 14.97 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 16992, DOC: 523 Fund Reimburse, Inv. Date: 09/05/2007 | -.41 | 14.56 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108575, DOC: 523 Fund Reimburs, Inv. Date: 09/06/2007 | -2.11 | 12.45 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108676, DOC: 523 Fund Reimburs, Inv. Date: 09/10/2007 | -.97 | 11.48 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108703, DOC: 523 Fund Reimburs, Inv. Date: 09/10/2007 | -.17 | 11.31 |
| 09/17/07 | Disbursements | 80 Postage | 260331 | Chk #75712 | 108734, DOC: 523 Fund Reimburs, Inv. Date: 09/10/2007 | -1.14 | 10.17 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108889, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2007 | -1.94 | 8.23 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108890, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2007 | -2.11 | 6.12 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260331 | Chk #75712 | 108926, DOC: 523 Fund Reimburs, Inv. Date: 09/14/2007 | -3.42 | 2.70 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285138 | | P/R month of 09/2007 | 8.84 | 11.54 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 108960, DOC: 523 Fund Reimburs, Inv. Date: 09/17/2007 | -.41 | 11.13 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 109299, DOC: 523 Fund Reimburs, Inv. Date: 09/20/2007 | -4.60 | 6.53 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 109434, DOC: 523 Fund Reimburs, Inv. Date: 09/24/2007 | -.99 | 5.54 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 109030, DOC: 523 Fund Reimburs, Inv. Date: 09/17/2007 | -3.25 | 2.29 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 109059, DOC: 523 Fund Reimburs, Inv. Date: 09/18/2007 | -.41 | 1.88 |

Date: 11/29/2007
Time: 1:51pm
d_list_inmate_trans_statement_composite

**Big Muddy River Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 05/01/2007 thru End;    Inmate: R60977;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R60977 Tegume, Moses B.**　　　**Housing Unit: BMR-03-A -16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/15/07 | Disbursements | 81 Legal Postage | 288331 | Chk #75977 | 108964, DOC: 523 Fund Reimburs, Inv. Date: 09/17/2007 | -1.14 | .74 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313138 | | P/R month of 10/2007 | 10.00 | 10.74 |
| 11/19/07 | Disbursements | 81 Legal Postage | 323331 | Chk #76223 | 109706, DOC: 523 Fund Reimburs, Inv. Date: 10/01/2007 | -.97 | 9.77 |
| 11/19/07 | Disbursements | 81 Legal Postage | 323331 | Chk #76223 | 109267, DOC: 523 Fund Reimburs, Inv. Date: 09/19/2007 | -8.98 | .79 |
| 11/19/07 | Disbursements | 81 Legal Postage | 323331 | Chk #76223 | 110924, DOC: 523 Fund Reimburs, Inv. Date: 10/22/2007 | -.41 | .38 |

| | |
|---|---|
| Total Inmate Funds: | .38 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 438.28 |
| Funds Available: | -437.90 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 1.20 |

**RESTITUTIONS**

| Rest. # | Vendor | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|
| 6871 | 99999 DOC: 523 Fund Inmate R | Beginning Balance | 09/18/2007 | 1.20 | 1.20 |
| | | | Total: | 1.20 | |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/24/2007 | 109419 | Disb | Library | 2 DOC: 523 Fund Library | $115.60 |
| 10/02/2007 | 109903 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/11/2007 | 110294 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.50 |
| 10/12/2007 | 110367 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 10/15/2007 | 110550 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 10/16/2007 | 110680 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.95 |
| 10/17/2007 | 110742 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $14.10 |
| 10/17/2007 | 110743 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.77 |
| 10/22/2007 | 110922 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 10/25/2007 | 111149 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.45 |
| 10/26/2007 | 111193 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.32 |
| 10/29/2007 | 111223 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/30/2007 | 111310 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $60.55 |
| 10/31/2007 | 111341 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.76 |
| 10/31/2007 | 111391 | Disb | Library | 2 DOC: 523 Fund Library | $116.90 |
| 11/01/2007 | 111463 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.01 |
| 11/06/2007 | 111564 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |

Date: 11/29/2007
Time: 1:51pm

d_list_inmate_trans_statement_composite

**Big Muddy River Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: R60977;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R60977 Tegume, Moses B.**                    **Housing Unit: BMR-03-A -16**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/06/2007 | 111566 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.42 |
| 11/06/2007 | 111567 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $18.37 |
| 11/06/2007 | 111661 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 11/08/2007 | 111705 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/13/2007 | 111795 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 11/14/2007 | 111893 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 11/14/2007 | 111925 | Disb | Library | 2 DOC: 523 Fund Library | $59.30 |
| 11/16/2007 | 112059 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.20 |
| 11/19/2007 | 112195 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.45 |
| 11/20/2007 | 112273 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 11/26/2007 | 112312 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 11/26/2007 | 112457 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | **Total Restrictions:** | **$438.28** |