Order Form (01/2005)

*MHW*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | 12·18·07 DATE | 12-18-07 |
| CASE TITLE | Moses Twgume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for production of documents [#10] is denied. Discovery materials are not obtained by way of motion; rather, the plaintiff should serve discovery requests on counsel once an attorney has entered an appearance on behalf of the defendant.

■ [Docketing to mail notices.]

mjm