FILED
JAN 0 8 2008
1-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Moses Tugume, SR
        Plaintiff

vs

Mary Katherine Foy, et al

Case # 07 C 6211
Honorable John W Darrah
Magistrate Judge COLE
Presiding Judge

RE: COURT FILING FEE

Now Comes Moses Tugume, Plaintiff by and through Pro se and Informs this Honorable Court of the Following

I   That on/or about 12/18/07, this Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis.

II  That the Court issue[d] Order to assess Partial filing fee of $23.87 on Plaintiff's trust Fund and order given to trust Fund officer to collect the Partial Filing fee from Plaintiff's trust Fund account in an amount equal to 20% of the Preceding Month's income credited to the account.

III A Total of $350.00 Court Filing Fee has been Paid by the Plaintiff's Power of Attorney Mr Ssepuuya Frederick to the Clerk of the U.S. District Court for the Northern District in Chicago [5300 S Hyde Park Blvd #201 Chicago IL 60615  773-484-5267]

Wherefore, Plaintiff Prays this Honorable Court Will Issue Order Stopping the Collection of any Monies From Plaintiff's trust Fund account in Menard.

Respectfully Submitted
Moses Tugume, R60577
P.O. Box 900, INA, IL 62846