**FILED**
1-10-2008
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Moses Tugume, SR<br>Plaintiff<br>Vs<br>Mary Katherine Foy, et al | CASE # 07-C-6211<br>Honorable John W Darrah<br>Magistrate Judge Cole<br>Presiding Judges |

RE: RECONSIDERATION MOTION FOR APPOINTMENT OF COUNSEL

Now Comes, the undersigned Plaintiff Moses Tugume, by and through Pro-Se respectfully moves the Court to appoint Counsel For Him in this Cause. In Support, Plaintiff States

I. That on/about 12-18-2007, this Honorable Court issued a Court Order granted For Plaintiff's Motion to Proceed in forma Pauperis. but denied His Motion For appointment of Counsel.

II. This Honorable Court order allowed Plaintiff to Proceed in His Colorable Federal cause of action against defendant Rathke. This Court stated that/Concluded that Plaintiff had Failed to show either made reasonable efforts to retain Counsel [Private] or been effectively Precluded from making such efforts

III. To the Contrary of this Honorable Court's Findings, Plaintiff has approached Four different Private Attorneys Namely Gregory Bailey [SKADDEN ARPS SLATE MEAGHERS & FLOM LLP], Schwartz Susan [33 N Dearborn St Chicago/ Corboy & Demetrio Law offices], Margolin William [409 Grand Avenue Waukegan], Scorza Thomas 5490 South Dr - Chicago] and this Court has in it's Possession original Letters of Decline Mailed to Clerk by Plaintiff on 11-26-2006

IV. I have Limited knowledge of Civil litigation and Limited access to the Law Library and Would be Unable to adequately represent myself since Fourth Amendment Search and Seizure Law is Unbelievably Complex and Plaintiff is without enough Legal training to effectively Prosecute case in this Matter.

RESPECTFULLY SUBMITTED MOSES TUGUME

**THOMAS J. SCORZA**
ATTORNEY
5490 S. SOUTH SHORE DRIVE
CHICAGO, ILLINOIS 60615

Tel.: (773) 493-7775     Fax: (773) 493-7775     TomScorza@aol.com

December 3, 2007

Moses Tugume, R60977
P.O. Box 900
Ina, Illinois 62846

Dear Mr. Tugume:

I have received your letter of November 29, 2007, and I hasten to respond.

You refer to correspondence that you sent me "on or about November 2, 2007," but I have only the vaguest recollection of having received an unsolicited letter from within the Illinois correctional system in the recent past. What I recall receiving is what appeared to be a mass mailing seeking legal representation on a U.S. District Court suit collaterally attacking an Illinois state-court conviction. I have received such solicitations in the past, but I have never accepted them because such collateral lawsuits are beyond my expertise.

I am certain that, if you had requested the return of your letter or any exhibits contained therein, I would immediately have done so. As it is, I'm sorry to report that if indeed I received a mailing from you, I discarded it.

I feel very badly if I have inadvertently discarded papers you wanted returned. It is my practice to respond promptly to all legal correspondence addressed specifically to me, and I always honor a correspondent's request that his materials be returned. All I can say is that, if I did receive your particular packet, its appearance must have indicated that it was a mass mailing, and nothing in the correspondence struck me as a request to preserve or return anything I received.

I am truly sorry because I know that this letter will come as a great disappointment to you. But I thought that in this matter, as in most other matters in life, honesty would be the best policy.

I wish you all the best in your pursuit of your federal claims, but I cannot help you with them.

Sincerely,

Thomas J. Scorza