UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TWGUME a/k/a TEGUME, | ) |
| Plaintiff, | ) |
| -vs- | ) NO: 07 CV 6211 |
| OFFICER PHIL RATHKE, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed my Appearance on behalf of the Defendant, Officer Phil Rathke, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

I further certify that on January 15, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

> Moses Twgume a/k/a Tegume
> R 60977
> Big Muddy River
> P.O. Box 900
> INA, IL 62846

By: /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL 60187
Telephone: 630/665-4444
Attorney No. 6209668
E-mail: oreillylaw@msn.com