MHN

UNITED STATES DISTRICT COURT Judge
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Moses Tugume, SR  )  Case # 07 C 6211
Plaintiff           )  Honorable John W. Darrah
                    )  Magistrate Judge Cole
Vs                  )
                    )
Mary Katherine Foy, et al  )  Presiding Judges

FILED
JAN 17 2008
1-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: MOTION TO RECONSIDER REJOINING PUBLIC DEFENDER TO LAWSUIT

Now Comes, Moses Tugume, Plaintiff by and through Pro-SE and Petitions this Honorable Court to grant him the above request in the interest of Survival of his Claims against Ms Morcure [Public Defender] and states as follows in support thereof:

I. That on or/about 12-18-2007, this Honorable Court dismissed his claims/complaint as to all claims and defendants Pursuant to 28 U.S.C. § 1915(e)(2)(B).

II. Plaintiff's Conviction has been appealed in the Appellate Court and there is a sure/reasonable probability that his conviction will be invalidated by the Appellate Court this year 2008 A.D

III. Plaintiff is concerned that if his claim is not brought to Court in a timely manner the Statute of Limitations will Expire and this claim will be dismissed on those grounds [Surviability]

IV. Plaintiff vehemently asserts that his Public Defender is the most culpable among defendants because as an Advocate for Plaintiff she chose to conspire against her client in violation of Agency customs between Client and Attorney relationships and there is evidence and witnesses to this Allegation. Plaintiff and Public Defender shared same Employer Lake County Government [Health Dept- Plaintiff & Public Defender's Office- Defendant]

WHEREFORE, Plaintiff respectfully prays this Honorable Court to grant his motion to rejoin this Defendant and wait or grant a reasonable time for Hearings until such time the Appellate Court grants him his Liberty again.

RESPECTFULLY Submitted
Moses Tugume, SR.