United States District Court
Northern District of Illinois
Eastern Division, 07 C 6211

Moses Tugume, SR
 Plaintiff

Vs

Mary Katherine Foy, et al

Case # 07C6211
Honorable John W Darrah
Magistrate Judge Cole

Presiding Judges

FILED
MHN
JAN 17 2008 aew
1-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: List of Witnesses To Be Subpoenaed for Testimony

Now Comes, Plaintiff Moses Tugume and that he will be calling the following as witnesses and in the event they decline, will ask the Court to subpoena them through the U.S. Marshals Service of the Justice Department of the United States of America

1. Officer J. Sturlini # 231
2. Officer Hergott # 206
   Mundelein Police Department
   221 N Lake Street, Mundelein IL 60060
3. Yamalie Mendez
   7545 W. Diversey
   Elmwood Park IL 60707  Tel: 773-230-3831
4. Rosita Medina
   33 S Saddle Ave Apt 109
   Mundelein IL 60060   Tel: 773 272-1588
   Or 33 S Saddle Ave Apt D110
5. Sam Lwanga
   4702 Arbor Drive # 205
   Rolling Meadows IL 60008
6. Frederick Ssepuya
   5300 S Hyde Park Blvd # 201
   Chicago IL 60615
7. Plaintiff is not aware of any record of any prior convictions which may be used for impeachment of persons whom he may call as witnesses at hearing or trial

Respectfully Submitted
Moses Tugume, SR

Certificate of Service

I Moses Tugume, SR, swear under penalty of perjury that I served a copy of the attached document on P. Rathke #207 221 N Lake Street Mundelein IL 60060 by placing it in the mail at the Big Muddy River Correctional Center on January 12, 2008.

*Tugume*