UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TWGUME a/k/a TEGUME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 25, 2008, I electronically filed my Amended Appearance on behalf of the Defendant, Phillip Rathke, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

    I further certify that on January 25, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

    Moses Tugume
    R 60977
    Big Muddy River
    P.O. Box 900
    INA, IL 62846

        By:    /s/ John F. O'Reilly
                O'REILLY LAW OFFICES
                Attorneys for Defendant
                1751 S. Naperville Rd, #101
                Wheaton, IL  60187
                Telephone:  630/665-4444
                Attorney No. 6209668
                E-mail:  oreillylaw@msn.com