UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 29, 2008, I electronically filed the Answer to Amended Complaint, Affirmative Defenses & Jury Demand on behalf of the Defendant, Phillip Rathke, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

    I further certify that on January 29, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

        Moses Tugume
        R 60977
        Big Muddy River
        P.O. Box 900
        INA, IL 62846

        By:    /s/ John F. O'Reilly
                  O'REILLY LAW OFFICES
                  Attorneys for Defendant
                  1751 S. Naperville Rd, #101
                  Wheaton, IL 60187
                  Telephone: 630/665-4444
                  Attorney No. 6209668
                  E-mail: oreillylaw@msn.com