Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 2-11-08 |
| **CASE TITLE** | Moses Twgume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's amended complaint [#22] is stricken. The amended complaint is not on the court's required form, *see* Local Rule 81.1 (N.D. Ill.); in any event, no amended complaint is required. The court issued summons for service of the original complaint on defendant Rathke by Minute Order of December 21, 2007. As the only remaining issue in this case is whether Rathke, an evidence technician, illegally searched and seized the plaintiff's personal effects, the plaintiff is directed to refrain from filing any more documents referring to his under-age victim, her address, or her family. The clerk is directed to seal the stricken document so that it remains in the file for appeal purposes but not available for public inspection.

■ [Docketing to mail notices.]

mjm