Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | DATE | 2-11-08 |
| CASE TITLE | Moses Twgume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's duplicative motions to leave *in forma pauperis* [#16] and for appointment of counsel are denied as moot. *See* Minute Order of December 18, 2007. The plaintiff's motion to present documents in this case [#15] is denied and his exhibits are stricken. First, loose exhibits are not permitted. They may be filed only in conjunction with a motion (such as for summary judgment) or at trial. No proof of the plaintiff's claim is needed at this time. Furthermore, the sole remaining issue in this case is whether defendant Rathke searched and seized the plaintiff's personal effects without a warrant and without the plaintiff's consent. Again, the plaintiff may not contest the validity of his criminal conviction in the context of this civil rights action. Finally, the plaintiff is reminded that he must provide the court and opposing counsel with an exact and **complete** copy, including copies of all attachments, of every document filed.

■ [Docketing to mail notices.]

mjm