UNITED STATES DISTRICT FOR THE
NORTHERN District OF ILLINOIS, EASTERN Division

**FILED**
MAR 14 2008
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume, SR
   Plaintiff

-vs-

Officer Phil Rathke
   Defendant

No 07 CV 6211
Honorable John Darrah

## Motion To Postpone Proceedings To March 2009.

Comes Now, Moses Tugume, SR, Plaintiff by and through Prose and Petitions this Honorable Court to grant His motion to Postpone Proceedings to March 2009 and IN Support of this Motion, Plaintiff States,

I. The Timing of This Lawsuit is Currently Problematic to this Court due to the Plaintiff's Underlying Conviction and any Judgment in His Favour will necessarily be a reflection of or as Contest to His Conviction

B) The Appellate Court For the Second Judicial District of Illinois Has taken action on Plaintiff's Appeal and any Parralled Proceedings Like this one are not favourable to Judicial Economy. CF 06 4882 / 06 CF 4882

II. The Plaintiff is currently engaged in Divorce/Child Custody dispute Litigation before the 18th Judicial Circuit Court and Appeallate Courts 07 D 964

Wherefore, Plaintiff Prays that this Honorable Court will grant His motion to Postpone these Proceedings

Respectfully Submitted
Moses Tugume, SR

I Moses Tugume, SR, Swear under Penalty of Perjury that I Served a copy of this Motion on John O'Reily 1751 S Naperville Rd #101 Wheaton IL 60187 by depositing it in the US Mail at INA, IL, a true and Correct Copy in a sealed envelope on the 4th Day of March 2008 A.D