

Court Copy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAR 18 2008

# RECEIVED

MAR 1 8 2008 *MB*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Moses Tugume, Sr

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Honorable John Darrah

vs.

Case No: __07 CV 6211__
(To be supplied by the Clerk of this Court)

Mary Katherine Fox

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**    Amended

___✓___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name:  Moses Tygume, SR

B.    List all aliases:  Tegume

C.    Prisoner identification number:  R60877

D.    Place of present confinement:  Big Muddy River C.C.

E.    Address:  P.O. Box 900, INA, IL 62846

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:  Hergott Marc

Title:  Investigator

Place of Employment:  Mundelein Police Department

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____ N/A _____

B.  Approximate date of filing lawsuit: _____ N/A _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ N/A _____
_____
_____

D.  List all defendants: _____ N/A _____
_____
_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.  Name of judge to whom case was assigned: _____ N/A _____

G.  Basic claim made: _____ N/A _____
_____
_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____
_____
_____

I.  Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

# Amended Complaint

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I   On December 3rd 2006, Investigator Hergott Marc Without a Search Warrant or my Personal Consent While Investigating Criminal allegations against me, Illegally Searched my Personal Omega Suitcase that Evidence Technician had removed from my Premises Without a Warrant or my Personal Consent [54 Washington Blvd Apt 106, Mundelein] and removed my Personal Mail from Dennis Crimi, Saratoga Springs New York to my address in West Palm Beach FL that Contained allegations of my Stealing Money From the Church and Investigator Hergott Marc' Confronted me With these allegations along With a Photo he removed From my Lockbox. These allegations Were brought up at my bond hearing by the Assistant States Attorney and that Investigator Hergott Was to Further Investigate them by Contacting Dennis Crimi in Saratoga Springs in New York. The Bond Court transcript [Record] Contains the Evidence of this Claim of Investigator Hergott Invading/ Violating my Privacy to my Personal effects/ Personal U.S. Mail Without a Warrant Issued to Search my Personal belongings more Specifically my Omega Personal Suitcase. These allegations Were Later Unfounded.

Revised 9/2007

Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Monetary damages For Loss, Mentell anguish Compensation and emotional distress to the Plantiff in the amount of $ 10 million Dollars [TEN] against this defendant For invasion OF Plaintiff's Federal rights to Privacy to his mail and Personal effects REFER THIS CASE TO U·S ATTORNEY'S OFFICE FOR CRIMINAL Prosecution · [ U·S· DEPT· OF JUSTICE ]

**VI.     The plaintiff demands that the case be tried by a jury.** ☑ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   3   day of   March, 2008

_Wayne_

(Signature of plaintiff or plaintiffs)

Moses Tugume, SR

(Print name)

R 60977

(I.D. Number)   INA- BMRCC

P.O. Box 900, INA, IL 62846

Big muddy River cc.

(Address)

Revised 9/2007