United States District Court
Northern District of Illinois
Eastern Division

Moses Tugume, SR
    Plaintiff

vs

Mary Katherine Foy, et al

07 CV 6211
Honorable John W Darrah
Presiding Judge

Judge's Copy

**FILED**
APR 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 2 2 2008

Re: Permission To Amend/Supplement Complaint At Law

Now Comes, Moses Tugume, Plaintiff by and through Pro Se and Pursuant to Fed. R. Civ. P Rule 15(a) and Rule 5(B) Petitions this Honorable Court for Leave or Permission to amend his Complaint to Add Defendants Hergott Marc, Jason Seely and Rosita Medina and attached is the Proposed Complaint

    Wherefore Plaintiff Prays this Honorable Court to grant Permission to amend and order U.S Marshall to serve Complaints on defendants Since Petitioner has discovered their Participation through Discovery Process in this Cause Since they relate back to original claim against Defendant Philip Rathke.

Respectfully Submitted
Moses Tugume, SR
R-60977
INA-BMRCC
P.O. Box 900, INA, IL 62846