

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Original Copy
Court

**RECEIVED**

APR 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 2 2 2008

Moses Tugume, SR
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mary Katherine Foy
_____

Honorable John W. Darrah
Case No: 07 CV 6211
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Proposed Amended/
CHECK ONE ONLY: Supplemental [New Defendants]

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Moses Tugume, SR

    B. List all aliases: Tegume

    C. Prisoner identification number: R-60917

    D. Place of present confinement: INA- Bmrcc

    E. Address: P.O. Box 900, INA, IL 62846

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Jason Seely

       Title: Investigator

       Place of Employment: Mundelein Police Dept 221 N Lake Street, IL 60060

    B. Defendant: Rosita Medina

       Title: Private - Non-State Worker - Employee

       Place of Employment: 33 S Shaddle Ave. Apt 109, Mundelein IL 60060 Tel: 224-433-6113 or 773-272-1588

    C. Defendant: ___

       Title: ___

       Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I. On December 3rd 2006, Investigator Jason Seely without a Search Warrant or my Consent Conducted an Illegal Search on my Personal Omega Suitcase and Lockbox that the evidence technician had illegally Seized from my Premises at 54 Washington Blvd Apt 106, Mundelein IL 60060, and Searched the Contents of my Lockbox and Omega Suitcase on a Fishing Expedition without a Magistrate's Warrant to Search my documents and Property in Violation of my Fourth Amendment Constitutional rights and my right to Privacy in my Personal and Property. He broke the Lock - Padlock to the Omega Suitcase to gain access to its Contents.

II. On December 3rd 2006, Rosita Medina Conspired with State actors, evidence Technicians and other Police Officers to Violate my Fourth Amendment Constitutional rights and right to Privacy by aiding them in the Location of my Lockbox and Omega Suitcase for the officers to go on a Fishing Expedition through my documents and further granted them Permission to Search and Seize my Personal ~~Consent~~ Property thus remove my Personal effects and take them to the Police Station without a Magistrate's Warrant Issued or my Personal Consent Since all the Property she authorized to be Searched and Seized was entirely mine and none of her own Personal effects

4

Revised 9/2007

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Enter Judgment For Monetary damages In the amount of 10 [TEN] MILLION DOLLARS Against these defendants For Loss, Mental Anguish, Emotional distress, Compensation

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __9__ day of __April__, 20_08_

_(signature)_

(Signature of plaintiff or plaintiffs)

Moses Tygume, SR
(Print name)

#R-60977
(I.D. Number)

INA - BMRCC
P.O. Box 900, INA, IL 62846
Big Muddy River C.C.
(Address)