# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Moses Tegume, Sr. vs. Rathke, et. al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to postpone proceedings to March 2009 is denied [40]. Plaintiff's amended complaint, #41 on the docket, is stricken as untimely and ineffective service. Defendant is granted leave to file a motion for summary judgment by 5/29/08, plaintiff's response by 7/10/08, defendant's reply by 7/31/08. Status hearing set for 9/3/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|