Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | 5-12-08 DATE | 5-12-08 |
| CASE TITLE | Moses Tugume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to amend/supplement complaint at law [#43] is denied as moot. *See* Minute Order of April 24, 2008, striking the amended complaint.

■ [Docketing to mail notices.]

mjm