Moses Tegume, SR
R-60977
INA-Bmrcc
P.O. Box 900, INA, IL 62846

May 5th 2007

Clerk
Office of U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago IL 60604

**FILED**
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 CV 6211

RE: Inquiry About Document Subpoena's Sent through this office to U.S. Marshall Service

Dear Sir/Madam:

I write inquiring through this good office about the status of document subpoena's sent through this office to the U.S. Marshall's Service — To Mundelein, IL & Vernon Hills, IL. I was granted Informa Pauperis Status by this court in the case Moses Tegume, SR V Rothke, et al 07 CV 6211 and thus understand the U.S. Marshall Service can serve process on my behalf since am granted Indigent Status by Judge John Darrah in this case.

Thanks for your help in this matter. I have until July 06 08 to Reply to defendant's Summary Judgement and thus need this evidence subpoenaed to Reply to Motion.

Very truly Yours
Moses Tegume, SR
R-60977