United States District Court  Court's Copy
Northern District of Illinois **FILED**
Eastern Division

Moses Tegume, SR  )
   Plaintiff       )   07 CV 6211
                   )
  -vs-             )   Hon. John W Darrah
                   )   Presiding Judge
Rathke, et al     )

MAY 1 2 2008 mB
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Salvage Untimely Amended Complaint Stricken and Ineffective Service Errors

Now Comes, Moses Tegume, Plaintiff by and through Pro se Pursuant to Fed. R. Civ. P Rule 15(a), 15(B) and Rule 5(B) respectfully prays this Honorable Court to excuse his error in Filing the Amended Complaint filed in this Court on 3/18/08 and 4/22/08 and states the following in support:

1. This Honorable Court struck the Amended Complaint Filed March 18th 2008 in it's April 24th Court order as Filed by Plaintiff and erroneously not serving a copy to/with the Defendant in this case or the New defendants Hergott Marc, $ Jason Seely, and to

2. To this date, defendant has not filed a dispositive motion in this case and thus Plaintiff can be granted relief by allowing New defendants to be added to this suit with this Honorable Court's permission according to Fed. R. Civ. P. R 15(a) and 15(B) and 15(b)

3. The Honorable Court in it's 4/24/08 order directed the current defendant leave to file a dispositive motion in the form of a Summary Judgement by 5/29/08.

4. Since Plaintiff is appearing Pro se, and did not know the Rules, He asks for excuse for this mistake since He has minimized errors thus for by

Following this Court's Instructions and Directions Wherefore, Plaintiff respectfully Prays this Honorable Court allow him Permission to add New Defendents and allow him Opportunity/Permission to Serve Process on them for their Involvement since this Case is Still Within the Summons Period of 120 Days or 90 Days of Original Service to Officer Rathke on DEC 20th 07 and allow him the Opportunity to Salvage his Complaint that Supplements due to Information discovered through Initial Discovery and Investigation by Plaintiff in Pursuance to FED. R. CIV P RULE 15(A) and 15(B), 5(B) Which allows Plaintiff to Add Defendents and Serve them Process with Permission

Respectfully Submitted
Moses Tegume, SR.
INA- BMRCC
P.O. Box 900, INA, IL 62846

United States District Court For
The Northern District of Illinois, Eastern Division

Moses, Tegume, SR
    Plaintiff

-vs-

Officer Phil Rathke, et al

07 CV 6211
John W. Darrah
Presiding Judge

Certificate of Service

I hereby certify that on May 5th 2008, I filed the Amended / and or Supplemental Complaint and Motion Salvaging Stricken the Complaint Amended and For Ineffective Service with Clerk of the United States District of Illinois by depositing said documents in the US mail here at INA, Illinois.

I Further certify that on May 5th 2008, I mailed by U.S Postal Service, with First Class Postage Prepaid, the foregoing documents to the Defendant's Attorney Below:
John O'Reily & Molly O'Reily.
1751 S. Naperville Rd # 101
Wheaton, IL 60187

By Moses Tegume, SR R60977
INA-BMRCC
P.O. Box 900, INA, IL 62846