UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TEGUME, SR
              PLAINTIFF

-VS-

OFFICER RATHKE, et al
              Defendant

Honorable John W. Darrah

07 CV 6211

**FILED**

MAY 1 6 2008
May 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Presiding

RE: MOTION TO COMPELL DISCOVERY

Now Comes Moses Tegume, Plamtiff by and through Prose and Pursuant To FED. R. CiV P Rule 37(a)(2), For an order Compelling Discovery and states as Follows in support of this Motion.

1.  The Undersigned Plaintiff Served Interrogatories and request For Production of Documents of Defendant Rathke on or about the 4th Day of April by Depositing same in the U.S. Mailbox at INA, IL 62846 on same Day. Copy of such Documents attached to this motion for this Honorable Court's Reveiw.

2.  It has been Well over 38 Days despite Plaintiff's attempts to Solve this Problem by Writting Defendant's Attorneys to Produce this Information through the U.S. Mail thusFar but Failed.

         Wherefore, Moses Tegume, Plamtiff respectfully requests this Honorable Court for a Court order Compelling Production of above Discovery in dispute.

                              Respectfully Submitted,
                              Moses Tegume, SR R60817
                      INA-Bmrcc P.O.Box 900, INA, IL 62846

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR<br>Plaintiff | 07 CV 6211 |
| VS | Hon. John W. Darrah |
| OFFICER PHILIP Rathke | Presiding FEDERAL Judge |

## PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANT Rathke

THE DEFENDANT, PHil Rathke, is hereby notified to Answer the Following Interrogatories Separately and FULLY IN Writing, Under Oath and Within (30) Days From Date OF SERVICE OF those Interrogatories, all in accordance With the FEDERAL RULE OF CIVIL Procedure 33;

1) Pursuant to the FEDERAL RULE OF CIVIL Procedure, Provide the Names and addresses of Each Witness, Expert Witness or Other Person Who Will OFFER testimony Including but not Limited to Expert testimony

(a) THE Subject Matter OF Which the Witness is Expected to testify;

(B) The Conclusions and/or Opinions of the Witness and basis therefore Including Reports of the Witness If any.

(C) The Qualifications of each Witness Including a Curriculum Vitae/and or resume

(D) THE Identity of any Written reports OF the Witness regarding this CASE

E   For Each Witness Indicate Whether or not You Intend to
CALL this Person to testify at Trial

G   STATE THE Current LOCATION OF Plaintiff's Lockbox,
Computer and Omega Suitcase.

F   STATE More SPECIFICALLY the Current Location OF
Plaintiff's Immigration Green Card, SOCIAL SECURITY Cards,
Fios Card, Master Immigration and Naturalization File,
Asylum File, Computer, PERSONAL U.S. Mail. and
all the Contents of His Omega Suitcase.

H   STATE the METHOD By WHICH You accessed Plaintiff's
Omega Suitcase and get ahold of His Immigration Files
or Application and U.S. Mail From DENNIS Crimi of
Saratoga Springs, NEW York To Plaintiff's Address in
WEST Palm Beach, Florida, PRODUCE EVIDENCE If any.

I   STATE IF You took PHotos OF the EVIDENCE or Crime
Scene at the Premises, PRODUCE ALL Color Copies OF
these.

J   PRODUCE ALL/ FULL REPORTS OF Plaintiff's Contact With
the Mundelein POLICE DEPT IN THE LAST FIVE Years.

        Plaintiff ProPoines these Interrogatories and Document
REQUEST OF DEFENDANT PHIL ROTHKE as ALLOWED by
FED. R. CIVIL ProcEDURE

DATE: APril 4th 2008        MOSES TUGUME, SR RG0511
                            INA- BMPCC
                            P.O. BOX 300, INA, IL 62846
                            Tugume Plaintiff

STATE OF ILLINOIS

**REQUEST FOR PAYMENT**    DEPARTMENT OF CORRECTIONS    DATE: 4 H, 20 08

Name(print): _____ Tegume _____  I.D. #: RG65771  Housing Unit: 2 N54

Please Pay To: _____ Bmr _____

Address: _____ #900 _____

City: _____  State: _____  Zip: _____

The sum of _____ Dollars and _____ Cents and

Charge To My Account, For _____ legal mail to

_____ John OReilly & Discovery

_____ request

☐ APPROVED

☐ NOT APPROVED

INMATE SIGNATURE          I.D. NUMBER

_____
ASST. WARDEN/SUPERINTENDANT/DESIGNEE    WITNESS

**REQUEST FOR PAYMENT OF POSTAGE**
Postage requested
in the amount of _____ dollars 41 cents

☒ Postage Paid  4-7-08  ____

DC 528

---

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of
postage for the attached mail.

INMATE SIGNATURE

INMATE NUMBER  RC65771 ?

**FOR TRUST FUND USE ONLY**

Trust Fund Balance        $ _____

Less Amount of Payment    $ _____

Current Balance after Payment  $ _____

Check # _____  Date: _____

**BUSINESS OFFICE**

**FOR JUVENILE DIVISION USE ONLY**

Received by: _____
             STAFF          DATE

Received by: _____
             YOUTH          DATE

IL 426-0207

Court's Copy

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TEGUME, SR

PLaintiff,                    ) HONORABLE JOHN W. Darrah

-Vs-                          ) 07 CV 6211

OFFICER RATHKE, et al

DEFENDANT/S        ) Judge Presiding

CERTIFICATE OF SERVICE

I hereby Certify that on May 10th 2008 I Filed the enclosed documents With the Clerk of the United States District Court For the Northern District of Illinois.

I Further Certify that on May 10th 2008, I Mailed by U.S. Postal Service, With First-class Postage Prepaid, the Foregoing documents to the Following ECF Participant:

JOHN F. O'REILY
1751 S. NaperVille Rd #101
Wheaton, IL 60187
TEL 630-665-4444

BY:     MOSES TEGUME, SR
        INA-BMrCC
        P.O. BOX 900, INA, IL 62846
        United States of America