UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 CV 6211 |
| | ) | |
| OFFICER PHILLIP RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO EXTEND BRIEFING SCHEDULE

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and moves this Honorable Court to enter an order extending the briefing schedule for Defendant's Motion for Summary Judgment, and in support thereof, states as follows:

1. On April 24, 2008, this Court entered an order granting Defendant leave to file his Motion for Summary Judgment by May 29, 2008.

2. Since that time, Plaintiff has issued a subpoena seeking additional documents to the Village of Mundelein and has recently brought supplemental discovery to Defendant's attorney's attention.

3. While Defendant's attorney has worked diligently to prepare his Motion for Summary Judgment, due to his own work schedule and Defendant Rathke's current vacation schedule resulting in his unavailability to review and sign his affidavit testimony, Defendant's attorney seeks additional time to complete Defendant's Motion for Summary Judgment.

WHEREFORE, based on the foregoing, Defendant's attorney requests this Honorable Court enter an order extending the briefing schedule so as to allow Defendant to file his motion for summary judgment by June 16, 2008; the Plaintiff to file his response by July 28, 2008; the

Defendant to file his reply by August 19, 2008 and for the currently scheduled status hearing of September 3, 2008 at 9:00 a.m. to be modified as this Court sees fit to do so.

Dated:  May 27, 2008

                                  O'REILLY LAW OFFICES

                                  /s/ John F. O'Reilly
                                  JOHN F. O'REILLY
                                  O'REILLY LAW OFFICES
                                  Attorneys for Defendant
                                  1751 S. Naperville Rd, #101
                                  Wheaton, IL  60187
                                  Telephone:  630/665-4444
                                  Attorney No. 6209668
                                  oreillylaw@msn.com