UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   Moses Tugume, R 60977, Big Muddy River, P.O. Box 900, INA, IL 62846

YOU ARE HEREBY NOTIFIED that on the **29th** day of **May, 2008,** at the opening of Court on said date at **9:00 a.m.**, or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable John W. Darrah** or presiding judge in **Courtroom 1203** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:   to present the Defendant's Motion to Extend Briefing Schedule, a copy of which is attached hereto, and has also been electronically filed, at which time and place you may appear as you see fit so to do.

DATED at Wheaton, Illinois, this 27th day of May, 2008.

/s/ John F. O'Reilly
John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendants
1751 S. Naperville Rd., Suite 101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com

**PROOF OF SERVICE**

      I hereby certify that on May 27, 2008, I electronically filed the foregoing Notice of Motion and Motion to Extend Briefing Schedule with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system.

      I hereby certify that on May 27, 2008, I have mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing Notice of Motion and Motion to Extend Briefing Schedule to the following Non-ECF participant:

        Moses Tugume
        R 60977
        Big Muddy River
        P.O. Box 900
        INA, IL 62846

      /s/ John F. O'Reilly
      John F. O'Reilly
      O'REILLY LAW OFFICES
      Attorneys for Defendant
      1751 S. Naperville Rd., Suite 101
      Wheaton, IL  60187
      Telephone:  630/665-4444
      Attorney No. 6209668
      E-mail:  oreillylaw@msn.com