UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and moves this Honorable Court for an extension of time in which to file his responses to Plaintiff's supplemental interrogatories and request to produce, and in support thereof, states as follows:

1.    On May 16, 2008, Plaintiff filed his Motion to Compel Defendant to answer supplemental interrogatories and request to produce which he purportedly mailed to Defendant's attorney on April 4, 2008.

2.    Upon receiving Plaintiff's Motion to Compel, Defendant's attorney first became aware of Plaintiff's supplemental interrogatories which could have been inadvertently misplaced.

3.    Currently, Defendant's attorney is working on Defendant's responses, and Defendant Rathke, is unavailable until June 2, 2008, for purposes of responding to these supplemental requests.

4.    Based on the foregoing, Defendant seeks an extension until June 16, 2008, in which to file his responses to Plaintiff's supplemental written discovery requests.

WHEREFORE, the Defendant moves this Honorable Court to enter an order extending the period of time in which to answer Plaintiff's supplemental interrogatories and production request up to and including June 16, 2008.

Dated:  May 27, 2008

<div style="margin-left: 40%;">

O'REILLY LAW OFFICES

/s/ John F. O'Reilly
JOHN F. O'REILLY
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
oreillylaw@msn.com

</div>