UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2008, I electronically filed the Defendant's Response to Plaintiff's Motion to Compel on behalf of the Defendant, Phillip Rathke, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

    I further certify that on May 27, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

        Moses Tugume
        R 60977
        Big Muddy River
        P.O. Box 900
        INA, IL 62846

        By:    /s/ John F. O'Reilly
            O'REILLY LAW OFFICES
            Attorneys for Defendant
            1751 S. Naperville Rd, #101
            Wheaton, IL  60187
            Telephone:  630/665-4444
            Attorney No. 6209668
            E-mail:  oreillylaw@msn.com