# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | 5-27-2008 |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | 5-27-08 DATE | 5-27-08 |
| CASE TITLE | Moses Tugume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion "to salvage untimely amended complaint" [#50] is denied. As the plaintiff has been previously advised, the only remaining issue in this case is whether defendant Rathke, an evidence technician, illegally searched and seized the plaintiff's personal effects. The plaintiff must file a new lawsuit if he believes that another Mundelein criminal investigator committed another illegal search and seizure on a different occasion. The plaintiff's request for subpoenas [#49] is likewise denied. If the plaintiff seeks documents and information from the defendant, he should file a discovery request pursuant to Fed. R. Civ. P. 26, *et seq.*

■ [Docketing to mail notices.]

mjm