# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Tegume vs. Rathke | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel discovery [51] is granted. Defendant to produce materials as stated on the record by 6/17/08. Defendant's motion to extend the summary judgment briefing schedule is granted [52]. Status hearing set for 6/17/08 at 9:00 a.m. for re-scheduling. Defendant is granted leave to file a motion for summary judgment on 6/17/08. Defendant is granted leave to file an amended answer on 6/17/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|