UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ANSWER TO COMPLAINT,**
**AFFIRMATIVE DEFENSES & JURY DEMAND**

NOW COMES the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and as for his answer to the Plaintiff's Complaint at Law, Affirmative Defenses & Jury Demand, states as follows:

**JURISDICTION**

1. Plaintiff's present place of confinement, Moses Tugume R60977 at Big Muddy River C.C., P.O. Box 900, Ina, IL 62846

ANSWER: Defendant admits the jurisdiction of this Court under 42 U.S.C.A. § 1983 but denies that Plaintiff has any valid claim pursuant to 42 U.S.C.A § 1983. Defendant admits that Plaintiff is presently confined as prisoner, Moses Tugume R60977, at Big Muddy River C.C., P.O. Box 900, Ina, IL 62846

2. Defendant, Phillip Rathke, is employed by Mundelein Police Department, 221 North Lake Street, Mundelein, IL 60060

ANSWER: This Defendant admits that Phillip Rathke is employed by Mundelein Police Department, 221 North Lake Street, Mundelein, IL 60060, in the Northern District of Illinois.

**STATEMENT OF CLAIM**

3. The Mundelein Police Department evidence technician P. Rathke illegally searched and seized Plaintiff's lockbox containing three passports and refugee travel document issued by the Department of Homeland Security, FIOD card, green card-immigration, and personal suitcase without a warrant or Plaintiff's consent, the Court confiscated Plaintiff's passports and gave Plaintiff one million dollar bond. Defendant found the box under master bedroom bed and found keys in jacket to open both lockbox and suitcase without probable cause or Plaintiff's consent.

ANSWER: Defendant, Phillip Rathke, denies that he engaged in any illegal conduct or violated the Plaintiff's rights in any manner. Defendant admits that, pursuant to lawful consent, he searched and seized a lockbox and a suitcase. Defendant denies Plaintiff's exclusive ownership of the same. Defendant admits opening the lockbox pursuant to lawful consent with a key. Defendant admits placing Plaintiff's passports, FOID card, and other miscellaneous papers as well as the subject lockbox and suitcase into evidence. Defendant denies remaining allegations contained in paragraph 3.

WHEREFORE, Defendant, PHILLIP RATHKE, prays that judgment be entered in his favor and against the Plaintiff plus costs of suit and attorneys fees for the frivolous filing of this claim.

**<u>AFFIRMATIVE DEFENSES AND JURY DEMAND</u>**

1. At all times relevant herein, Defendant acted pursuant to lawful consent.

2.    At all time relevant herein, Defendant was entitled to qualify immunity for his conduct in search the subject premises and seizing material evidence.

3.    The sole proximate cause of Plaintiff's alleged damages and injuries are a direct result of his own misconduct in the engagement of a heinous crime against a minor.

4.    Plaintiff's claim is barred to the extent he failed to mitigate his own alleged damages.

5.    **Defendant demands Jury Trial.**

Dated: 6/13/08                By:    /s/ John F. O'Reilly
                                                                 O'REILLY LAW OFFICES
                                                                 Attorneys for Defendant
                                                                 1751 S. Naperville Rd, #101
                                                                 Wheaton, IL  60187
                                                                 Telephone:  630/665-4444
                                                                 Attorney No. 6209668
                                                                 E-mail:  oreillylaw@msn.com