UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   07 CV 6211 |
| | ) | |
| OFFICER PHIL RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the Defendant's Answer to Complaint, Affirmative Defenses & Jury Demand on behalf of the Defendant, Phillip Rathke, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

I further certify that on June 13, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

>Moses Tugume
>R 60977
>Big Muddy River
>P.O. Box 900
>INA, IL 62846

>By:   /s/ John F. O'Reilly
>O'REILLY LAW OFFICES
>Attorneys for Defendant
>1751 S. Naperville Rd, #101
>Wheaton, IL  60187
>Telephone:  630/665-4444
>Attorney No. 6209668
>E-mail:  oreillylaw@msn.com