UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now come the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Honorable Court for summary judgment in his favor, and in support of said motion, state as follows:

1. The Plaintiff, Moses Tugume, Sr., has brought this claim pursuant to 42 U.S.C.A. § 1983 alleging that the Defendant, Phillip Rathke, violated his Fourth Amendment Rights when he performed a search of his residence and a search and seizure of his personal effects.

2. There is no genuine dispute that Phillip Rathke conducted his search of the subject residence and the search and seizure of the subject computer, lockbox and suitcase evidence pursuant to the verbal and written consent of the Plaintiff's wife, Rosita Medina.

3. As such, Phillip Rathke's conduct did not violate the Plaintiff's rights. The Fourth Amendment permits police to conduct a warrantless search without probable cause if an authorized individual voluntarily consents to the search. United States v. Matlock, 415 U.S. 164, 170 and 177, *n. 4 and 14*, 94 S.Ct. 988, 996, *n. 4 and 14*, 39 L.Ed.2d 242 (1974) and U.S. v. Duran, 957 F.2d 499 (7th Cir. 1992).

4.      Furthermore, even if this Court were to find a genuine question of fact as to whether the Plaintiff's constitutional rights were violated, Officer Phillip Rathke who is an official performing discretionary functions should be entitled to qualified immunity as his conduct could reasonably have been thought consistent with the rights he is alleged to have violated.  <u>Anderson v. Creighton</u>, 483 U.S. 635, 636-37, 107 S.Ct. 3034, 3037, 97 L.Ed.2d 523 (1987).

WHEREFORE, based upon the foregoing, the Defendant, PHILLIP RATHKE, respectfully moves this Honorable Court to enter an Order granting summary judgment in his favor on the Plaintiff's Amended Complaint at Law and requests that this Honorable Court dismiss the Plaintiff's Amended Complaint at Law in its entirety with prejudice and with costs.

                                                                Respectfully submitted,

                                                                O'REILLY LAW OFFICES


                                                                By:     /s/ John F. O'Reilly
                                                                            John F. O'Reilly

Dated: 6/17/2008


O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd., #101
Wheaton, Il  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com