UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   07 CV 6211 |
| | ) | |
| OFFICER PHILLIP RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## EXHIBIT LIST

A. Plaintiff's Complaint at Law

B. Court's order of 12/18/07

C. Defendant's Answer to Complaint and Affirmative Defenses

D. Phillip Rathke's Affidavit

E. Rosita Medina's Affidavit

F. Deposition transcript of Plaintiff, Moses Tugume, Sr.


Dated: June 17, 2008              By:   /s/ John F. O'Reilly
                                        O'REILLY LAW OFFICES
                                        Attorneys for Defendant
                                        1751 S. Naperville Rd, #101
                                        Wheaton, IL  60187
                                        Telephone:  630/665-4444
                                        Attorney No. 6209668
                                        E-mail:  oreillylaw@msn.com