UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2008, I electronically filed the Motion for Summary Judgment, Memorandum at Law in Support of Motion for Summary Judgment, Statement of Material Facts to Which There is No Genuine Dispute Pursuant to 56.1(a)(3), and Lists of Exhibits to the Statement of Material Facts to Which There is No Genuine Dispute Pursuant to 56.1(a)(3), and Notice to Pro Se Litigant Opposing Motion for Summary Judgment, on behalf of the Defendant, PHILLIP RATHKE, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System

I further certify that on the 17th day of June, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

> Moses Tugume
> R 60977
> Big Muddy River
> P.O. Box 900
> INA, IL 62846

The Exhibits to the Defendant's Statement of Material Facts to which there is no Genuine Dispute Pursuant to 56.1(a)(3) are being filed with the Clerk of the United States District Court for the Northern District of Illinois via Federal Express, Overnight Service, sent on June 17, 2008. A copy of the same is being mailed to the above-referenced Pro Se Plaintiff by U. S. Mail on June 17, 2008.

By:   /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com