UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING EXHIBITS TO DEFENDANT'S STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE DISPUTE PURSUANT TO 56.1(a)(3) BY MAIL**

TO:   Moses Tugume, R 60977, Big Muddy River, P.O. Box 900, INA, IL 62846

I hereby certify that on the 17th day of June, 2008, I sent via Federal Express, Overnight Service, for filing to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Exhibits "A" through "F" to Defendant's Statement of Material Facts to Which There is No Genuine Dispute Pursuant to 56.1(a)(3).  A copy of said exhibits are attached hereto and herewith served upon the parties listed above.

/s/  John F. O'Reilly
John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
oreillylaw@msn.com

The undersigned, on oath, states that she served this Notice of Filing by Mail and documents referred to herein by mailing a copy to the party listed above, by depositing the same in the U. S. Mail at Wheaton, Illinois, on the 17th day of June, 2008, with proper postage prepaid.

/s/  John F. O'Reilly
John F. O'Reilly