# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Moses Tegume, Sr. vs. Phillip Rathke | | |

**DOCKET ENTRY TEXT**

Defendant's motion for summary judgment [60] is entered and briefed as follows: response by 7/29/08, reply by 8/26/08. Status hearing set for 10/1/08 at 9:00 a.m. Enter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|

07C6211 Moses Tegume, Sr. Vs. Phillip Rathke

Page 1 of 1