UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR.,            )
                              )
        Plaintiff,            )
                              )
                              )
  -vs-                        )    NO: 07 C 6211
                              )    Honorable John Darrah
PHILLIP RATHKE,               )    Magistrate Judge Cole
                              )
        Defendant.            )
                              )

### PROTECTIVE ORDER

The Court having made an independent determination of good cause for the entry of this protective order;

IT IS HEREBY ORDERED that the personnel file materials regarding Phillip Rathke maintained by the Village of Mundelein shall be produced subject to the removal and redaction of private and personal information regarding any person's dates of birth, addresses, social security numbers, health information, telephone numbers, and other identifying information other than the names of the individuals referenced therein. The personnel file materials produced in this case are for the sole and exclusive use of counsel and/or litigants of record and any retained experts, and shall not be disseminated to any other person. These documents shall be used only for the purposes of this action, including any appeal, and these documents and any copies made therefrom shall be destroyed at the conclusion of this litigation. The litigants shall not file any portion of these documents without first seeking leave of Court to do so under seal.

ENTER: _____ [signature: John W. Darrah]

DATED: 6-17-08