UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO AMEND PARAGRAPHS #3, 5, 8, 43, AND 46 OF HIS STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE DISPUTE PURSUANT TO 56.1(a)(3)**

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, hereby moves to amend a typographical error in paragraphs #3, 5, 8, 43, and 46 contained in his Rule 56.1(a)(3) Statement of Material Facts, and in support thereof, states as follows:

1. In his response, Plaintiff pointed out a typographical error which was repeated in five of Defendant's Rule 56.1(a)(3) Statements of Fact. Specifically, the year 2007 was mistakenly typed where it should have read 2006.

2. In the context of the record and the case, there is no dispute that the subject arrest and subsequent search took place on December 3, 2006.

3. Accordingly, Defendant seeks to amend the following paragraphs to reflect the proper year that the subject events took place. (See Amended paragraphs #3, 5, 8, 43, and 46 of Defendant's Rule 56.1(a)(3) Statement of Material Facts included herein and attached as Exhibit A).

**Amended Paragraphs:**

3. Therefore, the only remaining cause of action is an allegation that Officer Phillip Rathke of the Mundelein Police Department violated Plaintiff Fourth Amendment Rights when he conducted his search and seizure of evidence at 54 Washington Street, apartment #106, in Mundelein, Illinois on December 3, 2006. (*See* Exhibit B, Court's order dated December 18, 2007, and Exhibit C, a copy of Defendant Rathke's Answer, Affirmative Defenses and Jury Demand).
5. On December 3, 2006, he resided with his wife, Rosita Medina, and their children at 54 Washington Street, apartment #106, in Mundelein, Illinois, in the Northern District of Illinois. (Tugume deposition p. 8, Medina Affidavit ¶1-4).
8. On December 3, 2006, several Mundelein police officers responded a 911 call reporting a crime at 54 Washington Boulevard in Mundelein, Illinois. (Rathke Affidavit ¶ 2-4, Police reports were filed by Plaintiff as ECF #5 and sealed by this Court).
43. On December 3, 2006, Rosita Medina was the tenant and leaseholder of the residence at 54 Washington Street, Apartment #106, in Mundelein, Illinois. (Tugume deposition p. 10-11, Medina Affidavit ¶4-5).
46. Moses Tugume voluntarily signed a consent form on December 4, 2006 allowing the Mundelein Police Department to search computer files on a computer that they seized pursuant to Rosita Medina's consent on December 3, 2006. (Tugume Deposition p. 29 and Tugume Deposition Exhibit 3, a copy of the consent form with Moses Tugume's signature).

4. This amendment will not cause any prejudice or surprise to the Plaintiff as it accurately reflects the date of the occurrence as was alleged in Plaintiff's complaint.

WHEREFORE, based upon the foregoing, the Defendant, Phillip Rathke, respectfully requests this Honorable Court enter an order allowing Defendant to amend paragraphs #3, 5, 8, 43, and 46 to reflect the year 2006 instead of 2007 to correct a typographical

error. Further, Defendant requests this Court allow the Plaintiff an opportunity to respond to the amended paragraphs.

                              Respectfully submitted,

                              O'REILLY LAW OFFICES

                              By:  /s/ John F. O'Reilly
                                  John F. O'Reilly

Dated: 7-8-08

O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd., #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com