UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> PHILLIP RATHKE, ) <br> ) <br> Defendant. ) | NO: 07 C 6211 <br> Honorable John Darrah <br> Magistrate Judge Cole |

**DEFENDANT'S AMENDED PARAGRAPHS #3, 5, 8, 43, AND 46 OF HIS STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE DISPUTE PURSUANT TO 56.1(a)(3)**

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and as for his Amended paragraphs #3, 5, 8, 43, and 46 of his Statement of Material Facts to which there is no genuine dispute, states as follows:

3. Therefore, the only remaining cause of action is an allegation that Officer Phillip Rathke of the Mundelein Police Department violated Plaintiff Fourth Amendment Rights when he conducted his search and seizure of evidence at 54 Washington Street, apartment #106, in Mundelein, Illinois on December 3, 2006. (*See* Exhibit B, Court's order dated December 18, 2007, and Exhibit C, a copy of Defendant Rathke's Answer, Affirmative Defenses and Jury Demand).

5. On December 3, 2006, he resided with his wife, Rosita Medina, and their children at 54 Washington Street, apartment #106, in Mundelein, Illinois, in the Northern District of Illinois. (Tugume deposition p. 8, Medina Affidavit ¶1-4).

8. On December 3, 2006, several Mundelein police officers responded a 911 call reporting a crime at 54 Washington Boulevard in Mundelein, Illinois. (Rathke


EXHIBIT A

Affidavit ¶ 2-4, Police reports were filed by Plaintiff as ECF #5 and sealed by this Court).

43. On December 3, 2006, Rosita Medina was the tenant and leaseholder of the residence at 54 Washington Street, Apartment #106, in Mundelein, Illinois. (Tugume deposition p. 10-11, Medina Affidavit ¶4-5).

46. Moses Tugume voluntarily signed a consent form on December 4, 2006 allowing the Mundelein Police Department to search computer files on a computer that they seized pursuant to Rosita Medina's consent on December 3, 2006. (Tugume Deposition p. 29 and Tugume Deposition Exhibit 3, a copy of the consent form with Moses Tugume's signature).

Respectfully submitted,

O'REILLY LAW OFFICES

By:  /s/ John F. O'Reilly
        John F. O'Reilly

Dated: 7-8-08

O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd., #101
Wheaton, IL  60187
Telephone: 630/665-4444
Attorney No. 6209668
E-mail: oreillylaw@msn.com