UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR., ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | NO: 07 C 6211 |
| ) | Honorable John Darrah |
| PHILLIP RATHKE, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR LEAVE TO CORRECT TYPOGRAPHICAL ERROR REGARDING DATE OF INCIDENT REFERENCED IN DEFENDANT'S MEMORANDUM OF LAW

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, hereby moves to amend a typographical error as to the date of the alleged incident in his Memorandum of Law in Support of his Motion for Summary Judgment and in support thereof, states as follows:

1. There exists a typographical error in Defendant's Memorandum of Law in Support of his Motion for Summary Judgment.  Specifically, the year 2007 was mistakenly typed where it should have read 2006.

2. In the context of the record and the case, there is no dispute that the subject arrest and subsequent search took place on December 3, 2006.

3. Accordingly, Defendant seeks to amend the first and second sentence in the third paragraph on page 2 and the fourth paragraph on page 3 in the undisputed facts section and the last paragraph before the conclusion on page 6 to reflect the proper year that the subject events took place, 2006.

**Amended Sentences:**

(Page 1)   On December 3, 2006, the Mundelein Police Department received a 911 call reporting a crime at 54 Washington Street in Mundelein, Illinois.

(Page 2) (Last paragraph) On December 3, 2006, Rosita Medina was the wife of Moses Tugume.

(Page 2)   On December 3, 2006, she was the tenant and leaseholder of the residence at 54 Washington Street, Apartment #106, in Mundelein, Illinois.

(Page 3) (2nd paragraph)  In fact, Moses Tugume voluntarily signed a consent form on December 4, 2006 allowing the Mundelein Police Department to search computer files on a computer that they seized pursuant to Rosita Medina's consent on December 3, 2006.

(Page 6)   As of December 3, 2006, Officer Rathke's conduct in effectuating the subject search and seizure did not violate any clearly established right under the Fourth Amendment.

4. This amendment will not cause any prejudice or surprise to the Plaintiff as it accurately reflects the date of the occurrence as was alleged in Plaintiff's complaint.

WHEREFORE, based upon the foregoing, the Defendant, Phillip Rathke, respectfully requests this Honorable Court enter an order allowing Defendant to amend above referenced paragraphs to reflect the year 2006 instead of 2007 to correct a typographical error.

> Respectfully submitted,
> O'REILLY LAW OFFICES
>
> By:   /s/ John F. O'Reilly
>            John F. O'Reilly

Dated:  7-8-08

O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd., #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com