# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 cv 6211 | **DATE** | July 9, 2008 |
| **CASE TITLE** | Tegume v. Rathke | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for Leave to Amend Paragraphs 3, 5, 8, 43 and 46 of His Statement of Material Facts [67, 68] is granted.

Defendant's Motion to Correct Typographical Error Regarding Date of Incident [71, 72] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|