UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 07 C 6211 |
| | ) | Honorable John Darrah |
| PHILLIP RATHKE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2008, I electronically filed the Amended Memorandum at Law in Support of Motion for Summary Judgment and Amended Statement of Material Facts to Which There is No Genuine Dispute Pursuant to 56.1(a)(3), on behalf of the Defendant, PHILLIP RATHKE, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System

I further certify that on July 11, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

> Moses Tugume
> R 60977
> Big Muddy River
> P.O. Box 900
> INA, IL 62846

By:  /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com