Court Copy

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TYGUME, SR.

    Plaintiff,

-vs-

PHILLIP RATIFKE,

    Defendant

No 07 CV 6211

Hon. John W. Darrah
Dist. Ct

Hon. Jeffrey Cole
Magistrate Judge

Judges, Presiding

FILED
Jul 17, 2008
JUL 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: MOTION IN OBJECTION TO DEFENDANT'S MOTION TO AMEND MEMORANDUM OF LAW

Now Comes the Plaintiff, Moses Tygume, SR by and through Pro se and hereby objects to Defendant's motion to Amend His Memorandum of Law Filed in Support of His Summary Judgement Motion and in Support thereof, State as follows:

I. The Plaintiff is appearing Pro se after His motion for Appointment of Counsel having been denied and Defendant is represented by some the most brilliant Attorneys—O'Reiley Law Firm in the Legal Community and business.

II. A Granting of Defendant's motion will be Prejudicial to Plaintiff, a waste of time thus delay of Case and rewarding bad behaviour on the Part of Defendant's Attorneys Contempt and disrespect of this Honorable Court given attorney/s is in good standing and brilliant but Choses to disrespect this Cause by not taking this Process Seriously notwithstanding the Several denials of Plaintiff's motions for basically the Same mistakes. Rosita Medina's Affividavit is a Fraud.

Wherefore, Plaintiff respectfully request that His motion be denied with Prejudice. Respectfully Submitted Tygume

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR

    Plaintiff,

-Vs-

Phillip Rathke

    Defendant

No 07 CV 6211

HON. John W Darrah
Dist Ct

HON. Jeffrey Cole

Judges, Presiding

PROOF OF SERVICE

I hereby certify that on July 11, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, A motion in objection to Defendant's Motion To Amend His Memoranda of Law by U.S. Mail, With First class Postage Prepaid.

I hereby certify that on July 11, 2008, I have mailed by U.S. Postal Service, With first class Postage Prepaid, the foregoing Motion in Objection to Defendant's Motion to Amend His Memoranda of Law to the Following ECF Participant

John F. O'Reilly
1751 S. Naperville Suite 101
Wheaton, Illinois 60187

Dated: 7/11/2008