COURT COPY (A)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR

Plaintiff,

-vs-

Phillip Rathke

Defendant.

No 07 CV 6211  07cv6211

Hon. John W Darrah

Dist ct

Hon. Jeffrey Cole

Magistrate Judge

3 Judges, Presiding

FILED
JUL 31 2008
JUL 31 2008
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO COMPEL DISCOVERY - DOCUMENTS

Now Comes, the Plaintiff, Moses Tugume by and through Pro se and Pursuant to Fed. R. Civ. P 37(a)(a) For two orders Compelling Production of Documents of Phillip Rathke with the Village of Mundelein and of Potential Witness R.M with Lake County Housing Authority. and States as Follows in Support of this Motion

I  This Honorable Court entered a Protective order to Phillip Rathke's Personnel File and ordered it's Production in it's June 17 2008 order It has now been more than 35 Days and Such Documents have not been Produced.

II  Plaintiff Properly Served Subpeona by Certified Mail and return receipt on July 11 with third Party; Head Supervisor Lake County Housing Authority, Grayslake, Illinois 60030 for documents regarding Rosita Medina relevant to this Cause and Her Credibility. Proof of Service attached for this Court's Review - Ervin received it.

Wherefore, Plaintiff respectfully Requests Court orders to Compel the above Parties Produce this Discovery in Dispute and order Clerk to enter Subpoenas to be Served by U.S. Marshalls

Respectfully Submitted

Moses Tugume, SR

Ina, Illinois 62846.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Moses Tugume, SR<br><br>Plaintiff<br><br>-vs-<br><br>Phillip Rathke<br><br>Defendant | No 07 CV 6211<br><br>Hon. John W Darrah<br><br>Dist Ct<br><br>Hon. Jeffrey Cole<br>Magistrate Judge<br><br>Judges, Presiding |

CERTIFICATE OF SERVICE

I hereby certify that on this 28th Day of July, 2008, I Filed the Motion to Compel Discovery of Phillip Rathke's Personnel File and Documents regarding Rosita Medina with the Lake County Housing Authority ATTN Head Supervisor Grayslake, Illinois 60030 with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that on this 28th Day of July, 2008 I Mailed by U.S. Postal Service, with First Class Postage Prepaid, the Foregoing documents to the Following Participants ECF & Non ECF

I  John F. O'Reily
1751 S. Naperville Rd, #101
Wheaton, Illinois 60187

II Head Supervisor/Bobbie Russel
Lake County Housing Authority
Grayslake, Illinois 60030

BY: Moses Tugume, SR /s/

"Certified Mail and Return receipt Requested" thanks 1237ll

# REQUEST FOR PAYMENT
## STATE OF ILLINOIS
## DEPARTMENT OF CORRECTIONS

Name(print): Tejuane Moses  I.D.#: RC0977  Housing Unit: 2 A54  DATE: 7/11 20 08

### REQUEST FOR PAYMENT

Please Pay To: BMC

Address: # 900

City: _____ State: _____ Zip: _____

The sum of _____ Dollars and _____ Cents and

Charge To My Account, For Certified mail g
return receipt requested fees +
Housing Anthony Subpoena Bobbie Russell

☐ APPROVED
☐ NOT APPROVED

_____  _____
INMATE SIGNATURE          I.D. NUMBER

ASST. WARDEN/SUPERINTENDANT/DESIGNEE    WITNESS

### REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of 4 dollars 90 cents

☑ Postage Paid 7.5.08 [signature]

DC-828

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail

_____
INMATE SIGNATURE

INMATE NUMBER

### FOR TRUST FUND USE ONLY

Trust Fund Balance $ _____
Less Amount of Payment $ 4.90
Current Balance after Payment $ 7.15.08

Check # _____ Date: 7.15.08

### BUSINESS OFFICE

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ STAFF  DATE
Received by: _____ YOUTH  DATE

IL 428-0207