Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | DATE | 8-5-08 |
| CASE TITLE | Moses Tugume, Sr. (R-60977) vs. Rathke | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel discovery-documents [80] is denied. Plaintiff's motion in objection to defendant's motion to amend memorandum of law [78] is construed as Plaintiff's objection to Defendant's amended memorandum of law. The Clerk is directed to terminate it as a motion.

■ [ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

   Plaintiff seeks to compel the production of his personnel file. Plaintiff asserts that the Court's June 17, 2008, protective order ordered the production of Plaintiff's personnel file. However, a review of that order demonstrates that production was not ordered. Furthermore, Plaintiff has not demonstrated that he has even requested production of the documents and that the documents have not been produced.
   Plaintiff also seeks to compel the Lake County Housing Authority ("LCHA") to produce requested discovery documents. Plaintiff asserts that he served the LCHA on July 11, 2008, and he has not received the requested documents. However, Plaintiff has not demonstrated that he served the subpoena on July 11, 2008. Instead, his attached proof of service - a mailroom receipt for certified postage for the discovery request dated July 11, 2008 – merely demonstrates that postage was paid from Plaintiff's prison trust fund account on that date. The receipt for payment of postage does not demonstrate that the LCHA was actually served on the date and has failed to act on the subpoena.
   Based on the above, Plaintiff's motion to compel is denied.

U.S. DISTRICT COURT
2008 AUG -6 AM 6:09
FILED