UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   07 CV 6211 |
| | ) | |
| OFFICER PHILIP RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the Defendant's Reply Memorandum in Support of Defendant's Motion for Summary Judgment, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

I further certify that on August 25, 2008, I mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing documents to the following non-ECF participant:

> Moses Tugume
> R 60977
> Lake County Jail
> P.O. Box 38
> Waukegan, IL 60085

> By:   /s/ John F. O'Reilly
> O'REILLY LAW OFFICES
> Attorneys for Defendant
> 1751 S. Naperville Rd, #101
> Wheaton, IL  60187
> Telephone:  630/665-4444
> Attorney No. 6209668
> E-mail:  oreillylaw@msn.com