UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MOSES TUGUME, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 CV 6211 |
| | ) | |
| OFFICER PHILLIP RATHKE, | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STAY DISCOVERY**

Now comes the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and moves this Honorable Court to enter an order staying discovery until this Court issues its ruling on Defendant's motion for summary judgment, and in support thereof, states as follows:

1. Defendant has filed a Motion for Summary Judgment which, as of August 26, 2008, has been fully briefed by both parties pursuant to this Court's order.

2. The Plaintiff has had ample time to engage in discovery and Plaintiff has filed his responsive materials to Defendant's motion for summary judgment.

3. As the Defendant's motion for summary judgment has been fully briefed, the requested stay of discovery will not have any prejudicial impact on the Plaintiff's ability to respond to the same.

WHEREFORE, based on the foregoing, Defendant's attorney requests this Honorable Court enter an order staying discovery until further notice of this Court.

Dated: August 28, 2008          O'REILLY LAW OFFICES

/s/ John F. O'Reilly
JOHN F. O'REILLY
O'REILLY LAW OFFICES
Attorneys for Defendant
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
oreillylaw@msn.com