UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.   07 CV 6211 |
| ) | |
| OFFICER PHILLIP RATHKE, ) | Judge John W. Darrah |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

## NOTICE OF MOTION

**TO:**   Moses Tugume, R 60977, Lake County Jail, P.O. Box 38, Waukegan, IL 60085

YOU ARE HEREBY NOTIFIED that on the **10th day of September, 2008,** at the opening of Court on said date at **9:00 a.m.**, or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable John W. Darrah** or presiding judge in **Courtroom 1203** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present the Defendant's Motion to Stay Discovery, a copy of which is attached hereto, and has also been electronically filed, at which time and place you may appear as you see fit so to do.

DATED at Wheaton, Illinois, this 28th day of August, 2008.

/s/ John F. O'Reilly
John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendants
1751 S. Naperville Rd., Suite 101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com

**PROOF OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the foregoing Notice of Motion and Motion to Amend with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system.

I hereby certify that on August 28, 2008, I have mailed by U. S. Postal Service, with first-class postage prepaid, the foregoing Notice of Motion and Motion to Amend to the following Non-ECF participant:

>Moses Tugume
>R 60977
>Lake County Jail
>P.O. Box 38
>Waukegan, IL 60085

>/s/ John F. O'Reilly
>John F. O'Reilly
>O'REILLY LAW OFFICES
>Attorneys for Defendant
>1751 S. Naperville Rd., Suite 101
>Wheaton, IL  60187
>Telephone:  630/665-4444
>Attorney No. 6209668
>E-mail:  oreillylaw@msn.com