UNITED STATES DISTRICT COURT — COURT COPY
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR.,
    Plaintiff,

vs.

PHILLIP RATHKE
    Defendant.

NO 07 CV 6211

Honorable John W Darrah
District Ct

Honorable Jeffrey Cole
Magistrate Judge

Judges, Presiding

FILED SEP 3 2008 MB
MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

Now Comes the Plaintiff, by and through Pro se and respectfully requests this Honorable Court to Amend his reply to Defendant's Motion for Summary Judgement Pursuant to Fed. R. Civ. P 56.1(b)(3)(c) due to the misleading omission in document [Notice to Pro se Litigant] omitting the Fact of a Statement of additional Facts. In support of motion, I state:

I. Defendant's Notice to Pro se Litigant as directed by this Court Strategically In a Move to Mislead Plaintiff, omited this information. And Defendant as a Shameless graveyard robber Insinuates to this Court that I Should be Found Culpable in this Ommision.

II. Defendant totally Ignores the Facts of this Case. Rosita Medina was away Christmas Shopping when her Obnoxious Visiting Sister Called 911 While in Our residence, whereupon I was arrested in the Parking Lot of Our Residence and thereupon the Officers Without my Consent or Rosita Medina's entered our residence to search and Seize evidence Including but not Limited to DNA Evidence [See Rathke's Report Ex 1] Rosita Medina arrived hours Later to lead Police on an Indepth search evidence, to Which She, herself was barred by Plaintiff's Locks on the Suitcase and Lockbox, as a State agent.

Wherefore, Plaintiff, Moses Tugume respectfully requests leave of this Honorable Court to File a Reply Memorandum or Statement of additional Facts to Defendant's Contention.

Respectfully Submitted

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR.

   Plaintiff,

vs

OFFICER PHILIP ROTHKE,

   Defendant.

) NO 07 CV 6211
)
) Honorable John W. Darrah
)
) Dist Ct
) Honorable Jeffrey Cole
)  Magistrate Judge
) Judges, Presiding.

CERTIFICATE OF SERVICE

I hereby Certify that on August 28, 2008, I Filed the Motion for Leave to Amend Reply To Defendant's Motion For Summary Judgment Pursuant to Rule 56.1 (b) (3) (c) with the Clerk of the United States District Court For the Northern District of Illinois by depositing said motion in a U.S. Mailbox at Waukegan, Illinois 60079.

I Further Certify that on August 28 2008, I mailed by U.S. Postal Service, with first class postage prepaid, the foregoing documents to the following ECF Participant:

   John F O'Reily
   1751 S. Naperville Rd #101
   Wheaton, IL 60187

BY: Moses Tugume, SR L112691
P.O. BOX 38, Waukegan IL 60079

DATE: 8-28-2008.