UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Moses Tugume, SR | NO 07 CV 6211 | COURT'S COPY |
| Plaintiff | Judge John W Darrah | |
| -vs- | | |
| Phillip Rathke, | Magistrate Judge Cole | |
| Defendant | Judges, Presiding | |

FILED
SEP 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Motion To Reinstate Quashed Subpoena To Avail Plaintiff Impeachment Evidence For Potential Witness Rosita Medina

Now Comes the Plaintiff, Moses Tugume by and through Prose and respectfully requests this Honorable Court to reinstate the Subpoena on the Lake County Housing Authority it quashed in it's August 26th order and States as Follows in Support

1. The defendant has in his disclosure Indicated to call as Potential Witness Rosita Medina to testify regarding her Consent to Search and Seize evidence to Defendant Including but not Limited to the Interior and exterior areas of our residence Prior to this Search and Seizure.

2. The issue of Defendant's Search and Seizure of evidence Prior to Rosita's Consent is a heavily Contested or disputed issue in this Lawsuit Since now the defendant seeks to get off his Paper or report to suggest to the Contrary that he indeed had Consent Prior to entering our residence When Prior testimony or evidence suggests the opposite.

3. Thus Documents Which Lake County Housing Authority has Possession of are Valuable in that, Investigations revealed Rosita Medina's Persistent lies to her Case Workers in Violation of Federal Laws and the head Supervisors Covered this up and now do not want this information released as it Would Put them in trouble with HUD headquaters in Chicago and Washington D.C.

Wherefore, Plaintiff, respectfully requests this Honorable Court to reinstate the quashed Subpoena For Purposes of Impeachment of Witness and Will be destroyed thereafter. Respectfully Submitted

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MOSES TUGUME, SR

    Plaintiff

-vs-

PHILLIP RATHKE

    Defendant

NO 07 CV 6211

Honorable
John W Darrah
Dist Ct

Honorable
Jeffrey Cole

Judges, Presiding

CERTIFICATE OF SERVICE

I hereby Certify that on August 30th 2008, I Filed the Motion to reinstate the quashed Subpoena with the Clerk of the U.S. District Court For the Northern District of Illinois by Depositing Same in a U.S. Mailbox at Waukegan, IL 60079.

I Further Certify that on August 30th 2008, I mailed by U.S. Postal Service, with First Class Postage Prepaid, the Foregoing Motion to the Following

John F O'Reily
1751 S. Naperville Rd, # 101
Wheaton, Illinois 60187.

By: Moses Tugume L112691
Lake County Jail
P.O. Box 38, Waukegan, IL 60079