UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Moses Tugume, SR  )  NO 07 CV 6211
                  )  Honorable John W Darrah
        Plaintiff )  Dist Ct
                  )
           Vs     )  Honorable Jeffrey Cole
                  )  Magistrate Judge
Phillip Rathke    )
                  )
        Defendant,)  Judges, Presiding

FILED
Sep 5, 2008
SEP 5 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff's Motion Objecting to Stay of Discovery**

Comes Now, the Plaintiff, Moses Tugume, by and through Prose and prayfully requests this Honorable Court not to enter an order Staying discovery until this Court issues it's ruling on Defendant's Motion for Summary Judgment, and in support thereof, states as follows:

1. Defendant's Cooperation to Plaintiff's requests for Discovery has been very frustrating, to Writ, there have been 3 motions or less to Compel him to Produce documents. He Seeks to Conceal documents by His Motion

2. Plaintiff Will be Prejudiced by a stay for discovery because he has already established the time Rosita Medina arrived at the Scene and Could not have given Consent to Defendant's Search and Seizure of evidence in the Interior of our residence as he claims.

3. Defendant has refused to Produce the transcripts to the 911 call and dispatch Call to him as it establishes what time he arrived on the Scene. In his Answer to Plaintiff's Interrogatory and request for Production of Documents, He States "Objection to the extent that this request seeks to burden Defendant with Preparation of transcripts which Plaintiff Can Prepare himself"

Wherefore, Plaintiff, respectfully request that this Court deny Defendant's motion to Stay Discovery Pending Ruling.

Respectfully Submitted.

Moses Tugume, /s/ Tugume

Date 8-31-2008

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  07 CV 6211 |
| ) | |
| OFFICER PHILLIP RATHKE, ) | Judge John W. Darrah |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

### NOTICE OF MOTION

**TO:** Moses Tugume, R 60977, Lake County Jail, P.O. Box 38, Waukegan, IL 60085

YOU ARE HEREBY NOTIFIED that on the **10th day of September, 2008**, at the opening of Court on said date at **9:00 a.m.**, or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable John W. Darrah** or presiding judge in **Courtroom 1203** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present the Defendant's Motion to Stay Discovery, a copy of which is attached hereto, and has also been electronically filed, at which time and place you may appear as you see fit so to do.

DATED at Wheaton, Illinois, this 28th day of August, 2008.

/s/ John F. O'Reilly
John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendants
1751 S. Naperville Rd., Suite 101
Wheaton, IL  60187
Telephone: 630/665-4444
Attorney No. 6209668
E-mail: oreillylaw@msn.com



UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Moses Tugume, Sr.

Plaintiff,

-vs-

Phillip Rathke,

Defendant.

No 07 CV 6211

Honorable John W Darrah
Dist Ct

Honorable Jeffrey Cole
Magistrate Judge
Judges, Presiding

CERTIFICATE OF SERVICE

I hereby Certify that on August 31, 2008, I Filed Plaintiff's Motion Objecting to Defendant's Motion For Stay Of Discovery Docketed For September 10th 2008 With the Clerk of the United States Court For the Northern District of Illinois by depositing Said Motion in a U.S mailbox at Waukegan, IL 60079.

I Further Certify that on August 31, 2008, I mailed by U.S. Postal Service, With First Class Postage Prepaid, the Said motion to the following ECF Participant.

John F O'Reily
1751 S. Naperville Rd #101
Wheaton, IL 60187

BY: Moses Tugume L112691
P.O.Box 38, Waukegan, IL 60079

NB Please Docket this Motion/s For the 10th Day of September When Defendant appears in this Court To Present His Stay of Discovery