UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
Sep 5, 2008
SEP 5 2008 MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tygume, SR

    Plaintiff

NO 07 CV 6211

Honorable John W. Darrah
Dist Ct

Honorable Jeffrey Cole
Magistrate Judge

Officer Phillip Rathke

    Defendant

Judges, Presiding

APPLICATION FOR A SUBPOENA ON GUARANTY BANK, INTERSECTION OF Route 60 and Route 45, Mundelein, ILLINOIS 60060.

To The Clerk of U.S. District Court

219 S Dearborn Street

Chicago, Illinois 60604

    Comes Now, Moses Tygume, Plaintiff in the above Captioned Matter and Makes this Application of this Court For the Issuance of a Subpoena on above third Party For Bank Account Checking and Savings Statements From 2004 [Date of opening Account] to 2006 Dec [closure] regarding Customer, Moses B Tygume DOB 10/03/1976, SSN 354 98 2755 - Checking & Savings Accounts accessed with this information in their database

I.  The Statements/documents requested are material and relevant regarding residence 54 Washington Blvd Apt 106, Mundelein, Illinois 60060 to Plaintiff

    Wherefore, the Plaintiff, Moses Tygume, Prays the clerk issue Subpoenas requested in this Application and direct that same be served by Proper Officer [US Marshal] due to his Paupers Status.

Respectfully Submitted

Moses Tygume L112691

Lake County Jail

P.O. Box 38, Waukegan, Illinois 60079.