# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Tugume vs. Rathke | | |

**DOCKET ENTRY TEXT**

Defendants' motion to stay discovery [87] and plaintiff's motion to stay discovery [91] is granted. Discovery is stayed pending the ruling on the motion for summary judgment. Plaintiff's request to amend his reply to defendants' motion for summary judgment [89] is granted. The briefing schedule on defendants' motion for summary judgment [60] is amended as follows: response by 9/24/08, reply by 10/8/08. Status hearing set for 10/1/08 is re-set to 11/12/08 at 9:00 a.m. The previously filed briefs regarding the motion for summary judgment are vacated. Plaintiff's motion to reinstate quashed subpoena to avail plaintiff's impeachment evidence for potential witness Rosita Medina [90] is entered and continued to 11/12/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Tugume vs. Rathke | | |

**DOCKET ENTRY TEXT**

Defendants' motion to stay discovery [87] and plaintiff's motion to stay discovery [91] is granted. Discovery is stayed pending the ruling on the motion for summary judgment. Plaintiff's request to amend his reply to defendants' motion for summary judgment [89] is granted. The briefing schedule on defendants' motion for summary judgment [60] is amended as follows: response by 9/24/08, reply by 10/8/08. Status hearing set for 10/1/08 is re-set to 11/12/08 at 9:00 a.m. The previously filed briefs regarding the motion for summary judgment are vacated. Plaintiff's motion to reinstate quashed subpoena to avail plaintiff's impeachment evidence for potential witness Rosita Medina [90] is entered and continued to 11/12/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|