## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Moses Tugume Sr.

                Plaintiff,

v.                                        Case No.: 1:07−cv−06211
                                                   Honorable John W. Darrah

P. Rathke, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable John W. Darrah:The Court's 9/10/08 minute order, docket entry #93, is amended to reflect that plaintiff's motion objecting to the stay of discovery [87] is denied. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.