"COURT'S COPY"

MHN

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Moses Tugume, SR　　　　　　　07 CV 6211
　　　　　　　　　　　　　　　　Honorable John W Darrah
　　　Plaintiff　　　　　　　　　Dist. ct

　　　　　　　　　　　　　　　　07 CV 6211

　　　　　　　　　　　　　　　　Honorable Jeffrey Cole
Phillip Rathke　　　　　　　　　Magistrate Judge
　　Defendant　　　　　　　　　2 Judges, Presiding

FILED
SEP 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion To Compel Defendant To Answer Interrogatories And To Produce Documents Requested By Plaintiff.

Now Comes, the Plaintiff, Moses Tugume by and through Pro Se and Pursuant to Fed. R. Civ. P. 37(a)(2) Order or Compel Defendant to Answer Interrogatories that he has Provided Evasive Answers or has Ignored and to Produce the documents requested and In Support, I State:

[ A copy of Plaintiff's Interrogatories and Request For Production attached to this motion as exhibit #1 and incorporated by reference herein]

I Defendant has declined to Produce 911 Call and dispatch and Radio, Phone Communications transcripts with time, date, dates on them as requested in QN 12 and also he has declined to Produce Photos in 12(B) as these are the nexus of my Privacy Claim and evidence to be Considered by the Jury and the Search of which Documents without a warrant, Society is willing to accept as an expectation of Privacy that is unreasonable.

II Defendant has refused to Answer 12(E) and given Evasive Answers to QN 13, 13(A) and refused to Answer 13(E) and given Evasive Answers to 14(E).

　　Wherefore, Plaintiff, Prayerfully requests that this Court Will order Defendant to Answer and Produce requested Documents In a reasonable time.

　　　　　　　　　　　Respectfully Submitted
　　　　　　　　　　　Moses Tugume
　　　　　　　　　　　P.O. Box 38, Waukegan IL 60079
Date 9/10/2008　　　　MTugume