FILED
LAW MAN
SEP 1 6 2008
SEP 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOSES TUGUME, SR | 07 CV 6211 |
| PLAINTIFF, | Honorable John W Darrah Dist Ct |
| -VS- | |
| OFFICER PHILLIP RATHKE, | Honorable Jefrey Cole Magistrate Judge |
| DEFENDANT | Judges, Presiding |

CERTIFICATE OF SERVICE

I hereby Certify that on September 11, 2008, I Filed the Plaintiff's Motion Compeling Defendant to Produce Documents and Answer Interrogatories, With the Clerk of the United States District Court For the Northern District of Illinois by depositing Same in a U.S Mailbox in Waukegan, Illinois 60079

I Further Certify that on September 11, 2008, I Mailed by U.S. Postal Service, With First class Postage Prepaid, the Foregoing documents to the Following ECF Participant

John F. O'Reilly
1751 S. Naperville Rd, #101
Wheaton, Illinois 60187

By: Moses Tugume L112691
P.O. Box 38, Waukegan. IL 60079
M Tugume

Your Honor, "PLEASE RETURN "ONLY" COPY TO ME AFTER REVIEW." Thanks alot.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Exhibit 1

| | | |
|---|---|---|
| MOSES TUGUME, SR., | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO: 07 CV 6211 |
| OFFICER PHILLIP RATHKE, | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWERS TO PLAINTIFF'S 3RD SET OF INTERROGATORIES & RESPONSE TO PRODUCTION REQUEST**

NOW COMES the Defendant, PHILLIP RATHKE, by and through his attorneys, O'REILLY LAW OFFICES, and as for his answer to the Plaintiff, MOSES TUGUME, SR.'s, 3rd set of Interrogatories and response to Production Request, states as follows:

2.) State the nature of your involvement in this alleged crime on December 3, 2006 and produce a transcript of all 911 calls and dispatch transcripts for all the officers involved in responding to alleged crime on the date in question.

ANSWER: Objection to the extent that this request seeks to burden the Defendant with preparation of transcripts which Plaintiff can prepare himself. Officer Rathke served as an evidence technician.

(b) Produce digital photos of the front pages, cover and identification pages of all the legal documents belonging to Moses B. Tugume, including but not limited to his passports, FOID card, social security cards, immigration green card LPR in your custody.

ANSWER: Objection to the extent that this request seeks to burden the Defendant with creation of photographs of evidence. Defendant has previously produced photocopies of the photographs in this case.

(c) State if as part of your training as a police officer, you learn that it is extremely important to prepare and file accurate official reports.

ANSWER: Yes.

(d) State the amount of time spent in training before being sworn as a police officer.

ANSWER: Police officers are sworn prior to attending police academy.

(e) State the amount of time that training is spent in the instruction and education regarding the preparation of official reports. If there are any documents, produce them.

ANSWER: In addition to attending the police academy, Officer Rathke attended a report writing class at the department.

(4) A/E 13. State if as part of your training, you are instructed on how to prepare "rough notes", meaning taking accurate notes of events as they are unfolding. Produce these notes for your December 3, 2006 official reports.

ANSWER: Officer Rathke Report prepares notes during the investigation which are destroyed at some point in time following the preparation of his official reports. Said notes no longer exist.

(b) State if as part of your training, you are instructed to preserve the rough notes even after you prepared an official report.

ANSWER: No.

(c) State if you learned during the course of your training as a sworn police officer that your reports may be the subject of examination or review by both the court and government and defense lawyers and prosecutors alike.

ANSWER: Yes.

(5) A/E (d) State if in connection with the accuracy of your official reports it must be approved by your supervisor.

ANSWER: The form of official reports is approved by a supervisor. The reporting officer is responsible for the accuracy of the content of official reports.

(6) A (e) State your supervisor's name, badge number and office room number.

ANSWER: Objection vague and overbroad in scope and time.

14. State if your supervisor refuses to approve your official reports if you must then correct that report in accordance with your supervisor's directive?

ANSWER: Yes.

(b) State if the above, should occur, your original reports is discarded or retained by you or the police department, if there is procedure directives, produce them.

ANSWER: Objection incomplete hypothetical. Without waiving said objection, draft reports are destroyed upon the completion of official reports.

(c) State if your rough notes are retained on order of a supervisor. Produce them.

ANSWER: Objection vague. Without waiving said objection, rough notes are destroyed at a time following the completion of the official report.

(d) State if you did refer to your rough notes in preparing your official reports for the alleged crime on December 3, 2006.

ANSWER: Yes.



(e) State if your official reports for the events in question was detailed and accurate.

ANSWER: Officer Rathke's evidence technician report accurately reported the evidence gathered in his investigation. Officer Rathke clarifies that he obtained the consent from Rosita Medina prior to performing the search and seizure of evidence of the subject residence.

15. State if you provided your official report to your supervisor along with the rough notes for signing and approval-final.

ANSWER: Officer Rathke submitted his report for approval by the supervisor.

(b) State if your supervisor directed you to amend or supplement your official reports because they were inaccurate.

ANSWER: Officer Rathke does not recall.

(c) State the location where you prepare your official reports on behalf of the People of the State of Illinois, Village of Mundelein and Lake County. Produce photo of this location.

ANSWER: Objection to the extent this interrogatory requests this Defendant to create photographs. Officer Rathke prepared his official report at the Mundelein Police Station.

2 Productions
4 2 Answers
7 3 Evasive Answers

**PROOF OF SERVICE**

The undersigned certifies that a copy of the Defendant's Answers to Interrogatories and Response to Production Request was served upon:

Moses Tugume, Sr., L112691
c/o Lake County Jail
P.O. Box 38
Waukegan, IL 60079-0038

by enclosing the same in an envelope addressed as shown above, with first-class postage fully prepaid and by depositing said envelope in a United States Post Office Mailbox in Wheaton, Illinois, on the 26th day of August 2008.

[signature]

O'REILLY LAW OFFICES
Attorneys for Defendant
1751 South Naperville Road, Suite 101
Wheaton, IL 60189
Telephone No. 630/665-4444
Attorney No. 6209668
E-mail: oreillylaw@msn.com