# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6211 | **DATE** | 9-15-08 |
| **CASE TITLE** | Moses Tugume, Sr. (R-60977) vs. Rathke | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for a subpoena on Guaranty Bank [92] is denied without prejudice.

■[ For further details see text below.]        Docketing to mail notices.

## STATEMENT

Plaintiff seeks the issuance of a subpoena on Guaranty Bank with service by the Marshals Service due to Plaintiff's pauperis status. According to the application, Plaintiff seeks his own banking records. Plaintiff has not demonstrated that a subpoena is necessary for Plaintiff to receive his own banking records and/or that he has requested the records from the bank and the bank has refused to provide the requested records without a subpoena. Accordingly, Plaintiff's application for a subpoena on Guaranty Bank is denied without prejudice.

U.S. DISTRICT COURT
2008 SEP 18 AM 5:35
FILED